**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**FEB 2 2 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FLOYD LANDIS | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TAILWIND SPORTS CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 10cv0976 (RLW)

UNDER SEAL

## ORDER

Upon consideration of the United States' Notice of Election to Intervene In Part, it is this

22nd day of February, 2013, hereby ORDERED

1.     The United States shall file its Complaint in Intervention within 60 days of this

Order and shall serve the Complaint in Intervention together with this Order within 120 days of

this Order;

2.     The relator shall serve his Second Amended Complaint, if any, upon defendants

within 120 days of this Order;

3.     As to the part of the action in which the United States has taken no action with

respect to intervention, the parties shall serve all pleadings and motions filed in that part of the

action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. §

3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene

in that part of the action, for good cause, at any time;

4.     All orders of this Court shall be sent to the United States;

- 2 -

5.  Should the relator or the defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval;

6.  The relator's initial Complaint, relator's Amended Complaint, relator's Second Amended Complaint, the Government's Notice of Election to Intervene in Part and this Order be unsealed;

7.  All other papers or Orders on file in this matter shall remain under seal; and that

8.  The seal shall be lifted on all matters occurring in this action after the date of this Order.

_____
ROBERT L. WILKINS
United States District Judge