IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>        *Plaintiff*,<br><br>v.<br><br>TAILWIND SPORTS CORPORATION; TAILWIND SPORTS, LLC; MONTGOMERY SPORTS, INC.; CAPITAL SPORTS & ENTERTAINMENT HOLDINGS, INC.; THOMAS W. WEISEL; LANCE ARMSTRONG; JOHAN BRUYNEEL; WILLIAM J. STAPLETON; BARTON B. KNAGGS; and ROSS INVESTMENTS, INC.,<br><br>        *Defendants*. | No. 1:10-cv-00976-RLW |

**ORDER**

Upon consideration of the Joint Stipulation to Establish a Briefing and Discovery Schedule, the Court finds that the stipulation should be endorsed.

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Intervened Defendants and the Non-Intervened Defendants shall respond to the respective complaints on or before July 23, 2013.

2. The United States and Relator shall have until September 23, 2013 to oppose any motions to dismiss. To the extent any defendant raises insufficient service as a defense, the United States or Relator may move by September 23, 2013 for additional time to serve that defendant.

3. Defendants shall have until October 22, 2013 to file reply briefs in support of their responsive motions.

4. The parties will conduct a Rule 26(f) conference by November 22, 2013.

5. The parties will submit a joint report to the Court and make their initial disclosures pursuant to Rule 26 and Civil Local Rules 16.3 and 26.2 on December 13, 2013.

6. The scheduling conference in this case will be held at 9:30 am on January 6, 2014 in Courtroom 27A – 6th Floor.

Dated this 2nd day of July, 2013.

_____
Robert L. Wilkins
United States District Judge