AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:10-cv-00976-RLW |
| TAILWIND SPORTS CORP., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tailwind Sports Corp. and Tailwind Sports, LLC                                                                           .

Date:   07/11/2013                                                             /s/ Rachel F. Cotton
*Attorney's signature*

Rachel F. Cotton (D.C. Bar No. 997132)
*Printed name and bar number*
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, D.C.  20036-5807
*Address*

rcotton@zuckerman.com
*E-mail address*

(202) 778-1876
*Telephone number*

(202) 822-8106
*FAX number*