**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** *ex rel.* **LANDIS,**  )<br>  )<br>    *Plaintiffs,*  )<br>  )<br>  v.  )<br>  )<br>**TAILWIND SPORTS CORPORATION,**  )<br>*et al.*  )<br>    *Defendants.*  ) | Case No. 1:10-cv-976-RLW |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6(a), the Clerk of the Court shall kindly note the appearance of Thomas E. Zeno in the above-captioned matter as additional counsel on behalf of Defendant Johan Bruyneel.

Date:  July 23, 2013            Respectfully submitted,

/s/ Thomas E. Zeno
Thomas E. Zeno (D.C. Bar No. 348623)
SQUIRE SANDERS (US) LLP
1200 19th Street, NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 626-6600
Facsimile: (202) 626-6780
Thomas.Zeno@squiresanders.com

*Counsel for Defendant Johan Bruyneel*