IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** *ex rel.* **LANDIS,** ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No. 1:10-cv-976-RLW |
| ) | |
| **TAILWIND SPORTS CORPORATION,** ) | |
| *et al.*, ) | |
| *Defendants.* ) | |

### DEFENDANT BRUYNEEL'S MOTION TO DISMISS
### RELATOR'S SECOND AMENDED COMPLAINT

Defendant Johan Bruyneel, through counsel, moves to dismiss the Relator's Second Amended Complaint. Relator Landis lacks Article III standing to pursue his claims. The government has intervened in this action, and therefore Relator has no separate, free-standing cause False Claims Act cause of Action. The Court lacks subject matter jurisdiction to hear Relator's duplicative claims.

In support of this motion, Defendant Bruyneel makes the same points of law and authority as in Defendant Lance Armstrong's Motion to Dismiss the Relator's Second Amended Complaint. Rather than repeat those points here, for the convenience of the Court, Defendant Bruyneel joins Defendant Armstrong's motion and incorporates the points and authorities from that Motion. Defendant Bruyneel respectfully requests that the Court dismiss the Relator's Second Amended Complaint with prejudice.

Date:   July 23, 2013              Respectfully submitted,

/s/ Thomas E. Zeno
Thomas E. Zeno (D.C. Bar No. 348623)
Rebecca A. Worthington (D.C. Bar No. 995823)
SQUIRE SANDERS (US) LLP

1200 19th Street, NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 626-6600
Facsimile: (202) 626-6780
Thomas.Zeno@squiresanders.com
rebecca.worthington@squiresanders.com

*Counsel for Defendant Johan Bruyneel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2013, a copy of the foregoing was served by the Court's ECF system upon all parties to this case.

 s/Thomas E. Zeno
Thomas E. Zeno