IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.* LANDIS, ) | |
| ) | |
|    *Plaintiffs,* ) | |
| ) | |
|  v. ) | Case No. 1:10-cv-976-RLW |
| ) | |
| TAILWIND SPORTS CORPORATION, ) | |
| *et al.*, ) | |
|    *Defendants.* ) | |

### DEFENDANT BRUYNEEL'S MOTION TO DISMISS
### THE UNITED STATES' COMPLAINT

  Defendant Johan Bruyneel, through counsel, moves to dismiss the United States' Complaint. First, the government's entire case against Bruyneel is barred by the statute of limitations. Second, the government attempts to plead a claim for false statements as amended by the Fraud Enforcement and Recovery Act; however, the Act does not apply to the government's allegations. Finally, the government has failed to state a reverse false claim since it has not alleged that Bruyneel had any obligation to pay money to the government.

  In support of this motion, Defendant Bruyneel makes the same points of law and authority as in Defendant Lance Armstrong's Motion to Dismiss the United States' Complaint. Rather than repeat those points here, for the convenience of the Court, Defendant Bruyneel joins Defendant Armstrong's motion and incorporates the points and authorities from that Motion. Defendant Bruyneel respectfully requests that the Court dismiss the United States' Complaint with prejudice.

Date:  July 23, 2013    Respectfully submitted,

               /s/ Thomas E. Zeno
               Thomas E. Zeno (D.C. Bar No. 348623)

Rebecca A. Worthington (D.C. Bar No. 995823)
SQUIRE SANDERS (US) LLP
1200 19th Street, NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 626-6600
Facsimile: (202) 626-6780
Thomas.Zeno@squiresanders.com
rebecca.worthington@squiresanders.com

*Counsel for Defendant Johan Bruyneel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2013, a copy of the foregoing was served by the Court's ECF system upon all parties to this case.

 s/Thomas E. Zeno
Thomas E. Zeno