UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.* LANDIS,<br><br>Plaintiffs,<br><br>v.<br><br>TAILWIND SPORTS CORP., TAILWIND SPORTS LLC, LANCE ARMSTRONG, and JOHAN BRUYNEEL,<br><br>Defendants. | Civil Action No. 10-976 (RLW)<br><br>ECF |

## NOTICE OF APPROPRIATIONS FOR THE DEPARTMENT OF JUSTICE

On October 1, 2013, the United States moved for a stay (the "Stay Motion") of the parties' briefing on defendant Lance Armstrong's motion for a protective order. As the United States explained, the stay was necessitated by the lapse in appropriations for the Department of Justice beginning on October 1, 2013. The United States further requested that all briefing deadlines for the parties be extended commensurate with the duration of the lapse in appropriations, and represented that the Government would notify the Court as soon as Congress had appropriated funds for the Department. On October 2, 2013, the Court granted the Government's motion.

The United States hereby notifies the Court that Congress appropriated funding for the Department late in the evening on October 16, 2013. In accordance with this Court's order of October 2, 2013, the due date for the Government's opposition memorandum is extended 16 days from the original due date of October 10, 2013. Because October 26, 2013 is a Saturday,

the new due date for the Government's brief is October 28, 2013, and the United States will submit its brief on or before that date. Upon service of the Government's opposition memorandum, the due date for Armstrong's reply will be determined based on the operation of the rules of this Court and the Federal Rules of Civil Procedure.

No further action from the Court is necessary in order to resume briefing on Armstrong's motion for a protective order according to the deadlines described above.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Assistant United States Attorney

_____
DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorneys
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
Tel: (202) 252-2515

_____
MICHAEL D. GRANSTON
ROBERT E. CHANDLER
DAVID M. FINKELSTEIN
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 514-4678

DATED: October 17, 2013