UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES *ex rel.* LANDIS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-00976 (RLW) |
| TAILWIND SPORTS CORP., TAILWIND SPORTS LLC, LANCE ARMSTRONG, and JOHAN BRUYNEEL, | ) ) ) ) | **ECF** |
| Defendants. | ) ) ) ) ) | |

## <u>JOINT STATUS REPORT</u>

The parties, by and through undersigned counsel, hereby respond to the Court's Minute

Order of November 14, 2013.

Defendants have allocated time as follows, and will argue in the following order:

- Lance Armstrong – 25 minutes.

- Thomas W. Weisel & Ross Investments, Inc. – 30 minutes.

- Capitol Sports & Entertainment Holdings, Inc., William Stapleton, and Barton

  Knaggs – 10 minutes.

- Johan Bruyneel – 5 minutes.

- Tailwind Sports Corp. & Tailwind Sports, LLC – 5 minutes.

Defendants will reserve time for rebuttal as necessary at the hearing.

The United States and the Relator have allocated time as follows, and will argue in the

following order:

- The United States – 35 minutes (for substantive motions) and 10 minutes (for Armstrong's motion for protective order).

- The Relator – 25 minutes.

Plaintiffs may request time for rebuttal as necessary at the hearing

DATED: November 15, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Assistant United States Attorney

 s/ Mercedeh Momeni
DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorneys
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
Tel: (202) 252-2507

 s/ David M. Finkelstein
MICHAEL D. GRANSTON
ROBERT E. CHANDLER
DAVID M. FINKELSTEIN
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 514-4678
*For the United States*

Paul D. Scott
pdscott@lopds.com
California State Bar No. 145975
Admitted Pro Hac Vice

_____/s/_____
Lani Anne Remick
laremick@lopds.com
California State Bar No. 189889
USDC D.C. Bar No. PA0045
Jon L. Praed
USDC #450764
DC Bar #51665
LAW OFFICES OF PAUL D. SCOTT, P.C.
Pier 9, Suite 100
San Francisco, California 94111
Tel: (415) 981-1212
Fax: (415) 981-1215
*Attorneys for Relator Floyd Landis*

KEKER & VAN NEST LLP

By:  /s/ Sharif E. Jacob

JOHN KEKER (*pro hac vice*)
ELLIOT R. PETERS (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
SHARIF E. JACOB (*pro hac vice*)
TIA SHERRINGHAM (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

ROBERT D. LUSKIN (D.C. Bar # 293621)
BENJAMIN D. WOOD (D.C. Bar # 478799)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Defendant Lance Armstrong*

/s/ Robert A. Sacks

Robert A. Sacks (D.D.C. Bar No. MI0069)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

/s/ Brendan P. Cullen

Brendan P. Cullen (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

/s/ Christopher M. Viapiano

Christopher M. Viapiano (D.C. Bar No. 500771)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:     (202) 956-7500
Facsimile:      (202) 956-7056

*Attorneys for Defendants Thomas W. Weisel*
*and Ross Investments, Inc.*

/s/ Marc S. Harris
Marc S. Harris (admitted *pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
(213) 613-4655 –Telephone
(213) 613-4546 –Facsimile
mharris@scheperkim.com

/s/ John P. Pierce
John P. Pierce (D.C. Bar No. 475101)
THEMIS PLLC
2305 Calvert Street, NW
Washington, DC 20008
(202) 567-2050 –Telephone
(202) 567-2051 –Facsimile
jpierce@themis.us.com

*Attorneys for Defendants Capital Sports &
Entertainment Holdings, Inc., William J.
Stapleton and Barton B. Knaggs*

/s/ Thomas E. Zeno
Thomas E. Zeno (D.C. Bar No. 348623)
Rebecca A. Worthington (D.C. Bar No. 995823)
SQUIRE SANDERS (US) LLP
1200 19th Street, NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 626-6600
Facsimile: (202) 626-6780
Thomas.Zeno@squiresanders.com
rebecca.worthington@squiresanders.com

*Attorneys for Defendant Johan Bruyneel*

ZUCKERMAN SPAEDER LLP

By:  /s/ Blair G. Brown
Blair G. Brown (D.C. Bar No. 372609)
Rachel F. Cotton (D.C. Bar No. 997132)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800 – Telephone
(202) 822-8106 – Facsimile
bbrown@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Tailwind Sports Corp.*
*and Tailwind Sports, LLC*