UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES *ex rel.* LANDIS,<br><br>Plaintiffs,<br><br>v.<br><br>TAILWIND SPORTS CORP., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 10cv0976 (RLW)<br><br>ECF |

### STATUS REPORT REGARDING JOINT REPORT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Pursuant to this Court's Order of January 6, 2014, Rule 26(f) of the Federal Rules of Civil Procedure, and Local Civil Rule 16.3(c), the United States reports to the Court as follows.[1] During the Scheduling Conference on January 6, 2014, the parties indicated they were working and would continue to work toward (i) an agreement regarding the inadvertent production of documents subject to privilege, (ii) an appropriate proposed protective order, (iii) an agreement regarding the extent to which each party will need to document in its respective privilege log communications to or from any attorney who has entered an appearance in this case, and (iv) an agreement concerning the number of interrogatories each party would be permitted.

The United States submits this report to inform the Court that the parties have reached an agreement regarding the inadvertent production of documents subject to privilege. The agreed-

---

[1] The United States is filing this report individually because counsel to defendant Armstrong withdrew his consent to a joint status report. With only a couple of hours left prior to filing, counsel to Armstrong sought to add legal argument with respect to proposed language in the draft Protective Order. The United States informed counsel for Armstrong that it would not agree to the legal argument in the "status report," and that the United States would agree to allow Armstrong to file a separate Memorandum of Law. Counsel to Armstrong then withdrew his consent to a "joint" status report only. Due to the lateness of defendant Armstrong's withdrawal, there was insufficient time remaining for the United States to determine if the other defendants would withdraw their consents to the status report as well.

upon proposed order is attached hereto as Exhibit G.  The parties have also reached substantial agreement with regard to an appropriate proposed protective order, and a copy of the proposed protective order, which notes the issues on which the parties have not reached agreement, is attached hereto as Exhibit H.  While the parties have reached an agreement with respect to some language to be included in a proposed order regarding the privilege logs to be submitted, they have not been able to reach an agreement as to the appropriate exception for the privilege log for communications of counsel of record in this matter, and a copy of the proposed order regarding the privilege log which notes the issues on which parties have not reached agreement is attached as Exhibit I.

Finally, the parties agree that Rule 33(a)(1) of the Federal Rules of Civil Procedure should govern the number of interrogatories available to each party.  The United States reserves its right to argue that it is not a party to Relator's claims against the non-intervened defendants, and therefore that the non-intervened defendants may not serve interrogatories on the Government.  The non-intervened Defendants disagree with the United States' position.  If Relator's claims against the non-intervened defendants survive the pending motion to dismiss, these defendants will address the government's contention more fully.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        RONALD C. MACHEN JR., D.C. Bar # 447889
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Assistant United States Attorney

        /s/ Darrell C. Valdez                                  .
        DARRELL C. VALDEZ, D.C. Bar # 420232
        MERCEDEH MOMENI
        Assistant United States Attorneys
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C.  20530
        (202)252-2507 / (202) 252-2515

        /s/ Robert E.Chandler                                  .
        MICHAEL D. GRANSTON
        ROBERT E. CHANDLER
        DAVID M. FINKELSTEIN
        Attorneys, Department of Justice
        Civil Division
        Post Office Box 261
        Ben Franklin Station
        Washington, DC  20044
        (202)514-4678