UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>UNITED STATES *ex rel.* LANDIS,       )<br>)<br>Plaintiffs,    )<br>)<br>v.        )<br>)<br>TAILWIND SPORTS CORP., TAILWIND )<br>SPORTS LLC, LANCE ARMSTRONG, and )<br>JOHAN BRUYNEEL,    )<br>)<br>Defendants.    )<br>)<br>_____ ) | Civil Action No. 10- 00976 (RLW) |

## ORDER

UPON CONSIDERATION of Defendant Johan Bruyneel's Motion to Dismiss the United States' Complaint (Dkt. No. 85), Defendant Johan Bruyneel's Motion to Dismiss the Relator's Second Amended Complaint (Dkt. No. 84), Defendant Lance Armstrong's Motion to Dismiss the United States' Complaint (Dkt. No. 93), Defendant Lance Armstrong's Motion to Dismiss Relator's Second Amended Complaint (Dkt. No. 92), and  Defendants Tailwind Sports Corporation and Tailwind Sports, LLC's Motion to Dismiss the United States' Complaint and Relator's Second Amended Complaint (Dkt. No. 91), it is hereby:

ORDERED that Defendant Johan Bruyneel's Motion to Dismiss the United States' Complaint (Dkt. No. 85) is DENIED;

ORDERED that Defendant Johan Bruyneel's Motion to Dismiss the Relator's Second Amended Complaint (Dkt. No. 84) is DENIED;

ORDERED that Defendant Lance Armstrong's Motion to Dismiss the United States' Complaint (Dkt. No. 93) is DENIED;

ORDERED that Defendant Lance Armstrong's Motion to Dismiss Relator's Second Amended Complaint (Dkt. No. 92) is DENIED;

ORDERED that Defendants Tailwind Sports Corporation and Tailwind Sports, LLC's Motion to Dismiss the United States' Complaint and Relator's Second Amended Complaint (Dkt. No. 91) is GRANTED with prejudice as to Defendant Tailwind Sports, LLC, and DENIED as to Tailwind Sports Corporation; and

ORDERED that Counts 5, 7 and 8 of the Relator's Second Amended Complaint are dismissed without prejudice as to all Defendants.


SIGNED:


_____                    _____
Date                                ROBERT L. WILKINS
                                    United States District Judge