UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FLOYD LANDIS,<br><br>                Plaintiff,<br><br>      v.<br><br>TAILWIND SPORTS CORPORATION, *et al.*<br><br>                Defendants. | Case No. 1:10-cv-00976-RLW |

**ORDER GRANTING IN PART DEFENDANTS
CAPITAL SPORTS AND ENTERTAINMENT HOLDINGS, INC.,
WILLIAM STAPLETON AND BARTON KNAGGS' MOTION TO
DISMISS RELATOR'S SECOND AMENDED COMPLAINT**

WHEREAS, on July 23, 2013, defendants Capital Sports and Entertainment

Holdings, Inc., William Stapleton and Barton Knaggs (collectively, the "CSE

Defendants") filed a Motion to Dismiss Relator's Second Amended Complaint (**Dkt. No.

94**);

WHEREAS, on June 19, 2014, the Court issued a Memorandum Opinion

addressing, among other motions, the CSE Defendants' Motion to Dismiss Relator's

Second Amended Complaint; and

WHEREAS, the Court ordered the parties to confer and file a proposed

order by June 25, 2014;

THEREFORE, IT IS HEREBY **ORDERED** as follows:

For the reasons set forth in the Memorandum Opinion and pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure, all of relator's claims under the

False Claims Act, 31 U.S.C. §§ 3729, *et seq.,* against the CSE Defendants arising prior to

June 10, 2004 are DISMISSED WITH PREJUDICE;

For the reasons set forth in the Memorandum Opinion, and pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure, Counts 5, 7 and 8 of Relator's Second

Amended Complaint against the CSE Defendants are DISMISSED WITHOUT

PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____        _____

ROBERT L. WILKINS
UNITED STATES CIRCUIT JUDGE

The following are entitled to be notified of the entry of this order:

Paul D. Scott
Lani Anne Remick
Jon L. Praed
LAW OFFICES OF PAUL D. SCOTT, P.C.
Pier 9, Suite 100
San Francisco, California 94111
Telephone:  (415) 981-1212
Facsimile:  (415) 981-1215

*Counsel for Relator Floyd Landis*

Darrell C. Valdez
Mercedeh Momeni
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2507

Robert E. Chandler
David M. Finkelstein
U.S. DEPARTMENT OF JUSTICE
Civil Division, Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-4678

*Counsel for Plaintiff United States
of America*

Blair G. Brown
Rachel Cotton
ZUCKERMAN SPAEDER, LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone:  (202) 778-1829
Facsimile:  (202) 822-8106

*Counsel for Defendants Tailwind Sports
Corporation and Tailwind Sports LLC*

Rebecca A. Worthington
Thomas E. Zeno
SQUIRE PATTON BOGGS (US) LLP
1200 19th Street, N.W., Suite 300
Washington, D.C. 20036
Telephone:  (202) 626-6600
Facsimile:  (202) 626-6780

*Counsel for Defendant Johan Bruyneel*

Marc S. Harris
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, California 90071
Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656

John Patrick Pierce
THEMIS PLLC
2305 Calvert Street, N.W.
Washington, D.C. 20008
Telephone:  (202) 567-2040
Facsimile:  (202) 567-2051

*Counsel for Defendants Capital Sports &
Entertainment Holdings, Inc., William J.
Stapleton, and Barton B. Knaggs*

Robert A. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:  (202) 956-7500
Facsimile:  (202) 956-7056

*Counsel for Defendants Thomas W. Weisel
and Ross Investments, Inc.*

John W. Keker
Elliot R. Peters
R. James Slaughter
Sharif E. Jacob
Tia Sherringham
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Robert D. Luskin
Benjamin D. Wood
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

*Counsel for Defendant Lance Armstrong*