**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS, <br><br> *Plaintiffs*, <br><br> v. <br><br> TAILWIND SPORTS CORPORATION, *et al.*, <br><br> *Defendants*. | Civil No. 1:10-cv-00976-RLW |

**DEFENDANTS CAPITAL SPORTS & ENTERTAINMENT HOLDINGS, INC., WILLIAM J. STAPLETON AND BARTON B. KNAGGS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants Capital Sports & Entertainment Holdings, Inc., William J. Stapleton and Barton B. Knaggs (collectively, "CSE Defendants"), through counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LCvR 7, respectfully move to extend by two weeks their deadline to Respond to Relator Floyd Landis' Second Amended Complaint.

The CSE Defendants' response to the Second Amended Complaint is due July 3, 2014. The CSE Defendants seek an extension of time until Thursday, July 17, 2014 to file their answer to the Second Amended Complaint. This is the CSE Defendants' first request for an extension of time. Relator consents to this Motion.

The CSE Defendants respectfully request the Court grant an extension of time for them to respond to Relator's Second Amended Complaint through July 17, 2014.

Respectfully submitted,

Dated this 27th day of June, 2014

/S/ Marc S. Harris
Marc S. Harris (Admitted *Pro Hac Vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
(213) 613-4655 – Telephone
(213) 613-4656 – Facsimile
mharris@scheperkim.com

John P. Pierce (D.C. Bar No. 475101)
THEMIS PLLC
2305 Calvert Street, NW
Washington, DC 20008
(202) 567-2050 – Telephone
(202) 567-2051 – Facsimile
jpierce@themis.us.com

Attorneys for Defendants Capital Sports & Entertainment Holdings, Inc., William J. Stapleton and Barton B. Knaggs