UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FLOYD LANDIS,<br><br>Plaintiffs,<br><br>v.<br><br>TAILWIND SPORTS CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 10-cv-00976 (RLW) |

**FILED**

JUL - 7 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Presently before the Court are two motions to compel by relator Floyd Landis. (Docs. 158, 160.)

In the first motion, Landis seeks to compel Defendants Thomas Weisel and Ross Investments, Incorporated to produce documents in response to Landis' requests for production. (Doc. 160.) Inasmuch as Weisel and Ross Investments have been dismissed and are no longer parties to this action, the motion is hereby DENIED as MOOT. To the extent the relator still intends to seek documents from the dismissed defendants, in order to avoid undue burden on the those defendants and unnecessary duplication of litigation, he shall consider carefully how he proceeds and coordinate his efforts with those of the United States to obtain third-party discovery pursuant to Federal Rule of Civil Procedure 45.

In the second motion, Landis seeks to compel Defendant Tailwind Sports Corporation to provide responses to Landis' requests for production. (Doc. 158.) This motion is hereby DENIED WITHOUT PREJUDICE based on the arguments and factual representations set forth in opposition to Landis' motion to compel. To the extent the relator still intends to seek documents from Tailwind Sports Corporation or its former

counsel, Landis shall coordinate his efforts with the United States and avoid any unnecessary duplication of discovery requests.[1]

July 7, 2014

_____
ROBERT L. WILKINS
United States Circuit Judge
(Sitting by designation in the United
States District Court for the District
of Columbia)

---

[1] In the motion to compel filed against Tailwind Sports Corporation, the Court notes that Landis did not specifically seek relief with respect to Tailwind Sports, LLC, which has now been dismissed from this action. To the extent his motion can be construed as seeking relief against the LLC, the motion is hereby DENIED. As with the other dismissed defendants, Landis shall coordinate any further attempt to obtain documents with the United States so as to avoid duplication of efforts and burden on the non-party.