# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>       Plaintiffs,<br><br>v.<br><br>TAILWIND SPORTS CORP., *et al.*,<br><br>       Defendants. | Civil Action No. 10-00976 (CRC)<br><br>**ECF** |

## SUPPLEMENTAL JOINT REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

843847

On June 12, 2014, the Court ordered the parties to meet, confer, and submit a jointly proposed revised scheduling order by July 9, 2014.  Plaintiffs United States of America and Floyd Landis and Defendants Lance Armstrong, Capital Sports & Entertainment Holdings, Inc., William J. Stapleton, and Barton B. Knaggs have exchanged proposed schedules and continue to meet and confer.  The foregoing parties will file on Friday, July 11, 2014, by 5:00 p.m. a joint proposed revised scheduling order that identifies the proposed deadlines on which the parties agree accompanied by a brief description of the positions of each party on any matters as to which they disagree.

Dated:  July 9, 2014

                                                            Respectfully submitted,

| /s/ Darrell C. Valdez | /s/ Sharif E. Jacob |
|---|---|
| Darrell C. Valdez (D.C. Bar No. 420232) | Robert D. Luskin (D.C. Bar No. 293621) |
| Mercedeh Momeni | Benjamin D. Wood (D.C. Bar No. 478799) |
| U.S. ATTORNEY'S OFFICE | PATTON BOGGS LLP |
| Judiciary Center Building | 2550 M Street, NW |
| 555 Fourth Street, NW | Washington, DC  20037 |
| Washington, DC 20530 | (202) 457-6000 – Telephone |
| (202) 307-2843 | (202) 457-6315 – Facsimile |
| darrell.valdez@usdoj.gov | rluskin@pattonboggs.com |
| | |
| Michael D. Granston | John W. Keker (*pro hac vice*) |
| Robert E. Chandler | Elliot R. Peters (*pro hac vice*) |
| David M. Finkelstein | R. James Slaughter (*pro hac vice*) |
| UNITED STATES DEPARTMENT OF JUSTICE | Sharif E. Jacob (*pro hac vice*) |
| | Tia Sherringham (*pro hac vice*) |
| Civil Division, Fraud Section | KEKER & VAN NEST LLP |
| 601 D Street, NW, Suite 900 | 633 Battery Street |
| Washington, DC 20530 | San Francisco, CA 94111 |
| (202) 514-4678 – Telephone | (415) 391-5400 – Telephone |
| (202) 514-0280 – Facsimile | jkeker@kvn.com |
| Robert.chandler@usdoj.gov | |
| | *Counsel for Defendant Lance Armstrong* |
| *Counsel for the United States* | |

| | |
|---|---|
| /s/ Paul D. Scott | /s/ Marc S. Harris |
| Paul D. Scott (Admitted Pro Hac Vice) | John P. Pierce (D.C. Bar No. 475101) |
| Lani Anne Remick (USDC Bar No. PA0045) | THEMIS PLLC |
| Jon L. Praed (D.C. Bar No. 51665) | 2305 Calvert Street, NW |
| LAW OFFICES OF PAUL D. SCOTT, P.C. | Washington, DC 20008 |
| The Embarcadero | (202) 567-2050 – Telephone |
| Pier Nine, Suite 100 | (202) 567-2051 – Facsimile |
| San Francisco, CA 94111 | jpierce@themis.us.com |
| (415) 981-1212 – Telephone | |
| (415) 981-1215 – Facsimile | Marc S. Harris (*pro hac vice*) |
| pdscott@lopds.com | SCHEPER KIM & HARRIS LLP |
| | 601 West Fifth Street, 12th Floor |
| *Counsel for Relator* | Los Angeles, CA 90071-2025 |
| | (213) 613-4655 – Telephone |
| | (213) 613-4656 – Facsimile |
| | mharris@scheperkim.com |
| | |
| | *Counsel for Defendants Capital Sports & Entertainment Holdings, Inc., William J. Stapleton and Barton B. Knaggs* |

2

843847