**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>       Plaintiffs,<br><br>v.<br><br>TAILWIND SPORTS CORP., *et al.*,<br><br>       Defendants. | Civil Action No. 10-00976 (CRC)<br><br>**ECF** |

**SUPPLEMENTAL JOINT REPORT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 26(f)**

844948

On June 12, 2014, the Court ordered the parties to meet, confer, and submit a jointly proposed revised scheduling order by July 9, 2014.  On that date, Plaintiffs United States of America and Floyd Landis and Defendants Lance Armstrong, Capital Sports & Entertainment Holdings, Inc., William J. Stapleton, and Barton B. Knaggs notified the Court of their intent to file a joint proposed revised scheduling order on Friday, July 11, 2014.  *See* Supp'l Joint Report, July 9, 2014, ECF No. 194.  The parties have not completed the meet and confer process, and continue to exchange drafts of their proposed schedules and positions in support thereof.  Therefore, with the Court's leave, the undersigned parties will file on Monday, July 14, 2014, by 5:00 p.m. their joint proposed revised scheduling order and accompanying positions.

Dated:  July 11, 2014

                                              Respectfully submitted,

| /s/ Robert E. Chandler | /s/ Sharif E. Jacob |
|---|---|
| Darrell C. Valdez (D.C. Bar No. 420232) | Robert D. Luskin (D.C. Bar No. 293621) |
| Mercedeh Momeni | Benjamin D. Wood (D.C. Bar No. 478799) |
| U.S. ATTORNEY'S OFFICE | PATTON BOGGS LLP |
| Judiciary Center Building | 2550 M Street, NW |
| 555 Fourth Street, NW | Washington, DC  20037 |
| Washington, DC 20530 | (202) 457-6000 – Telephone |
| (202) 307-2843 | (202) 457-6315 – Facsimile |
| darrell.valdez@usdoj.gov | rluskin@pattonboggs.com |
| | |
| Michael D. Granston | John W. Keker (*pro hac vice*) |
| Robert E. Chandler | Elliot R. Peters (*pro hac vice*) |
| David M. Finkelstein | R. James Slaughter (*pro hac vice*) |
| UNITED STATES DEPARTMENT OF JUSTICE | Sharif E. Jacob (*pro hac vice*) |
| | Tia Sherringham (*pro hac vice*) |
| Civil Division, Fraud Section | KEKER & VAN NEST LLP |
| 601 D Street, NW, Suite 900 | 633 Battery Street |
| Washington, DC 20530 | San Francisco, CA 94111 |
| (202) 514-4678 – Telephone | (415) 391-5400 – Telephone |
| (202) 514-0280 – Facsimile | jkeker@kvn.com |
| Robert.chandler@usdoj.gov | |
| | *Counsel for Defendant Lance Armstrong* |
| *Counsel for the United States* | |

844948

| | |
|---|---|
| /s/ Paul D. Scott | /s/ Marc S. Harris |
| Paul D. Scott (Admitted Pro Hac Vice) | John P. Pierce (D.C. Bar No. 475101) |
| Lani Anne Remick (USDC Bar No. PA0045) | THEMIS PLLC |
| Jon L. Praed (D.C. Bar No. 51665) | 2305 Calvert Street, NW |
| LAW OFFICES OF PAUL D. SCOTT, P.C. | Washington, DC 20008 |
| The Embarcadero | (202) 567-2050 – Telephone |
| Pier Nine, Suite 100 | (202) 567-2051 – Facsimile |
| San Francisco, CA 94111 | jpierce@themis.us.com |
| (415) 981-1212 – Telephone | |
| (415) 981-1215 – Facsimile | Marc S. Harris (*pro hac vice*) |
| pdscott@lopds.com | SCHEPER KIM & HARRIS LLP |
| | 601 West Fifth Street, 12th Floor |
| *Counsel for Relator* | Los Angeles, CA 90071-2025 |
| | (213) 613-4655 – Telephone |
| | (213) 613-4656 – Facsimile |
| | mharris@scheperkim.com |

*Counsel for Defendants Capital Sports & Entertainment Holdings, Inc., William J. Stapleton and Barton B. Knaggs*