# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>            Plaintiffs,<br><br>      v.<br><br>TAILWIND SPORTS CORP., et al.,<br><br>            Defendants. | Civil Action No. 10-00976<br><br>**ECF** |

## STATEMENT OF THE UNITED STATES AND
## RELATOR CONCERNING THE REVISED SCHEDULING ORDER

  The United States and relator Floyd Landis respectfully submit this statement regarding the proposed scheduling order.  The plaintiffs have elected to file separately from defendants because defendants have insisted upon including in their statement a false allegation that Government attorneys conveyed a second-hand threat of criminal prosecution to defendant Lance Armstrong.  The Government denies in the strongest possible terms that it threatened Armstrong directly or indirectly, or that it in any way suggested to counsel in the Texas arbitration that the Government had or has an interest in pursuing a criminal action against Armstrong in connection with his deposition in that matter.  Defendants' statement to that effect, which plainly has nothing to do with the timing of discovery, is being presented by defendants for an improper purpose.

  At 2:20 p.m. Eastern time today, the United States circulated to the parties what it hoped would be the final draft of the proposed order.  In so doing, it made no changes to the explanation of defendants' positions except to strike the aforementioned allegation.  The Government explained that it would not sign on to the joint document as long as it contained that

844817.02

allegation. For more than two-and-a-half hours, the Government received no response from defendants. At 4:49 p.m., just 11 minutes before the filing deadline, Armstrong's counsel sent the plaintiffs an email stating that defendants would file separately. Within ten minutes, defendants filed a statement regarding the proposed order that is identical to the draft circulated by the Government more than two-and-a-half hours earlier, except that defendants re-inserted the allegation.

Rather than restate the explanation of their positions herein, plaintiffs respectfully request that the Court refer to defendants' filing for an explanation of the plaintiffs' positions regarding the proposed scheduling order. Because the United States and relator drafted the statements of their positions that appear in the defendants' proposed order, those positions are accurately stated therein.

Dated: July 14, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Assistant United States Attorney

 /s/ Darrell Valdez
_____
DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorneys
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
Tel: (202) 252-2515

844817.02

*/s/ Robert E. Chandler*
_____
MICHAEL D. GRANSTON
ROBERT E. CHANDLER
DAVID M. FINKELSTEIN
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 514-4678

*Attorneys for the United States*

/s/ Paul D. Scott
_____

Paul D. Scott
pdscott@lopds.com
California State Bar No. 145975
Admitted Pro Hac Vice

/s/ Lani Remick
_____

Lani Anne Remick
laremick@lopds.com
California State Bar No. 189889
U.S.D.C. No. PA0045
Jon L. Praed
U.S.D.C. No. 450764
D.C. Bar No. 51665
LAW OFFICES OF PAUL D. SCOTT, P.C.
Pier 9, Suite 100
San Francisco, California 94111
Tel: (415) 981-1212
Fax: (415) 981-1215

*Attorneys for Relator Floyd Landis*

844817.02