# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS, <br><br>                    Plaintiffs, <br><br> v. <br><br> TAILWIND SPORTS CORP., *et al.*, <br><br>                    Defendants. | Civil Action No. 1:10-cv-00976-CRC <br><br> **ECF** |

## JOINT NOTICE

Pursuant to the Court's July 16, 2014 minute order and in advance of the September 15, 2014 hearing, the parties present the following issues as ripe for decision by the Court, in addition to Armstrong's Motion to Compel (Dkt. No. 190) and the parties' proposals for a revised schedule (Dkt. No. 196):

**(1)   Proposed orders pending before the Court:**

- <u>Proposed order regarding the inadvertent production of documents subject to privilege</u>:  The parties' joint proposed order is submitted at Dkt. No. 147-1, Ex. G;

- <u>Proposed protective order</u>:  The parties have reached substantial agreement with regard to a proposed protective order, and a copy of the proposed protective order, which notes the issues on which the parties have not reached agreement, is submitted at Dkt. No. 206; and

- <u>Proposed order regarding privilege logs</u>:  The parties have reached substantial agreement with respect to a proposed order regarding privilege logs, and a copy of the proposed order, which notes the issues on which the parties have not reached agreement, is submitted at Dkt. No. 207.

The Government has e-mailed Word copies of the foregoing documents to the Court.

**(2)   Discovery:**

The parties have agreed that Federal Rule of Civil Procedure 33(a)(1) should govern the number of interrogatories available to each party.  See Dkt. No. 147.  The United States reserves its right to argue that it is not a party to Relator's claims against the non-intervened defendants, and therefore that the non-intervened defendants may not serve interrogatories on the Government.

The parties also have agreed that each party shall be allowed the following number of depositions:  United States (40); Relator (30); Armstrong (40); and the Remaining Defendants[1]

---

[1] The Remaining Defendants are Johan Bruyneel, Capital Sports & Entertainment Holdings, Inc. ("CSE"), Barton B. Knaggs, William Stapleton, and Tailwind Sports Corp.

860784

(30). See Dkt. No. 141 at 6. If (i) CSE, Stapleton, and Knaggs, (ii) Bruyneel, or (iii) Tailwind Sports Corp. is dismissed, then the number of depositions allotted to the Remaining Defendants shall be reduced by 10 (or however many depositions that defendant or group of defendants then has remaining), while the number of depositions allotted to the United States, Landis, and Armstrong shall remain unaffected.[2]  See id. at 6-7.

As the number of depositions agreed upon is in excess of the limit set forth in Federal Rule of Civil Procedure 30, the parties respectfully request that the Court enter an order allowing each party to be permitted the number of depositions specified above.

///

///

---

[2] The United States' position is that if (i) CSE, Stapleton, and Knaggs, (ii) Bruyneel, or (iii) Tailwind Sports Corp. ceases to participate in the conduct of this litigation for any reason, including as a result of a dismissal, summary judgment, or default entered by the Court, then the number of depositions allotted to the Remaining Defendants should be reduced by 10 (or however many depositions that defendant or group of defendants then has remaining).

860784

Dated:  September 8, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Robert E. Chandler | /s/ Sharif E. Jacob |
| Darrell C. Valdez (D.C. Bar No. 420232) | ROBERT D. LUSKIN (D.C. Bar # 293621) |
| Mercedeh Momeni | BENJAMIN D. WOOD (D.C. Bar # 478799) |
| U.S. ATTORNEY'S OFFICE | SQUIRE PATTON BOGGS (US) LLP |
| Judiciary Center Building | 2550 M Street, NW |
| 555 Fourth Street, NW | Washington, DC 20037 |
| Washington, DC 20530 | Telephone: (202) 457-6000 |
| (202) 307-2843 | Facsimile: (202) 457-6315 |
| darrell.valdez@usdoj.gov | robert.luskin@squirepb.com |
| | |
| Michael D. Granston | John W. Keker (*pro hac vice*) |
| Tracy L. Hilmer | Elliot R. Peters (*pro hac vice*) |
| Robert E. Chandler | R. James Slaughter (*pro hac vice*) |
| David M. Finkelstein | Sharif E. Jacob (*pro hac vice*) |
| UNITED STATES DEPARTMENT OF JUSTICE | Tia Sherringham (*pro hac vice*) |
| | KEKER & VAN NEST LLP |
| Civil Division, Fraud Section | 633 Battery Street |
| 601 D Street, NW, Suite 900 | San Francisco, CA 94111 |
| Washington, DC 20530 | (415) 391-5400 – Telephone |
| (202) 514-4678 – Telephone | jkeker@kvn.com |
| (202) 514-0280 – Facsimile | |
| Robert.chandler@usdoj.gov | *Counsel for Defendant Lance Armstrong* |
| | |
| *Counsel for the United States* | |

| | |
|---|---|
| /s/ Paul D. Scott | /s/ Marc S. Harris |
| Paul D. Scott (*Admitted Pro Hac Vice*) | John P. Pierce (D.C. Bar No. 475101) |
| Lani Anne Remick (USDC Bar No. PA0045) | THEMIS PLLC |
| Jon L. Praed (D.C. Bar No. 51665) | 2305 Calvert Street, NW |
| LAW OFFICES OF PAUL D. SCOTT, P.C. | Washington, DC 20008 |
| The Embarcadero | (202) 567-2050 – Telephone |
| Pier Nine, Suite 100 | (202) 567-2051 – Facsimile |
| San Francisco, CA 94111 | jpierce@themis.us.com |
| (415) 981-1212 – Telephone | |
| (415) 981-1215 – Facsimile | Marc S. Harris (*pro hac vice*) |
| pdscott@lopds.com | SCHEPER KIM & HARRIS LLP |
| | 601 West Fifth Street, 12th Floor |
| *Counsel for Relator* | Los Angeles, CA 90071-2025 |
| | (213) 613-4655 – Telephone |
| | (213) 613-4656 – Facsimile |
| | mharris@scheperkim.com |
| | |
| | *Counsel for Defendants Capital Sports & Entertainment Holdings, Inc., William J. Stapleton and Barton B. Knaggs* |

860784