**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES ex rel. LANDIS,**<br><br>Plaintiff,<br><br>v.<br><br>**TAILWIND SPORTS CORP., et al.,**<br><br>Defendants. | Case No. 1:10-cv-00976 (CRC) |

## SCHEDULING ORDER

Upon consideration of the Defendants' Statement Concerning the Revised Scheduling Order [ECF No. 196] and the Statement of the United States and Relator Concerning the Revised Scheduling Order [ECF No. 197], it is hereby ORDERED that:

1. The United States and Relator shall have until January 1, 2015 to amend their pleadings with leave of Court or the permission of the parties.

2. The parties shall produce documents on a rolling basis. Depositions may begin immediately.

3. Fact Discovery shall close on August 14, 2015.

4. The parties shall exchange expert reports, including on the issue of damages, on September 15, 2015. The parties shall exchange rebuttal expert reports on October 15, 2015. Expert discovery shall close on December 15, 2015.

5. The parties shall appear for a post-discovery conference on January 11, 2016, at 2:00 PM.

6. Each party shall be allowed the following number of depositions: United States (40); Relator (30); Armstrong (40); and the Remaining Defendants (30).

7. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a telephone conference with the Court. At least twenty four (24) hours before the scheduled teleconference, the parties shall file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled.

8. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

9. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

10. Parties are to communicate with the Court by motion, opposition, reply, or notice, not by letter. All inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Terri Robinson, (202) 354-3179, rather than to chambers. If Ms. Robinson is unavailable, such inquiries shall be directed to the staff person in the Clerks' Office who has been designated as her substitute. Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers provide legal advice of any kind. In an emergency, however, chambers can be contacted at (202) 354-3480.

11. This Court will only grant continuances, extensions, or enlargements of time upon the filing of a motion. Motions for continuances of a court date must be filed at least three days prior to the hearing and must include at least three alternative dates that have been agreed to by the parties. Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   October 3, 2014