UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES *ex rel.* LANDIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TAILWIND SPORTS CORP., LANCE ) <br> ARMSTRONG, and JOHAN BRUYNEEL, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civil Action No. 10-cv-976 (CRC) <br><br> **ECF** |

## SUPPLEMENT TO THE UNITED STATES' SURREPLY

Government counsel in this matter learned on November 3, 2014 that nine (9) memoranda (the "Additional Memoranda") had been omitted from the exhibits submitted with the Government's surreply filed on October 21, 2014 (the Surreply).[1] ECF No. 236. The United States therefore respectfully submits this supplement to its Surreply, so that the Court may consider the Government's claim of privilege over the Additional Memoranda at the same time it considers similar privilege claims set forth in the Government's October 21, 2014 brief. The United States will also submit the memoranda for *in camera* review by the Court.

The Additional Memoranda are set forth in a log attached as Exhibit 1 hereto. Each of the memoranda reflected in the attached log should be added to and considered part of Exhibit C

---

[1] We note that, on the same date, Government counsel learned of the existence of a tenth memorandum, but the Government has not logged or produced that memorandum because it contains material subject to Rule 6(e) of the Federal Rules of Criminal Procedure.

to the Government's Surreply.  ECF No. 236, Exh. C (listing all memoranda at issue in response to Armstrong's motion to compel).

In addition, the Additional Memoranda should be added to Exhibit G to the Government's Surreply.  As with the other memoranda listed in Exhibit G, the Additional Memoranda were all prepared by criminal investigators, and they all relate to interviews in which civil attorneys and investigators did not participate.  The United States contends that they are fact work product for which Armstrong has not demonstrated a substantial need, and the analysis with respect to these memoranda is identical to those already listed in Exhibit G to the Government's Surreply.  That is, the Government's arguments in Section II.C of its Surreply also apply to the Additional Memoranda.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Assistant United States Attorney


  /s/ Darrell C. Valdez_____
DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorneys
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
Tel: (202) 307-2843

        /s/ Robert E. Chandler

    MICHAEL D. GRANSTON
    TRACY L. HILMER
    ROBERT E. CHANDLER
    DAVID M. FINKELSTEIN
    Attorneys, Department of Justice
    Civil Division
    Post Office Box 261
    Ben Franklin Station
    Washington, D.C.  20044
    Tel:  (202) 514-4678

DATED: November 4, 2014

# EXHIBIT 1

## Additional Memoranda To Be Included in Exhibits C and G to US Surreply of October 21, 2014

| Date | Interviewee | Prepared By | Attorneys Present | Other Agents Present | Others Present | Privilege | Notes |
|---|---|---|---|---|---|---|---|
| 2/7/2011 | John Hendershot | Jeff Novitzky (FDA) | | Connie Militano (FDA) | | WP | |
| 8/25/2011 | Dr. Robert Pryzbelski | Jeff Novitzky (FDA) | | | | WP | |
| 9/22/2010 | Pat McIlvain | Jeff Novitzky (FDA) | William Sullivan and Rebecca Ross (McIlvain's attorneys) | Amy Fong (USPS) and Oliver Farache (FDA) | | WP | |
| 2/11/2011 | John F. Tarbert | Jeff Novitzky (FDA) | | Connie Militano (FDA) | Commander John Perry, Denver Regional Transportation District Police | WP | |
| 6/4/2010 | Michael Ball | Marc Ruiz (FDA) | Michael Nasatir and Vicki Podberesky (Ball's Attorneys) and Doug Miller and Michael Raphael (AUSA) | Jeff Novitzky (FDA) | | WP | |
| 1/31/2011 | Jan Exum and Dr. Wade Exum | Jeff Novitzky (FDA) | | Connie Militano (FDA) | | WP | |
| 4/7/2009 | Pauline Boyle | Marc Ruiz (FDA) Richard Pueschel (FDA) | | | | WP | |
| 8/25/2011 | Billy Campbell | David Dahle | Doug Miller, Mark Williams, Lilly Sanchez (Campbell's Attorney) | | | WP | |
| 12/12/2011 | Tanya Clark | Amy Fong | Doug Miller, Mark Williams, Sheldon Zenner (Clark's Attorney) | | | WP | |