# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES ex rel. LANDIS,**

Plaintiffs,

v.

**TAILWIND SPORTS CORP., et al.,**

Defendants.

Case No. 1:10-cv-00976 (CRC)

## ORDER

The Court hereby **ORDERS** that the United States and Relator Floyd Landis' Joint Motion to Modify the Scheduling Order [ECF. No. 256] is **GRANTED**. It is further

**ORDERED** that the deadline by which plaintiffs may amend their pleadings with leave of Court or the consent of the parties is extended to May 1, 2015. In assessing any motion for leave to amend, the Court will consider the extent to which the proposed amendments are based on new evidence received as a result of the Court's September 5, 2014 Minute Order or December 11, 2014 Minute Order.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: January 16, 2014