# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>                              Plaintiffs,<br><br>       v.<br><br>TAILWIND SPORTS CORP., *et al.*,<br><br>                              Defendants. | Civil Action No. 1:10-cv-00976-CRC<br><br>**ECF** |

# DEFENDANT LANCE ARMSTRONG'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS FOR *IN CAMERA* REVIEW

Pursuant to Local Civil Rule 7, Defendant Lance Armstrong respectfully moves the Court for leave to submit for *in camera* review the accompanying declaration of Sharif E. Jacob and its exhibits.

Landis has represented to the Court that Armstrong made a $1,000,000 loan to his longtime agent William Stapleton "around the time of Landis' disclosures," which he claims "would be relevant to potential bias of the CSE defendants in favor of Armstrong and would also be relevant to potential efforts on his part to influence them as witnesses." ECF No. 321 at 3. Landis' suggestion that the loan was made to influence testimony is the sole basis for his proffer of relevance. Armstrong requests leave to submit documents showing that Landis' allegation is unsubstantiated and contrary to the facts. Armstrong believes that submission of the accompanying documents will help the Court make a full and informed evaluation of the merits of Landis' motion to compel. Therefore, Armstrong respectfully requests that the Court grants his motion for *in camera* review. *See Carl Zeiss Stiftung v. V. E. B. Carl Zeiss, Jena*, 40 F.R.D. 318, 331 (D.D.C. 1966) ("[C]ourts should not hesitate to make a private examination of disputed materials upon a reasonable showing that it can serve a purpose truly useful to a party actually or potentially entitled to some discovery.").

Pursuant to Civil Local Rule 7(m), Armstrong conferred with the relator, who does not oppose this motion.

//
//
//
//
//

948951

Respectfully submitted,

KEKER & VAN NEST LLP

Dated:  May 19, 2015

By:  */s/ Elliot R. Peters*

JOHN KEKER (*pro hac vice*)
ELLIOT R. PETERS (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
SHARIF E. JACOB (*pro hac vice*)
TIA SHERRINGHAM (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

ROBERT D. LUSKIN (D.C. Bar # 293621)
PAUL HASTINGS LLP
875 15TH St., NW
Washington, DC  20037
Telephone: (202) 551-1966
Facsimile: (202) 551-0466

Attorneys for Defendant
LANCE ARMSTRONG