**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES ex rel. LANDIS**, <br><br> Plaintiffs, <br><br> v. <br><br> **TAILWIND SPORTS CORP., et al.**, <br><br> Defendants. | Case No. 1:10-cv-00976 (CRC) |

### ORDER

Upon consideration of the arguments presented during the June 18, 2015 telephonic discovery conference and the briefing of the parties, it is hereby

**ORDERED** that Nonparty Anna Hansen's Motion to Quash [ECF No. 312] is **GRANTED** in part and **DENIED** in part. The Government may depose Hansen only as it relates to her and others' knowledge of the use and concealment of performance enhancing drugs by Armstrong and affiliates of the United States Postal Service cycling team. The deposition shall not exceed two hours. It is further

**ORDERED** that Defendant Lance Armstrong's request that the Court order Relator Floyd Landis to produce documents in response to Armstrong's First Set of Requests for Production [ECF No. 320] is **GRANTED**. Because the requested documents are potentially relevant to Relator's credibility and bias against Armstrong, Relator must produce them. It is further

**ORDERED** that Relator's Motion to Compel Armstrong [ECF No. 321] is **GRANTED** in part and **DENIED** in part. Because Armstrong has not shown that producing the requested correspondence will be unduly burdensome, the Court grants the motion as to Request No. 90. Armstrong shall produce the communications identified in Relator's motion except those which solely concern matters of a purely personal nature unrelated to cycling, the use of performance

enhancing drugs, sponsorships or other business dealings, or any other issue material to this case, broadly construed.  The Court also grants the motion as to Request No. 77 except as it relates to the August 2007 loan agreement between Armstrong and William Stapleton.  It is further

**ORDERED** that the Government's request that the Court order Armstrong to produce litigation files currently available for review at the Schillings law firm in London [ECF No. 326] is **DENIED**.  The Government may inspect the files or request the production, at its expense, of the files in their entirety or specific files or categories reflected in the index provided by Armstrong.  Counsel for Armstrong shall cooperate with the Government as necessary to obtain alternative quotes for scanning the files.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   July 1, 2015