**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

UNITED STATES *ex rel.* LANDIS )
)
Plaintiffs )
)          Civil Action No. 10-00976 (CRC)
v. )
)                      ECF
TAILWIND SPORTS CORP., *et al.* )
)
Defendants. )
_____)

**UNITED STATES' SUPPLEMENTAL FILING**
**PARTIALLY WITHDRAWING OPPOSITION TO**
**DEFENDANT LANCE ARMSTRONG'S MOTION TO COMPEL**

Pursuant to the Court's Order of July 13, 2015 [ECF No. 378], which directed the

Government on the application of the deliberative process privilege with respect to certain

documents sought by defendant Lance Armstrong, the Government hereby partially withdraws

its opposition to Armstrong's Motion to Compel [ECF No. 365]. Specifically, the Government

agrees to waive its deliberative process objections as to the specific categories of documents

sought by Armstrong's motion, namely, documents relating to a January 2015 report entitled

"The Value of the U.S. Postal Service Brand," prepared for the USPS by Premier Quantitative

Consulting ("PQC"). As requested, the Government agrees to produce communications with

PQC relating to the report, interviews of USPS executives conducted by the USPS Office of

Inspector General ("OIG") or PQC, and the results of a survey cited in the report conducted by

InfoTrends for OIG and PQC comparing key brand attributes.

Respectfully submitted,



BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Assistant United States Attorney

s/ Gregory A. Mason
MICHAEL D. GRANSTON
TRACY L. HILMER
ROBERT E. CHANDLER
DAVID M. FINKELSTEIN
ROBERT J. MCAULIFFE
GREGORY A. MASON
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9472

DATED:  July 17, 2015