UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TAILWIND SPORTS CORP., *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:10-cv-00976-CRC<br><br>ECF |

**DECLARATION OF SHARIF E. JACOB IN SUPPORT OF LANCE ARMSTRONG'S MOTION FOR A PRECLUSION ORDER**

**[REDACTED VERSION]**

I, SHARIF E. JACOB, hereby declare and state that:

1. I am an attorney with the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, and counsel for Defendant Lance Armstrong in the above-captioned action. I am licensed to practice law in the State of California and have been admitted before this Court *pro hac vice*.

2. Except where indicated below, I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the relevant excerpts from the Telephone Conference transcript of a meet and confer, transcribed on December 19, 2014.

4. Attached hereto as Exhibit B is a true and correct copy of the relevant excerpts from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. Attached hereto as Exhibit C is a true and correct copy of email correspondence between Mr. Finkelstein and me, dated July 14, 2015.

6. Attached hereto as Exhibit D is a true and correct copy of email correspondence between Mr. Chandler and me, dated July 17, 2015

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2015, in Aspen, Colorado.

/s/ Sharif E. Jacob
SHARIF E. JACOB

1

963379