# EXHIBIT C

| | |
|---|---|
| **From:** | Sharif E. Jacob |
| **To:** | Finkelstein, David M. (CIV) (David.M.Finkelstein@usdoj.gov) |
| **Cc:** | Robert McAuliffe; Robert (CIV) Chandler (Robert.Chandler@usdoj.gov); Valdez, Darrell (USADC) (Darrell.Valdez@usdoj.gov); John Keker; Elliot Peters; R. James Slaughter; Karen Bringola |
| **Subject:** | United States ex rel. Landis v. Tailwind Sports Corp., No. 10-0976 |
| **Date:** | Tuesday, July 14, 2015 8:50:58 AM |
| **Attachments:** | image003.png |

David:

On July 9, 2015, we received a production from the government of 13,005 pages of documents. The production contains at least 6,621 pages that appear to be phone records of Lance Armstrong, his attorneys, his agents, and his family members, among others. The same set includes logs that appear to have resulted from a pen register the government placed on Armstrong's phone. The production also contains at least 4,484 pages of financial documents, including what appear to be Armstrong's bank statements. The metadata accompanying the production indicates that government obtained the foregoing documents by grand jury subpoena. We do not yet know what documents comprise the remainder of the government's production.

Armstrong served document requests seeking the foregoing documents one year and eight months ago. After the government initially refused to produce those documents, Armstrong was forced to filed a motion to compel their production. In its opposition to Armstrong's motion, the government capitulated and agreed to produce documents it received through grand jury subpoenas. ECF No. 201 at 11. On September 30, 2014, the Court ordered the government to produce those documents. ECF No. 227 at 3. During a December 19, 2014 meet and confer, the government represented that it had produced the materials it obtained via grand jury subpoena.
That representation was false. Armstrong came to learn of its falsity over a year later when—during the deposition of Kristin Armstrong—the government introduced as an exhibit a document it claimed was a statement of Armstrong's bank account. The document did not bear a Bates number. On the record, the government represented that it had been produced. During a break, the government admitted it had not.

The government has had the fruits of the grand jury's investigation since 2011. It openly uses those documents to litigate this action while withholding them from Armstrong in violation of the Court's order. The government's conduct is contemptible. Armstrong will not permit the government to gain advantage at his deposition by delaying his ability to review documents the government has been using to prepare its case for years. Therefore, we will not make Armstrong available for deposition on July 23, 2015. We will supply dates for his deposition after the government certifies that it has completed production of documents responsive to Armstrong's document requests.
Regards,

**Sharif E. Jacob**
Attorney at Law

**KEKER & VAN NEST** LLP

415 676 2237 direct   |   vCard   |   sjacob@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com