## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES ex rel. LANDIS,**<br><br>Plaintiff,<br><br>v.<br><br>**TAILWIND SPORTS CORP., et al.,**<br><br>Defendants. | Case No. 1:10-cv-00976 (CRC) |

## ORDER

Upon consideration of the arguments presented during the September 22, 2015 discovery conference and the briefing of the parties, it is hereby

**ORDERED** that Relator's Motion to Compel, as reflected in his Summary of Issues Relating to 1) Relator's First Set of Requests for Admissions, 2) Missing Williams & Connolly Documents, and 3) Confidential Donor Names [ECF No. 429], is **DENIED**.  Defendant Armstrong shall not be required to respond to all 435 Requests for Admission ("RFAs") in Relator's First Set of RFAs.  Relator shall instead narrow this list of requests to a maximum of 50 RFAs.  Any information contained therein designated as "confidential" shall remain subject to the Court's Protective Order of September 15, 2014 [ECF No. 221].  Relator shall also produce, in unredacted form, his federal and Connecticut income-tax returns from the year 2012.  The Court will not require Defendant Armstrong to produce the Bates numbers for the ten pages of withheld documents previously produced by the law firm Williams & Connolly, there being no indication upon the Court's *in camera* review that any of these documents that were privileged were disclosed to third parties or that any non-privileged documents were responsive to Relator's subpoena to Williams & Connolly.

Relator is directed to submit to the Court for *in camera* review any documents reflecting donations to the Floyd Fairness Fund.  The Court will reserve judgment on this issue in the interim.

**SO ORDERED.**

 

 

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: _____September 22, 2015_____