## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES ex rel. LANDIS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TAILWIND SPORTS CORP., et al.,**<br><br>    Defendants. | Case No. 1:10-cv-00976 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the CSE Defendants' [311] Motion for Summary Judgment be **GRANTED** with respect to Count 4 of Relator's Second Amended Complaint and **DENIED** with respect to Counts 1, 2, 3, and 6 of Relator's Second Amended Complaint.  It is further

**ORDERED** that the Government show cause, by January 26, 2016, why the Court should not grant summary judgment in favor of Armstrong on Count 4 of the Government's Complaint in Intervention.  It is further

**ORDERED** that Relator show cause, by January 19, 2016, why the redactions appearing on pages 3 and 4 of the publicly filed version of the Court's Memorandum Opinion should not be removed.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   January 12, 2016