**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>                            Plaintiffs,<br><br>       v.<br><br>TAILWIND SPORTS CORP., *et al.*,<br><br>                           Defendants. | Civil Action No. 1:10-cv-00976-CRC<br><br>**ECF** |

**EXHIBITS 26-33 TO THE**
**DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**LANCE ARMSTRONG'S MOTION FOR SUMMARY JUDGMENT OR,**
**IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 26

ALLEN KANE
CHIEF MARKETING OFFICER
SENIOR VICE PRESIDENT


**UNITED STATES**
**POSTAL SERVICE**

October 15, 1997

GOVERNORS

SUBJECT: USPS Pro Cycling Team Activities for FY98

In 1997, the Postal Service received terrific media coverage resulting from our sponsorship of the USPS Pro Cycling Team. Copies of key newspaper stories from the Tour de France and other international and domestic races are enclosed for your information.

As you have challenged us to do, we are preparing to take the cycling sponsorship to the next level for FY98. We have been working on a plan to leverage sales, public relations and employee involvement opportunities related to the team. We will share the completed plan with you soon, however, following are some of the highlights.

We plan to increase revenue through sales of core postal products, especially domestic and international package services. The Tactical Marketing and Sales Development group is working with the NationsBanc Montgomery Securities staff to identify and pursue, among their clients and the more than 20 cosponsors, prospects for new business for the Postal Service.

We also will leverage on-site opportunities for retail sales at cycling events and continue to make team logo merchandise available for purchase by postal employees. This integrates well with employee involvement and internal communications efforts included in our plan.

Finally, we will continue to reap the external public relations benefits of sponsoring the team. Our efforts are keyed to receiving significant exposure as an innovative domestic and international delivery provider. You will soon hear more about the team signing Lance Armstrong, a two-time Olympian and former World Champion, who is returning to cycling after a year-long battle with cancer. Along with our team cosponsors, we have agreed to give Lance an opportunity to ride again for a great American team. Lance will help drive our public relations activities this year by attracting significant domestic and international media attention. This relationship furthers our recent efforts to call attention to issues of public interest such as breast cancer awareness.

Please take a moment to review the powerful exposure we received in 1997. We expect the Cycling Team sponsorship to pay even greater dividends for 1998. I will keep you informed of our progress.

Allen Kane

Enclosure

cc: Management Committee

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-2400
202-268-6990
FAX: 202-268-6057



MYERS00000115



xøxuøÿøÿøÿøÿø.xøÿü üøøxÿxÿx pÿ 8xøÿøÿøÿü øpÿ0 0
I home page I site index I search I help I

Go to Cycling Section

Go to Olympic
Section

Go to Sports Section

# 'Super' Cyclist Credits Success to Super Mom

*By Ray Glier*
Special to The Washington Post
Friday, June 7 1996; Page C04

It was Mother's Day weekend, and Lance Armstrong was talking about self-reliance, self-motivation and fortitude. That was only fitting because Armstrong says those three qualities, which help make him the best bicycle road racer in the U.S., are gifts from his mother.

She was just 17 when Lance was born. Her marriage with Lance's father failed and she raised him herself in Plano, Tex., a suburb of Dallas. "It was just me and her," Armstrong said. "She taught me about hard work and fortitude and getting things done. She's a big reason I'm here today."

Linda Walling wasn't with Lance on Mother's Day, when her 24-year-old son won his second Tour DuPont. She was back in Austin, supervising workers who were moving her son's belongings into his new million dollar home on the banks of Lake Austin. Armstrong has even picked out a name for his new spread.

"Casa Linda," he said with a proud smile. "There's going to be a big sign out there . . . in honor of her."

All signs point to Armstrong as a top medal contender in Atlanta. He received an automatic bid to the five-man U.S. team, and European cyclists, who dominate the sport and have seen just one American -- Greg LeMond -- pose any threat to their dominance, believe Armstrong could be the best in the world.

"Lance Armstrong . . . he is Superman," French rider Jean Cyril Robin said.

For all of this, Armstrong thanks his super mom.

When he decided as an 11-year-old that agility sports such as football, basketball and baseball weren't his strong suit, he turned to endurance sports such as running and swimming. His mom drove him to 10K races every week, he said.

When he started taking 100-mile training runs on the bike from Plano to the Oklahoma border, Mom brought him home in the car when he became dehydrated and couldn't ride.

It was his mom who supported his decision to move to Austin by himself when he was 18 so he could train with U.S. Cycling's amateur team. Armstrong had won two national triathlon championships, but he wanted to make the Olympic team, so he thought cycling was the best route.

"She never pushed me or forced me into any sport," Armstrong said. "She was very supportive and encouraging. It was never, `You have to do this, you have

MYERS00000116

to do that.' "

Armstrong showed his appreciation for Linda three years ago when he won the one-day world championship race in Oslo. He refused to appear before the King of Norway for the awards ceremony unless his mom was with him.

"It was raining outside," Armstrong said. "My mom was not going to stand outside in the rain."

It was Armstrong's mother, among others, who convinced him to stay with the sport after some rainy days in 1992. He was touted as a medal favorite in the road race at the Barcelona Olympics, but finished 14th. A week later, in one of his first professional races, he finished 111th out of 111 riders.

Since then, he has rallied his career by winning the world championship in 1993, finishing second in the Tour DuPont in 1993 and 1994, then winning America's premier cycling event in 1995 and 1996. He won this year's 12-day Tour DuPont over France's Pascal Herve by 3 minutes 15 seconds, the widest margin of victory in the history of the event.

Armstrong was so dominating that Tony Rominger, ranked No. 2 in the world, said, "I was out of it by the second day."

Armstrong wasn't pedaling and rolling over those 1,159 miles of the Tour DuPont by himself. He has the sport of cycling on his back, carrying it into the consciousness of America. LeMond, three-time winner of the Tour de France, carried cycling until 1992, but then he retired.

Until he emerged as a dominant racer, there was a void. Now, Armstrong is ready to lift that great weight, albeit reluctantly.

"I think the sport needs a contender, needs a champion," he said. "Frankly, we don't have, like Italy, or Belgium, or Spain, an abundance of those. I've always felt the champions carried the sport, the individuals, the characters. [Michael] Jordan carries basketball. When he's gone, it's not the same.

"I don't want to say I'm the sport of cycling in America. I honestly don't believe it."

But it is Armstrong who commands the highest salary on the Motorola team, approximately $900,000 a year. And what other cyclist could muster the financial resources or credibility to sponsor a circuit for kids? It's the Lance Armstrong Junior Olympic Race Series, regional competitions for cyclists from 10 years old to 21.

"NBA players and NFL players should look up to Lance Armstrong and say `I want to be like that,' " says Chris Carmichael, the U.S. Olympic team coach. "He goes beyond being a good bike racer."

Physically, Armstrong seems the same as the other top road racers. He's 5 feet 11, 165 pounds. Veins bulge from sturdy legs.

But he is different. For one thing, top riders such as Miguel Indurain and Rominger are in their late twenties and thirties, when the best riders hit a peak in the sport. Armstrong, who is single, is 24 and close to his peak, or so his competition had better hope.

MYERS00000117

What's more, Armstrong is a tireless worker, said Carmichael.

"Lance is like a lot of other riders on race day, they all give 100 percent," Carmichael said. "But were they giving 100 percent six months ago, in the winter? Lance was."

And for that he can thank his mom.

© Copyright 1996 The Washington Post Company
Back to the top

washingtonpost.com
i home page i site index i search i help i

MYERS00000118



adventure goat online

# Lance Armstrong's Press Releases

These press releases have been taken from internet newsgroups over the past two days. Thanks to Paul Sherwen.

Lance Armstrong held a telephone press conference today announcing that he had been diagnosed with testicular cancer. Attached are statements from Lance, Gary Tooker [Motorola CEO] and the Motorola Cycling team.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lance Armstrong Press Conference Statement October 8, 1996 I would like to thank everyone for coming and for calling in to hear what I have to say today. I have some news regarding my health to share with you. On Wednesday, October 2nd, I was diagnosed with testicular cancer. Prior to seeing my doctor last week, I had been experiencing swelling and pain in one of my testicles and had coughed up some blood. On Thursday, October 3rd, I underwent surgery at St. David's Hospital here in Austin to have the malignant testicle removed and the surgery was successful. A CT-Scan was also performed the same day. The CT-Scan revealed that my condition has spread into my lungs and abdomen. In terms of degrees of the disease, my condition is considered to be advanced and, thus, yesterday I began my first day of chemotherapy treatment.

I will undergo chemotherapy for at least nine weeks and then, depending on how I respond to the treatment, may have to undergo more chemotherapy or other procedures to fight this disease. I have the utmost faith in all the doctors with whom I am working and I am determined to fight this disease and to prevail. I would like to say a special thank you to the staff at St. David's hospital for making my stay there as comfortable as possible and for protecting my privacy until I was prepared to share this news with the press. Due to this consideration, I have been able to speak with all of my sponsors, with Team Motorola, and with my new team, Team Cofidis, prior to this press conference.

My oncologist, Dr. Dudley J. Youman, was unable to be here today. However, he has told me that the cure rate for testicular cancer in the advanced stage is between 60% and 85%. Further, if I do beat this disease I have been assured that there is no reason that I cannot make a full and complete recovery.

For now, I must focus on my treatment. However, I want you all to know that I intend to beat this disease, and further, I intend to ride again as a professional cyclist. I am unable to say today when I will be back in the peloton but hold out hope that I might still

MYERS00000119

participate in the 1997 season.

I want to finish by saying that I intend to be an avid spokesperson for testicular cancer once I have beaten the disease. Had I been more aware of the symptoms, I believe I would have seen a doctor before my condition had advanced to this stage. I want this to be a positive experience and I want to take this opportunity to help others who might someday suffer from the same circumstance I face today.

During the next few months, I will be undergoing my treatment and will be surrounded by my family and close friends. It will be a difficult time for me and I would appreciate that any press inquiries into my progress be communicated through my agent, Bill Stapleton. However, I will be available to answer your questions myself for the next few minutes. Thank you.

---

Margot Brown
(847) 576-5304
October 7, 1996
FOR IMMEDIATE RELEASE

SCHAUMBURG, Ill. -- The following statement was issued by Gary L. Tooker, vice chairman and chief executive officer, following today's press conference in which Lance Armstrong revealed he is battling cancer.

"I know I speak for all Motorola employees, as well as cycling enthusiasts around the world, in expressing sadness at learning of Lance's condition. Lance has been inspirational in his professional cycling career on behalf of Motorola, always giving more than 100% to the sport and to his team. We know Lance will summon the same courage he has shown in the past to win this most recent personal challenge. Our prayers are with Lance, his mother, the Motorola Cycling Team and all of those who are close to Lance."

Jim Ochowicz
(414) 549 8640
Paul Sherwen
(32) 56 457 267
8 October, 1996
FOR IMMEDIATE RELEASE

Waukesha, Wisconsin:

All the staff and members of the Motorola Cycling team extend their full support to

MYERS00000120

Lance and his family and will be at his side to support him throughout this difficult time.

We now know that Lance is facing the biggest battle of his life, but knowing him as we do we feel sure that he will face this new challenge with all the strength of character that has made him one of the top cyclists in the World.

Lance's efforts to beat this illness and his desire to bring awareness to this form of cancer to men around the world reflect the courage of this young man to turn his situation into a positive one. We hope that we can help him raise the world wide understanding about this illness.

Send comments to : _____

All contents of these pages c 1996 Adventure Goat International.

MYERS00000121

# EXHIBIT 27

GAIL G. SONNENBERG
VICE PRESIDENT
TACTICAL MARKETING AND SALES DEVELOPMENT

 **UNITED STATES POSTAL SERVICE**

May 25, 1999

EXHIBIT
230
7/13/5
PENGAD 800-631-6989

Mr. Thomas Weisel
President, Montgomery Sports, Inc.
One Montgomery Street, Suite 3700
San Francisco, CA 94104

Dear Thom:

As you know, Montgomery Sports, Inc. (MSI) and the United States Postal Service (USPS) are parties to a Sponsorship Agreement dated as of October 1, 1995. Section 4 of the Agreement provides, among other things, that the term of the Agreement will be automatically extended on July 1 of each year for additional one year terms, unless the USPS provides notice that the term will not be further extended.

This letter will confirm that MSI and the USPS have agreed that the term of the Agreement will be extended through December 31, 2001 and that the USPS will not exercise its right to provide notice on or before July 1, 1999, or on or before July 1, 2000, that the term will not be extended for calendar years 2000 and 2001.

The Agreement will otherwise remain in full force and effect. In particular, the sponsorship fee to be paid by the USPS for both years will be negotiated between MSI and USPS in the near future.

Sincerely,

Gail Sonnenberg

2111 WILSON BOULEVARD SUITE 1100
ARLINGTON VA 22201-3001
703-526-2650
FAX: 703-526-2696

US00423567

# EXHIBIT 28

ALLEN KANE
CHIEF MARKETING OFFICER
SENIOR VICE PRESIDENT

 **UNITED STATES**
**POSTAL SERVICE**



April 13, 1998

CHAIRMAN WINTERS

SUBJECT: U.S. Postal Service Cycling Sponsorship

I am following up on your conversation with Mr. Runyon on the cycling sponsorship. I have taken very seriously the concerns you have expressed over the past year or more regarding the Postal Service's sponsorship of a professional cycling team. The challenge you posed last fall prompted a commitment to prove a business case for continuing this activity, or cancel it. Quite frankly, I would have bet then that the following story would not materialize, and that I would not be taking your time any further in this matter. As it turns out, the facts warrant this letter.

As you know, we have taken a hard look at all of our marketing expenses and sought to rationalize many programs formerly under the umbrella of Advertising. When we established the Tactical Marketing and Sales Development group, it became clear that we now possessed the professional resources necessary to revamp our approach to events and sponsorships. We learned that these activities should have been viewed as commercial sales development tools, not just retail sales, public relations and media events.

A task team from Tactical Marketing and Sales Development, led by Gail Sonnenberg, met with Thom Weisel, CEO of NationsBanc Montgomery Securities, and other sponsors of the U.S.P.S. Cycling Team last fall. The mandate was clear. The Postal Service must turn the sponsorship into a vehicle to produce new business and profitable revenue. A minimum target of $10 million in new annual revenue was established.

Both Montgomery Securities and VISA have been key to expanding the reach of our sales effort. Through existing relationships with many of their clients, coupled with an interest in the sport of cycling on the part of associated key executives, sales strategies for Priority, DBMC packages, and Advertising Mail were designed.

The attached listing of sales results reflects the success we have had leveraging our relationship in just a short period of time. I have also provided a listing of additional revenue committed in FY '98, as well as the breakdown of more than $11 million in new business which our co-sponsors are helping us pursue.

As we discussed last year, if I thought we could make a good business case on sponsoring cycling events, I would quantify it for you. If not, I would exit the contract. Attached is an outline of the business case presented to the Management Committee in March. It includes the sales figures mentioned above, which reflect how similar meetings have translated into new revenue

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-2400
202-268-6990
FAX 202-268-6057

USPS 00002671

US00000621

To be treated as Confidential Material by agreement of parties, 1/29/14

- 2 -

and new opportunities for the Postal Service. While I have focused attention on the sales value of this relationship, it cannot be ignored that considerable good will and positive public relations have been built by this sponsorship. I have also attached information relating the value of this sponsorship in terms of media dollars.

Your willingness to review this matter is very much appreciated. I would like to continue the sponsorship in one-year increments in order to ensure that the results we anticipate come to fruition. If you would like to make time available, Gail Sonnenberg would welcome the opportunity to come to Austin to further discuss any concerns you might have. I need to finalize this decision in the next two months, and I await your guidance on the issue.

Allen Kane

Attachment

USPS 00002672

US00000622

Case 1:10-cv-00976-CRC   Document 514-6   Filed 04/27/16   Page 15 of 50
To be treated as Confidential Material by agreement of parties, 1/29/14



# CYCLING TEAM SPONSORSHIP
## Current Situation

- **USPS is in third year of three-year commitment**

- **Funding level has been $2 million per year**

- **Options to renew expire June 30**

- **Options include one-year extension or new contract**

- **Currently on a course to terminate sponsorship unless senior management and Board leadership approve business case**

USPS 00002673

US00000623

Case 1:10-cv-00976-CRC   Document 514-6   Filed 04/27/16   Page 16 of 50
To be treated as Confidential Material by agreement of parties, 1/29/14



# CYCLING TEAM SPONSORSHIP

## Why do we want it?

- NationsBanc Montgomery Securities' senior management and co-sponsors are committed to a $10 million "new revenue" target for USPS in FY '99

- Generate substantial exposure for USPS name, logo and products in television, print and radio

- Associate USPS name and logo with a world-class American sports team, building upon the positive image of the team

- Build employee pride through association with American's premier cycling team

USPS 00002674

US00000624

Case 1:10-cv-00976-CRC   Document 514-6   Filed 04/27/16   Page 17 of 50
To be treated as Confidential Material by agreement of parties, 1/29/14

# CYCLING TEAM SPONSORSHIP



### How do we do it?

- Montgomery Securities and other sponsors facilitate meetings with key decision makers (CEOs, Sr. V.P.s, etc.) which are targets of Tactical Marketing and Sales Development

- Major hospitality events at 5 largest races each year provide opportunities to build business relationships with key executives

- Retail promotions when races are held bring new revenues for both USPS and co-sponsors

- Employee cycling enthusiasts participate in local community events

- Domestic and International press coverage promote USPS products and services

USPS 0000625

US00000625

Case 1:10-cv-00976-CRC   Document 514-6   Filed 04/27/16   Page 18 of 50

To be treated as Confidential Material by agreement of parties, 1/29/14

# CYCLING TEAM SPONSORSHIP

## Results

## Sales Results Associated with Cycling Sponsorship

### Sold Thru AP 6

| $ | | | |
|---|---|---|---|
| $ 500,000 | Priority | Bike Nashbar | |
| 1,200,000 | Ad Mail | Montgomery Security | |
| 162,000 | Ad Mail | Cycling Sponsor's Event Marketing | |
| 50,000 | Ad Mail | Pearl Izumi | |
| 100,000 | Ad Mail | PEP Products, Inc. | |
| 50,000 | Ad Mail | Shimano American Products | |
| $ 2,062,000 | Total Sales | | |

USPS 0002676

US00000626

Case 1:10-cv-00976-CRC   Document 514-6   Filed 04/27/16   Page 19 of 50

To be treated as Confidential Material by agreement of parties, 1/29/14

 # CYCLING TEAM SPONSORSHIP

## Sales Results Associated with Cycling Sponsorship

### Commitments (Pending Mail Dates)

| | | |
|---|---|---|
| $250,000 | Ad Mail | VISA U.S.A. |
| 50,000 | Ad Mail | Bell Sports, Inc. |
| 100,000 | Ad Mail | Trek Bicycle Corp. |
| 100,000 | Priority | Trek Bicycle Corp. |
| $500,000 | Total Committed | |

USPS 0000 2677

US00000627

Case 1:10-cv-00976-CRC  Document 514-6  Filed 04/27/16  Page 20 of 50
To be treated as Confidential Material by agreement of parties, 1/29/14



# CYCLING TEAM SPONSORSHIP

## Currently in Sales Cycle

### (Not Committed Yet)

| | | |
|---|---|---|
| $ 3,000,000 | Ad Mail | Staples |
| 2,000,000 | Priority | Micro Warehouse |
| 4,000,000 | C&T/Ad | NationsBank |
| 2,000,000 | DBMC | Rexall Sundown |
| 100,000 | Ad Mail | Shimano |
| $11,100,000 | Total Pending | |

US0000628

USPS 00002678

To be treated as Confidential Material by agreement of parties, 1/29/14

 **CYCLING TEAM SPONSORSHIP**

# TARGET BUSINESS

| | |
|---|---|
| NationsBank | Staples |
| VISA | DuPont Corp. |
| Trek Bicycle Corp. | MicroWarehouse |
| Shimano American Corp. | Bell Sports |
| Abercrombie & Fitch | Calloway Golf |
| CDW Computer Centers | Coldwater Creek |
| Day Runner | Dollar General |
| Eagle Hardware & Garden | Fingerhut |
| Fossil | Garden Botanika |
| Henry Schein, Inc. | Just for Feet |
| Kohl's | La Quinta Inns |
| Lowe's | Nautica |

USPS 0002679

US0000629

Case 1:10-cv-00976-CRC    Document 514-6    Filed 04/27/16    Page 22 of 50

To be treated as Confidential Material by agreement of parties, 1/29/14



# CYCLING TEAM SPONSORSHIP

## TARGET BUSINESS (continued)

| | |
|---|---|
| delia'a | Nutmeg |
| On Sale | Orchard Supply |
| Petsmart | Reebok |
| Rexall Sundown | SportMart |
| Twinlab | Gymboree |
| The Good Guys | Urban Outfitters |
| Vans | Williams-Sonoma |
| Cornerstone Group | Men's Warehouse |
| Corporate Express | Gateway 2000 |
| Dell Computers | QVC |
| Procter & Gamble | Nordstrom |

USPS 00002680

US0000630

Case 1:10-cv-00976-CRC   Document 514-6   Filed 04/27/16   Page 23 of 50
To be treated as Confidential Material by agreement of parties, 1/29/14



# CYCLING TEAM SPONSORSHIP

## Estimated Value of Media Coverage to the USPS

| Year | Number of Impressions | Amount |
|------|------------------------|--------|
| 1996 | 60.15 million | $ 601,500 |
| 1997 | 105.9 million | $1,059,000 |
| 1998 (YTD) | 49.8 million | $ 498,000 |

USPS 00002681

US00000631

# EXHIBIT 29

*Rec'd 11/29/00*
*SALES Integration*
*Mitzi Copy*

GAIL G. SONNENBERG
SENIOR VICE PRESIDENT
SALES


UNITED STATES
POSTAL SERVICE

November 29, 2000

EXHIBIT
239
7/13/5 6
PENGAD 800-631-6989

BILL HENDERSON

SUBJECT: USPS Pro Cycling Team

Attached is the business case for the cycling team continuation, a summary letter from Keith Strange on the final contract, and talking points for the closed session December Board meeting.

I'll be in San Antonio Thursday afternoon if you want to discuss. Thanks for your consideration of this request.

Gail Sonnenberg

Attachments

2111 WILSON BOULEVARD SUITE 1100
ARLINGTON VA 22201-3001
703-526-2650
FAX 703-526-2695

US00167796

Talking Points for Bill Henderson
Board of Governors Meeting
USPS Pro Cycling Team
December 4, 2000

- In August the Board was notified of management's intent to proceed with a four-year contract with our Cycling Team.

- A four-year contract (three in addition to already committed CY2001) will allow Lance to finish his career with the USPS team, and allow our advertising and employee program to have continuity.

- Because the total over four years will be $3l million, the Board needs to indicate their approval of this expenditure, even though this is part of the advertising  package, and no one year exceeds $l0 million

  *Note:*
  *• Board needs to be apprised.*
  *• Approval not Required.*

- We do not disclose the amount of the sponsorship to anyone, and consider it proprietary under FOIA.  Even when Congress has asked, we brief them in private ( perhaps mention that we need their discretion also, as any disclosure could damage team and sponsorship negotiations).

- We  need to move before January l because of the negotiations with Lance Armstrong and the new additions to the team, in order to solidify a team for the Tour de France.

- As information, the team is moving to acquire eight new riders including most notably Roberto Heras from Spain and Antonio Cruz from California.

- While there has been some press about an inquiry into tra          sited by the team last July having contained suspicious  substances, w          here is absolutely no truth to any sort of impropriety.

- If ever we felt any need to disassociate the USPS from this spor          , the new contract includes all necessary legal language to do so.

US00167797

WILLIAM J. HENDERSON
POSTMASTER GENERAL, CEO


**UNITED STATES**
**POSTAL SERVICE**

August 31, 2000

GOVERNORS

SUBJECT: USPS Pro Cycling Team

I want you to know that the Postal Service intends to make a long-term commitment (through 2004) with the USPS Pro Cycling Team. This commitment will ensure that Lance Armstrong will represent the USPS and the Team for the next four Tour de France events and until the end of his career. In addition, this commitment will allow our marketing, advertising, and public relations plans to incorporate the image of Lance and the Team over a multiyear period.

As information, other U.S. companies have recognized the value of cycling sponsorships and are entering this market. Recently Mercury stated it intends to race a team at next summer's Tour de France and is actively recruiting our team members and others. The success of the Team has also increased each individual member's value in the open market, and we will commit to funding this sponsorship at a level sufficient to ensure success.

I have asked Keith Strange to complete negotiations. I will continue to update you on our business plan regarding our sponsorship.

William J. Henderson

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-0010
202-268-2500
FAX 202-268-4860

US00167798

MEMORANDUM

From: Lynda Zelnick
Thru: Keith Strange
To:    Gail Sonnenberg

Subject: CYCLING NEGOTIATIONS

We have completed the negotiations for the renewal of the cycling sponsorship for a firm four year commitment and believe we have arrived at reasonable terms. The terms follow:

2001 $6,338,000
2002 $7,860,000.
2003 $8,190,000.
2004 $8,910,000.

Includes an approximate 60% share of team expenses, Saturn U.S. Pro Tour sponsorship, Downer's Grove sponsorship, Junior cycling team sponsorship and sponsorship of a new San Francisco racing event.

It is noted that in the team proposal, there were no costs proposed for the Downer's Grove sponsorship, the junior cycling team, the San Francisco event sponsorship and the Saturn sponsorship was only included for 2001.

There will be six appearances by Lance Armstrong per year; 6 for each other American rider and 3 for each European rider. The team director (M. Gorski) will speak up to five times per year and Mr. T. Weisel will speak once per year at USPS requested events.

DFP will guarantee a full complement of six riders at US riding events.

Since a large portion of the sponsorship cost is attributable to Lance Armstrong's salary over the 02-04 period, the contract will provide that if he doesn't ride voluntarily a portion of the salary that he returns to DFP will be credited to the USPS. Bonuses for the premier riders are covered by insurance so that only the premium included in team expenses is paid (on a pro rated share -- approx. 60%) by USPS.

The new contract will provide for the first of four payments to be made in October which is a change from current arrangements. DFP has requested immediate payment of the first 01 payment upon signing of the contract. (An advance payment request is being processed separately.)

US00167799

We will need a multi-year funding from you in the amount of $31,298,000 in order to enter into this contract. We believe Hank Cleffi and Bob McKenna are fully aware of the terms and conditions of the proposed contract but will provide you with any additional information you may need.

US00167800

USPS PRO CYCLING SPONSORSHIP

*The mission of the Pro Cycling Sponsorship is to establish relationships with co-sponsors and organizations affiliated with the sponsored event, team, or sport, and to use these relationships to market postal services and products. This will enhance the USPS brand by linking it with an event, team, or sport held in high esteem by the public. This will provide positive public relations coverage for the Postal Service. The ultimate goal is to increase postal revenue through the Pro Cycling sponsorship.*

## Objectives

Voice of the Business

- Develop the sponsorship which will bring a visible and a high positive perception among the public

- Develop relationships with co-sponsors that have a strong potential for using USPS products and services

- Enhance brand value by linkage with properties having a strong positive connotation with the public

- Develop relationships within each sponsorship which can enable our Salespersons to reach key decision makers within targeted companies

- Effectively communicate with external and internal partners on sponsorship goals, strategies, and accomplishments

- Develop effective external and internal communications systems for strengthening the link between USPS and the sponsored properties

Voice of the Customer

- Provide customers with information on USPS services and products through outlets provided through the sponsorships

- Provide retail outlets for meeting customer demand for USPS/sponsorship merchandise such as cycling gear

Voice of the Employee

- Enhance employee perception of the Postal Service through linkage with prestigious sponsorship properties and through a program of internal communication

- Conduct on-site employee events at proper venues to provide linkage with the sponsorship

- Use the "Order of the Yellow Jersey" to encourage goal attainment in field operations.

1

US00167801

USPS PRO CYCLING SPONSORSHIP

Each year the U.S. Postal Service Pro Cycling Team targets the Tour de France, the world's greatest and most visible bicycle race. The Team is the defending champion in this event, with Lance Armstrong capping his dramatic recovery from cancer with the Tour de France championship in 1999, and repeating with a win in 2000. Competition in the Tour is a must for any pro cycling team seeking to achieve national and international recognition. As a prerequisite for competition in the Tour, the Team must compete and succeed in most of the major cycling events leading up to the Tour, almost all of which are held in Europe. As such, business generation events with customers are limited. There are, however, a number of races held in US venues which provide business generation opportunities.

- At major domestic races, we conduct event marketing, community involvement, and employee involvement initiatives. These include customer hospitality events, sales of postal products at retail booths, targeted media opportunities, employee appreciation events, customer/employee fun rides with team members, bike safety clinics at local schools, and sponsorship of collateral events surrounding the Pro Races. Targeted customers are invited to attend and bonds are built that result in new sales.
- Hospitality events have been developed at the Tour de France. These provide relationship-building opportunities for Postal Sales Managers and targeted customers.
- Sales Specialists submit leads to Sales Management And Revenue Tracking System (SMARTS) so as to develop a data base for customer hospitality invitations which can result in new sales.
- New business sales to targeted customers are tracked and measured through SMARTS.
- Linkage of the Team and the USPS is enhanced by advertising and public relations efforts centered around events and Team activities.
- We leverage cycling team members/managers at trade shows and other public events to enrich the perception of our organization and to help sell postal products.
- Team members/managers are brought to employee events to build employee perception of our organization through linkage with the Team.
- Cross-promotional opportunities with team co-sponsors, especially those that present revenue generation capabilities, are evaluated and implemented where appropriate.
- Internet sales and licensing strategies are developed to take advantage of the interest in owning official team gear.
- Revenue goal is targeted at $10 - 20 million per year for the duration of the contract.

The main Purpose of sponsoring the USPS Pro Cycling Team is to develop relationships between Postal Salespersons and co-sponsors, companies connected to the Sport, and decision makers who are fans. These relationships are then used to market Postal Services and Products. Results to date have been as follows:

**Closed Sales**

| Fiscal Year | Sales | Pending |
|-------------|-------------|--------------|
| 1998 | $ 3.3 Million | |
| 1999 | $10.2 Million | |
| 2000 | $ 4.8 Million | $7.9 Million |

| Total | $18.3 Million | $7.9 Million |

2

US00167802

USPS PRO CYCLING SPONSORSHIP

**FY 2001 YTD Results via Trade Shows:** Below are leads generated at targeted trade shows through leveraging the pro cycling sponsorship as an attraction to gain attendance, and through appearances and autograph sessions from cycling team members. Six additional events are targeted to leverage the cycling sponsorship for the remainder of FY 2001.

| Event | Leads Generated | Revenue Potential |
|---|---|---|
| 83rd DMA | 87 | $51,419,500 |
| Comdex | 195 | $62,714,000 |

**New Opportunities:** As new races develop we will assess their potential as New Business Generation vehicles. Factors to consider include geographical location, type of race, Team participation in the competition, day of the week and time of year.

The Tour de France is a separate opportunity. The US Pro Championship race in Philadelphia provides a strong opportunity for customer hospitality. Other races provide minor hospitality opportunities, including the Clarendon, VA, Criterium, held in a Washington, DC suburb. This race is only three years old, but has been growing. Other opportunities include a race in Austin, TX, which is held in conjunction with a charity event to benefit the Lance Armstrong Cancer Foundation, and the US Pro Criterium Championship in Downers Grove, IL, a suburb of Chicago. The Postal team is represented in these events. At present, we can accommodate about 30-40 customers at each event.

Please note: These dates are subject to change.

| EVENT | DATES | SPECIFICS | RESPONSIBILITY |
|---|---|---|---|
| Redlands, CA | March 13 – 18, 2001 | | Events – Cycling |
| Sea Otter – Monterey, CA | March 22 – 25, 2001 | | Events – Cycling |
| BMC1 – Austin, TX | April 7, 2001 | | Events – Cycling |
| Washington, DC Clarendon – Arlington, VA | June 2 – 3, 2001 | | Events – Cycling |
| Lancaster, PA Trenton, NJ Philadelphia, PA | June 5, 7 , 10, 2001 | | Events – Cycling |
| BMC2 – Software Grand Prix San Jose, CA | June 24, 2001 | | Events – Cycling |
| BMC3 – Arlington, MA | July 8, 2001 | | Events – Cycling |
| Tour de France | July 7 – 29, 2001 | | Events – Cycling |
| Manhattan Criterium, NY | August 2, 2001 | | Events – Cycling |

3

US00167803

USPS PRO CYCLING SPONSORSHIP

| Downer's Grove, IL | August 19, 2001 | | Events – Cycling |
|---|---|---|---|
| US Open Grand Prix - San Francisco, CA | September 9, 2001 | | Events – Cycling |
| BMC4 – Houston, TX | September 16, 2001 | | Events – Cycling |

Contingencies are being built into the new contract which call for Team members and managers to adhere to accepted standards of morality. Additionally, terms of the contract will be adjusted in the event of Lance Armstrong being unable or unwilling to compete.

4

US00167804

[Click here and type return address and phone and fax numbers]

**United States Postal Service**

# Fax

**To:** **Sally Jozwiak**          **From:** **Gail Sonnenberg**

**Fax:** 202.268.4860          **Pages:** 2 (including cover)

**Phone:**                    **Date:** 12/05/00

**Re:** Talking Points – USPS Pro Cycling Team   **CC:**

X **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Good Morning Sally.

Gail requested the attached talking points for Mr. Henderson regarding the USPS Pro Cycling Team be sent to you this morning for Mr. Henderson's use during today's closed session of the Board of Governors.

Please give me a call if you need additional information at 703.526.4336.

Thanks,

Mitzi

US00167805

# EXHIBIT 30

# UNITED STATES POSTAL SERVICE PRO CYCLING TEAM

## BUSINESS PLAN- 1998 SEASON



PENGAD 800-631-6989

EXHIBIT

366

8/12/15   DJ

US00164540

## KEY CYCLING EVENTS

The U.S. Postal Service Pro Cycling Team races domestically in most of the high visibility road races held in the United States, and in European races. Both the domestic and foreign venues are important in advancing USPS sponsorship objectives, and the overall objective for the year is to be chosen to participate in the Tour de France, the world's premiere cycling event. Only the teams with the best records in the world qualify for the Tour. For the image of the Postal Service and of our team, it is important that we earn the right to be in the Tour.

Although the 1998 domestic calendar has not yet been finalized by the race organizers, the following is a representative listing of the races in which the team will compete. At this date, not all events are guaranteed to be staged, and the dates are subject to change.

| EVENT | LOCATION | DATES |
|---|---|---|
| Redlands Classic | Redlands, CA | March 3-8 |
| Atlanta Grand Prix | Atlanta, GA | April, 1998  *April 26* |
| Tour of Somerville | Somerville, NJ | May 25,1998 |
| Pittsburgh Classic | Pittsburgh, PA | May, 1998 |
| Core States USPRO Champ. | Philadelphia, PA | June2-7, 1998 |
| Fitchburg-Longsjo Classic | Fitchburg, MA | July 2-5, 1998 |
| Tour de France | Europe | July- August, 1998 |
| USPRO Criterium Champ. | Chicago, IL | August 8-9 |
| Killington Stage Race | Rutland, VT | August 27-31 |

US00164541

## BACKGROUND

1998 is year three in a multi year association. In 1996, we competed sucessfully in domestic venues, with wins in several races in the United States. We had some success in foreign races, but were not chosen for the Tour de France.

1997 was a breakthrough year for the team. We took first place in several major races in the United States, and raced very well in Europe…well enough to be the only United States' based team to be invited to the Tour de France. At the Tour, our team was one of only three teams out of twenty-two to have all nine riders finish the race.

Our competitive objective for 1998 is to build on this success; to again achieve an invitation to the Tour de France; and to win at least one stage in the Tour.

## OBJECTIVES

Professional cycling has a clear, synergistic fit with the U.S. Postal Service. Cycling represents speed and perseverance. Further, the Postal Service can leverage cycling's image of being high-tech and global.

USPS' specific objectives for the cycling sponsorship are to:

- Increase revenue and sales of USPS products
- Receive significant exposure (via over $10 million of media impressions annually) as an innovative national and international delivery service organization
- Enhance the USPS image nationally and locally among mailers and employees
- Leverage Retail sales on site.

US00164542

## BUSINESS PLAN OVERVIEW

The following pages will outline the plan for key areas of activity to ensure the Postal Service fully leverages its involvement with the Cycling Team:

- Account Development opportunities for Tactical Sales and the International Business Unit
- Area marketing opportunities
- Public Relations
- Development of media support
- Retail product sales
- Employee events and internal communications

## DOMESTIC RACING VENUES- EVENT MARKETING

At major domestic races, we conduct event marketing, community involvement, and employee involvement initiatives. These include customer hospitality events, marketing of Postal Products at retail booths, employee appreciation events, customer/employee fun rides with team members, bike safety clinics at local schools, and sponsorship of collateral events surrounding the Pro Races, such as the Greg LeMond Junior Time Trials for local children.
The objectives of these initiatives are as follows:
- Provide bonding opportunities for Postal Sales people and their customers
- Provide opportunities for strongly positive public relations in local broadcast and print media
- Strengthen the bond between Postal Management and craft personnel within the local area by bringing them together to root for our team at the race sites
- Increase Postal retail revenue through the sale of cycling team related merchandise

US00164543

## RETAIL

Lead person: Kaye Deshields; 202-268-6074.

Objectives:
- Promote team merchandise at race venues and in internal publications
- Increase revenue and sales of USPS Pro Cycling Team merchandise
- Support local revenue initiatives

Strategies:
- Promote team merchandise and apparel at race venues
- Utilize our turn-key package for local offices at race venues
- Create and sell special cancellations surrounding racing events

Activity:
- Utilize Pro Cycling Team retail tents that are transported from race to race. Key domestic race venues will have at least one retail unit, located near the start/finish line of the race; the second one will be strategically placed. Retail units have special capabilities as required. These include:
  * Remote debit/credit card acceptance/authorization
  * radio/cellular communication
  * Security (Postal Inspection Service, local venue security)

- Offer a range of products to reach a variety of audiences
  * Special cancellation
  * USPS Team merchandise
  * Newly-created products (e.g. Team Posters)
- Promote the First-Class Phone Card with cycling stamp image. Position as collector's item
- Leverage retail locations/postal stores as the center of cycling team activity (in markets where feasible) with team members appearances prior to races, sales of licensed merchandise, existing POP that can be shared across markets, team and race information, and cycling safety guides
- Promote licensed team merchandise across a variety of channels:
  * Postal stores
  * Tie-ins with other cycling team sponsors (Perl Izumi catalog)
  * Events with cycling enthusiasts (Ragbrai event; employee cycling events with team members)
  * General retail (through licensees)

US00164544

Advertising Tactics:

Create local traffic building advertising (print and radio, direct mail) for use in markets where Team activities tie in with Retail goals.

## COOPERATIVE MARKETING OPPORTUNITIES:

Lead person, Bob McKenna 202-268-2899

Objectives:
- Maximize advertising opportunities available with other team co-sponsors and organizations involved in the sport of cycling

Strategies:
- Proactively develop cooperative marketing initiatives

Activity:
- Explore possible co-op print and broadcast campaigns with key co-sponsors

Advertising Tactics:
- Advertising in trade publications that target likely buyers (Bicycling, Velonews, etc.)
- Develop co-op requirements for funding print production, labor, and media
- Develop radio co-promotion in key race site markets (e.g. Atlanta, Philadelphia, Chicago

## INTERNATIONAL BUSINESS UNIT SALES

Lead person, Bruce Downey (b)(6)

Objectives:
- identify account development opportunities from co-sponsors and from the Montgomery Securities customer/partner base who have high volume international shipping needs
- Increase awareness of USPS international products

US00164545

Strategies:

- Utilize domestic cycling events for customer relationship building
- Leverage the team members and association with the team in advertising

Activity:

- Provide services and information about services at race venues
- Target key co-sponsors (Trek Bicycles, Bell Helmets, etc.) as potential Global users
- Use team oriented shared interests to gain access to decision makers
- Use Montgomery Securities' partners' conferences as sales opportunities

Advertising Tactics:

- Advertising to utilize contacts developed with co-sponsors to provide access to decision makers
- Develop contacts with other Cycling related organizations (Saturn, Shaklee, etc.) and gain access for our sales people to their shipping decision makers.

## TACTICAL SALES

Lead person, Walt Seale (b)(6)

Objectives:

- Build relationships and uncover new business opportunities which generate revenue

Strategies:

- Identify and target new business opportunities among team co-sponsors, cycling organizations, and especially from the Montgomery Securities' circle of business contacts
- Utilize domestic cycling events for customer relationship building

Activity:

- Tactical Sales to consult with Advertising to identify potential customers among the co-sponsors and other cycling related businesses
- Identify decision makers in other industries who have an interest in the sport/team
- Meet with targeted customers to begin sales process

US00164546

- Use cycling race venues to bond with these customers, including rides in the team vehicle during races, and meetings with and rides with team Pro riders
- Use Montgomery Securities partners' conferences as sales vehicles

Advertising Tactics:
- Advertising to use contacts developed with co-sponsors to provide access to decision makers
- Develop contacts with other Cycling related organizations (Saturn, Shaklee, etc.) and gain access for our sales people to their shipping decision makers

## PUBLIC RELATIONS/COMMUNICATIONS

Lead person, Margot Myers 202-268-6683

Objectives:
- Maximize the benefit to the Postal Service of the USPS Pro Cycling Team sponsorship through externally focused communications and public relations efforts

Messages:
- The USPS Pro Cycling Team is a serious competitor in professional cycling and all Americans, especially Postal people can take pride in what they accomplish
- The USPS is a world class partner for mailers
- For other sponsors, being part of the team also means using USPS products and services to do business

Activity:
- Publicize the connection of Lance Armstrong and the Postal Service Pro Cycling Team and Lance's battle to come back against his illness
- Publicize of team selection for the 1998 Tour de France upon announcement of our invitation
- Work with US based reporters on-site at the Tour de France to assure placement of team related articles in US publications
- Invite key reporters in race cities to join the team on training rides
- Continue Corporate Relations Center support at local events (such as kids safety clinics) in cities with major races
- Place stories about individual team members in their local newspapers

US00164547

- Continue community events in key race markets with full headquarters/agency support. including safety clinics with inner city schools, and other speaking opportunities for cyclists.
- Explore retail signing events for cyclists

## INTERNAL COMMUNICATIONS

Lead person, Margot Myers 202-268-6683

Objectives:
- Encourage and celebrate the success of the USPS pro Cycling Team
- Enhance the image of USPS among employees
- Make employees ambassadors for the Cycling sponsorship

Activity:
- Communicate to employees on an ongoing basis about the team leveraging existing channels wherever possible (Postal Link, Postal Life, etc.)
- Features to include rider profiles, race results, cycling tips, profiles of employee cyclists and their achievements

## INTERACTIVE SERVICES

Objectives:
- Reactivate the web site. The site promotes the USPS Pro Cycling Team and positions USPS' association with the team to compliment the sponsorship objectives
- Additionally, the web site:
  - Contemporizes USPS image
  - Promotes awareness of team successes and USPS involvement, thereby strengthening the link with the sport
  - Develops a mailing list for cycling merchandise
  - Promotes bicycle safety and USPS' commitment to environmental protection and healthy living

Strategies:
- Leverage team information and news to create involvement and enhance image
- Leverage other team sponsors

US00164548

Activity:
- Utilize existing URL and server to provide basis for reactivation
- Incorporate elements that address key objectives of the sponsorship
  * Provide product/service information
  * include team information, e.g. bios, race schedules, team statistics, and e-mail with cyclists
- Site to be presented to Corporate Internet Management Team for approval

Advertising Tactics:
Include web site address (www.uspsprocycling.com) an print and television advertising

## HOSPITALITY

Lead person, Bob McKenna 202-268-2899

Objectives:
- To serve the needs of the USPS targeted customers that will be on-site for selected cycling events

Strategy:
- Follow the template developed for use at key race events

Activity:
- Host a hospitality event at key domestic races for targeted customers

US00164549

# EXHIBIT 31

## USPS Pro Cycling Team

### Plan Overview

The purpose of this document is to define the purpose of the USPS Pro Cycling Team sponsorship and to outline the strategies and some tactics which are being used to achieve the overall goals of the sponsorship. The FY-01 revenue goal for the sponsorship is $20 million.

### Background

2001 is year six in a multi year association. In 1996, we competed in domestic venues, with wins in several races in the United States. We had some success in foreign races, but were not chosen for the Tour de France.

1997 was a breakthrough year for the team. We took first place in several major races in the United States, and raced very well in Europe…well enough to be the only United States' based team to be invited to the Tour de France.

1998 saw the Team build upon its successes of 1997. One of our riders won the US Pro Championship Race in Philadelphia. The team was again chosen to ride in the Tour de France, and was very competitive in many stages of the Race.

In 1999, the Team won the Tour de France, and the winning rider, our Lance Armstrong, was celebrated throughout the World for his racing accomplishments as well as his remarkable triumph over cancer.

Incredibly, the Postal Team was able to repeat its success in the Tour de France in the 2000 and 2001 events. Once again, Lance was the toast of the nation and he continues to appear on television shows and in commercials on an almost "around the clock" basis. The Team also won several other prestigious European races during those years, and Team riders won two Olympic medals in 2000.

In 1998 the sponsorship was moved from the Advertising Group to the Sales Group in order to take advantage of the potential for new business generation through the sponsorship. The Sales Group has been chartered with the responsibility for direct sales efforts with potential customers involved with the sport or with Lance Armstrong. They are spearheading the sales effort and are converting potential target customers into actual users.

Title Sponsorship fees were as follows:



EXHIBIT
383
9/13/15

US00167815

- 1996- $1.0 million
- 1997- $2.0 million
- 1998- $2.5 million
- 1999- $3.5 million
- 2000- $4.3 million —
- 2001- $6.33 million —

Professional cycling has a clear, synergistic fit with the U.S. Postal Service.  Cycling represents teamwork, speed, and perseverance, resulting in success.
This metaphor can be linked to the Postal Service to enhance public perception of our organization.  Further, the Postal Service can leverage the cycling image of being high-tech and global.

USPS' specific objectives for the cycling sponsorship are to:

- Increase revenue and sales of USPS services and products through Account Development opportunities provided by the sponsorship
- Receive significant exposure (via over $50 million of media impressions annually) as an innovative national and international delivery service organization
- Enhance the USPS image nationally and locally among mailers and employees through linkage with a team having an International reputation for excellence

## Target Customers

Target customers are as follows:

- Team co-sponsors and business associates of Tailwind Sports, the firm which owns the Team
- Organizations with an interest in the sport of Cycling and/or the Lance Armstrong victory over cancer and his victories in the Tour de France
- Customers targeted by Sales Centers and National Account Managers

US00167816

## Cycling Sponsorship Marketing Objectives

- Generate measurable new business of $20 million
- Leverage the huge amount of positive publicity resulting from the Tour de France victories to increase sales to small business owners and individuals

## Targeted Efforts

- At major domestic races, we conduct event marketing, community involvement, and employee involvement initiatives. These include customer hospitality events, which are of primary importance in the sales effort. Secondary elements include marketing of Postal Products at retail booths, employee appreciation events, customer/employee fun rides with team members, bike safety clinics at local schools, and sponsorship of collateral events surrounding the Pro Races. Targeted customers are invited to attend and bonds are built that result in new sales.
- Hospitality events have been developed at the Tour de France. These provide bonding opportunities for Postal Sales Managers and Targeted customers.
- Employee events have been conducted at major US races, and up to 2000 employees and family members have attended.
- We have arranged rider appearances at postal facilities for the purpose of meeting employees and answering their questions about the team and its riders.

## Lead Generation/Tracking Processes

- Sales Specialists are encouraged to submit leads to SMARTS so as to develop a data base for customer hospitality invitations which can result in new sales.
- New business sales to Targeted Customers are tracked and measured through SMARTS.
- Tradeshow leads will also be entered into this system for follow up and qualification.

## Support Efforts

- Linkage of the Team and the USPS is enhanced by Advertising and Public Relations efforts centered around events and Team victories.
- Team members/Managers are brought to Trade Shows and other public events to enrich the perception of our organization and to help sell Postal products.
- Team members/Managers are brought to employee events to build employee perception of our organization through linkage with the Team.

US00167817

# CONDITIONALLY FILED UNDER SEAL
# EXHIBIT 33

1054962.01