# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *ex rel.*
FLOYD LANDIS,

Plaintiffs,

v.

TAILWIND SPORTS CORP., *et al.*,

Defendants.

Civil Action No. 1:10-cv-00976-CRC

**ECF**

## DECLARATION OF R. JAMES SLAUGHTER IN SUPPORT OF LANCE ARMSTRONG'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

I, R. JAMES SLAUGHTER, hereby declare and state that:

1.    I am an attorney with the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, and counsel for Defendant Lance Armstrong in the above-captioned action. I am licensed to practice law in the State of California and have been admitted before this Court *pro hac vice*.

2.    Except where indicated below, I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3.    Attached hereto as Exhibit 92 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Brian Mieth taken on June 17, 2015.

4.    Attached hereto as Exhibit 93 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Thomas Talbert taken on June 4, 2015.

5.    Attached hereto as Exhibit 94 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Gail Sonnenberg taken on July 13, 2015.

6.    Attached hereto as Exhibit 95 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Jonathan Walker taken on March 30, 2016.

7.    Attached hereto as Exhibit 96 is a true and correct copy of the relevant excerpts from the Deposition Transcript of Larry Gerbrandt taken on March 31, 2016.

8.    Attached hereto as Exhibit 97 is a true and correct copy of an invoice Bates stamped US00003290.

9.    Attached hereto as Exhibit 98 is a true and correct copy of an invoice Bates stamped US00003284.

10.    Attached hereto as Exhibit 99 is a true and correct copy of the relevant excerpts from the Deposition Transcript of James Hepner taken on December 7, 2015.

1

1102423

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

August 29, 2016, in San Francisco, California.

_____
R. JAMES SLAUGHTER

2

1102423