# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES, *ex rel.*,      )
FLOYD LANDIS,                  )
                              )
            Plaintiff,         )
                              )   No. 1:10-cv-00976 (CRC)
        v.                     )
                              )
TAILWIND SPORTS CORPORATION,   )
  *et al.*,                    )
                              )
            Defendants.        )

# EXPERT REPORT
# OF LARRY GERBRANDT

# Table of Contents

I.     Qualifications ..................................................................................................... 3

II.    Assignment ....................................................................................................... 5

III.   Summary of Opinions ....................................................................................... 5

IV.    Background ....................................................................................................... 7

    A.    Timeline of Events ................................................................................... 7

    B.    Fallout following the Oprah Interview ................................................. 14

    C.    Attempts to Measure Positive Impact of the Sponsorship: Campbell Ewald and FCB Reports ........................................................................ 16

V.     Methodology .................................................................................................. 20

    A.    Data Considered ..................................................................................... 21

    B.    Methodological Considerations ............................................................. 23

VI.    Media Sources ................................................................................................ 26

    A.    Print and Digital Media: Newspapers, Magazines and the Internet ...... 26

    B.    National Television Broadcasts .............................................................. 27

    C.    OWN (Oprah Winfrey Network) ........................................................... 31

    D.    Local Broadcast TV and Radio .............................................................. 32

    E.    Pay Television: Showtime Airing of "Lance Armstrong: Stop at Nothing" ......... 33

    F.    National Geographic Channel Airing of "Cycling High: Doping to Win" .......... 34

    G.    Additional Measure of Impact of Television Coverage ......................... 36

    H.    Motion Pictures ...................................................................................... 37

    I.    National Public Radio ............................................................................ 39

    J.    YouTube .................................................................................................. 41

    K.    Books ...................................................................................................... 42

    L.    Social Media ........................................................................................... 43

VII.   Overall Results ............................................................................................... 49

APPENDIX A – Resume of Larry Gerbrandt ........................................................ 52

APPENDIX B – Documents Considered ................................................................ 71

APPENDIX C – U.S. Advertising Revenue ........................................................... 75

APPENDIX D – Data Sources ............................................................................... 76

APPENDIX E – NPR Audience Estimates ............................................................ 78

## I. <u>QUALIFICATIONS</u>

1.      My name is Larry Gerbrandt. I am the principal of Media Valuation Partners

("MVP"), which has provided valuation, market research and litigation support since being

founded in 2007. In 2010, I also became a managing director of Janas Consulting, an

investment banking, management consulting and valuation firm. In 2013, I was additionally

named an Associate of the Analysis Group, a Boston, MA-based provider of economic,

financial, and business strategy consulting to law firms, corporations, and government

agencies. I also am a board member of The Inspiration Network (INSP) an advertising-

supported family entertainment-oriented basic network distributed to more than 80 million

U.S. television households.

2.      I have more than 30 years of experience as a media and entertainment analyst and as

a senior research and media executive for companies such as The Nielsen Company and

Paul Kagan Associates. The bulk of my professional career has been devoted to collecting,

analyzing and projecting data related to the pricing, valuation and consumption across the

broad spectrum of consumer media, including print (both newspapers and magazines),

radio and television broadcasting, basic and premium multi-channel networks and emerging

digital delivery platforms (e.g. web sites, streaming media, mobile platforms and the new

OTT (over-the-top) video services). At Kagan and Nielsen I authored hundreds of data-

intensive research reports on financial and economic trends in the media and entertainment

industry. The Kagan and Nielsen reports were purchased by the largest media and

entertainment companies in the world. Data produced under my direct supervision is cited

extensively in a wide variety of academic and U.S. government agencies, notably the

Federal Communications Commission and the Department of Commerce.

3.      I have served as an expert witness in litigation for both plaintiffs and defendants

more than 90 times. In those cases, I offered extensive written and oral testimony on a wide range of media, sports and entertainment topics. My work in these cases has included analyzing the economics and value of network television series, the advertising and license fee revenue generated by regional and national sports broadcasts and the value of publicity generated in conjunction with various types of product and promotional tie-ins. I have also provided expert opinion and testimony in multiple performing rights organization (PRO) rate court proceedings regarding cable and broadcasting industry trends and economics (including retransmission consent revenue streams) involving ASCAP and BMI. I also have testified at several Copyright Arbitration Royalty Panels at the Library of Congress on the relative value of sports television programming for the purposes of royalty fee payments to claimants. I have testified in two administrative proceedings before the Federal Communications Commission involving carriage of basic cable networks (The NFL Network and the Mid-Atlantic Sports Network) on behalf of Comcast. My detailed CV is included in Appendix A.

4.      I am being paid $425 per hour for my activities in connection with this report. Some of the routine data collection and data entry work was performed, at my direction and under my supervision, by the Global Business Experts Group, a highly experienced litigation support services team based in Belmont, MA. Neither my compensation nor that of Global Business Experts Group is contingent on the nature of my findings or the outcome of this proceeding.

5.      My research and analysis are ongoing in that I expect to respond to any analysis or assertions made by Defendants or their experts, as appropriate. To the extent that additional documents or information are made available to me, I will review such documents and information and may incorporate them into my analysis and/or opinions. I reserve the right

to correct or supplement this report if I come into possession of new data or information that would significantly alter my opinion or if I discover a significant error.

## II.    ASSIGNMENT

6.      I have been asked to analyze the media coverage in the 2010-2014[1] time frame of the revelation and subsequent admission by Lance Armstrong that he and many of his teammates had used various forms of non-approved and banned performance enhancing substances (known colloquially as "doping"), especially while competing in the Tour de France. In particular, I have been asked to calculate the number of impressions that were created, linking Mr. Armstrong, the USPS and the doping activity. In addition, I have been asked to offer an analysis of the market value of these negative impressions as well as an opinion about the various valuation studies that were produced by third-parties in the 2001 to 2004 timeframe.

## III.    SUMMARY OF OPINIONS

7.      Overall, it is my opinion that the media coverage of the Lance Armstrong doping scandal created an extraordinary level of negative publicity that connected to the US Postal Service. A summary of the approach and findings is as follows:

    a.  The revelations of the fact and extent of Mr. Armstrong's doping generated a nearly unprecedented level of media exposure and coverage. Much of this coverage connected the scandal to the USPS, either through direct mention or through the display of Mr. Armstrong in a racing uniform that included the USPS logo.

    b.  One common measure for all of the media is "impressions," or the number of times a message is presented to a viewer, reader or listener. Across all of forms of media analyzed (except for the Internet), there were approximately 1.5 billion impressions connecting Mr. Armstrong's doping scandal to the USPS. Online media coverage that connected Mr. Armstrong's doping to the USPS spanned websites with an additional combined reach of approximately

---

[1]    Not all forms of media had data dating back to 2010 available. In these instances, the analysis covers only the period of time for which data was available. In some limited instances, such as with books and movies, distribution that occurred in early 2015 was also included.

154 billion.

c.  There is no doubt that the actual number of impressions formed by the negative publicity is higher than what is calculated in this report. Search engines are not perfect so there was certainly media coverage of the scandal that was not discovered in the process of performing this analysis.[2] In addition, conservative choices were made in doing this analysis that caused the numbers to be lower than they could be. For example, television coverage of the scandal that did not explicitly include the USPS logo was excluded, whether or not viewers of that coverage would have related the scandal to the USPS.

d.  In addition, much of the television coverage resulting in impressions was far more in-depth than a brief advertisement, which is traditionally the way that impressions are formed on television. Converting impressions in this case into a time-related metric yields over 4 billion "impression-minutes" for television alone.

e.  Earlier attempts to measure the positive media generated by Mr. Armstrong's Tour de France appearances were unreliable and error-filled. Only small samples of media were considered, and faulty techniques were used to extend those small samples to the larger population of all media mentions. Duplicates were not removed, and completely unsubstantiated numbers were included in the calculations.

8.      Given the findings of this analysis, I conclude to a reasonable degree of scientific certainty the negative publicity that the USPS received greatly reduced the promotional and marketing value, if any, received by the USPS from sponsoring Lance Armstrong and the racing team. In fact, viewed as a whole across the time period from 1998 to 2014, this mixture of positive and negative impressions would have no market value. No rational entity would pay for this mixture of exposure, given the type and large quantity of negative associations.  Indeed, the harm to USPS resulting from such a large volume of negative impressions would necessarily outweigh the value of any benefits received by USPS resulting from positive impressions during the sponsorship period.

---

[2]  Most publicly searchable television archives are limited to newscasts on broadcast and cable outlets. Therefore, telecasts that included mentions of Mr. Armstrong's doping during competitive cycling events that occurred on programs and networks *other* than newscasts could not be included in the analysis, including coverage on sports-oriented programs and networks.

## IV.    BACKGROUND

### A.  Timeline of Events

9.    The USPS sponsored a professional cycling team from 1996 through 2004. A series of contracts governed the sponsorship relationship. The amount of money paid for this sponsorship varied across the time period, but the last contract alone, which ran from January 1, 2001 through December 31, 2004, required that the USPS pay approximately $30 million to DFP Cycling LLC and its successor Tailwind.[3] As noted in the Complaint, "the USPS specifically stated in 2000 that the reason it was sponsoring the USPS team and its purpose in doing so was to 'positively impact customer perceptions of the Postal Service' and improve its own employees' 'sense of pride.'"[4] The best-known member of the USPS Pro Cycling Team was Mr. Armstrong, who won an unprecedented six of his seven Tour de France championships during the sponsorship period.

10.    The Tour de France traditionally consists of 22 professional cycling teams, with nine riders per team.[5] Each team typically is sponsored by one or more organizations, and generates media and publicity exposure for the sponsor's brand by placing logos and slogans on the team racing uniforms, helmets, cycles, race support vehicles and even signage along the race route. Team members may also appear at sponsor events and may wear clothing and headwear with sponsor logos during pre- and post-race interviews and media appearances. Sponsorships may also cover other racing events and encompass junior racing teams as well. The Tour de France is considered the premiere annual road cycling race in the world and the event receives extensive media coverage, both internationally and

---

[3]  USPS 3891-3899, "Sponsorship Agreement."
[4]  Complaint, page 50.
[5]  "A Tour de France Guide," For the Love of Bikes, June 30, 2010. Accessed October 16, 2015, http://loveofbikes.com/a-tour-de-france-primer/.

in the U.S. Figure 1 is an image of Lance Armstrong wearing the USPS cycling jersey.

**Figure 1: Lance Armstrong Wearing the USPS Cycling Jersey**



11.     Mr. Armstrong's personal story line and fame clearly played a role in the publicity received by the team and USPS during the sponsorship period. In fact, in 2001, Mr. Armstrong and the USPS Pro Cycling Team were voted USOC SportsMan and Sports Team of the year by the United States Olympic Committee.[6, 7]

12.     In many respects, the presence of Mr. Armstrong on the Tailwind Team was the near-perfect combination of sponsorship characteristics. Not only was he amassing an unprecedented string of consecutive Tour de France victories and garnering an Olympic racing medal—his personal narrative as a cancer survivor, the ubiquitous yellow Livestrong

---

[6]     USPS 02095, "IEG Valuation Statement," IEG Consulting Group.

[7]     Lance Armstrong won a bronze medal at the 2000 Summer Olympic Games. The International Olympic Committee stripped Mr. Armstrong of his medal the day after he confessed to doping on the Oprah Winfrey Show in January 2013 and Mr. Armstrong reportedly tweeted on September 12, 2013 that he had returned the medal to the U.S. Olympic Committee. Source: Botelho, Greg, "Lance Armstrong tweets that he's returned Olympic bronze medal," CNN, September 13, 2013. Accessed October 16, 2015, http://www.cnn.com/2013/09/12/sport/lance-armstrong-returns-olympic-medal/.

wrist bands sold in the tens of millions by his cancer support foundation[8] and media exposure outside of racing (including friendships and relationships with well-known celebrities)—made him highly attractive to potential sponsors. Mr. Armstrong's odds-defying success, polished media presence and tabloid-friendly lifestyle vaulted him to the pinnacle of media success, with name and image recognition equivalent to the leading entertainment industry personalities in the first decade of the 21st century.[9]

13.    In 2004, the media coverage of the Tour de France in the U.S. ratcheted up even higher as the USPS Pro Cycling Team was in position for Mr. Armstrong to win his record-breaking sixth Tour crown. In 2005, Mr. Armstrong would go on to win a seventh Tour de France.

14.    Allegations that Mr. Armstrong's wins were tainted by doping began increasing after he retired from pro cycling in 2011 as more and more of Mr. Armstrong's teammates came forward with their own doping stories, on nationally broadcast programs such as CBS's *60 Minutes*.[10] Throughout this period, Mr. Armstrong forcefully and publicly denied all allegations of doping. Figure 2 is a screenshot of Mr. Armstrong from a *60 Minutes* broadcast in which he is wearing the USPS jersey.

---

[8]    English, Bella, "For some, doping case hurts Livestrong image," The Boston Globe, November 13, 2012. Accessed October 13, 2015 https://www.bostonglobe.com/lifestyle/style/2012/11/13/what-with-those-livestrong-bracelets/YbNPPFYAaaL4heUNMyQtaK/story.html.

[9]    Silverman, Stephen M., "Lance Armstrong & Matthew McConaughey: We're Not Gay," People, October 18, 2006. Accessed October 16, 2015 http://www.people.com/people/article/0,,1547724,00.html.

[10]   Teammate Tyler Hamilton was interviewed by *60 Minutes* in a broadcast that aired in May 2011. "Teammate: Lance Armstrong Cheated," *CBS News*, May 19, 2011. Accessed October 22, 2015, http://www.cbsnews.com/videos/teammate-lance-armstrong-cheated/.

**Figure 2: A Screenshot of Mr. Armstrong Bearing the USPS Logo on *60 Minutes***



15.     The Complaint in this matter outlined numerous examples of such denials, including

the following:

> On or about June 15, 2004, defendant Armstrong held another press conference
> regarding doping allegations, making the following statements: "I can absolutely
> confirm that we don't use doping products." "This is not the first time I've lived
> through this. I heard it in 1999. I heard it in 2002, again in 2003. It happens all the
> time." "We don't use doping products and we will sue those who suggest we do."[11]

> On or about August 25, 2005, in response to doping allegations pertaining to the 1999
> Tour de France, Mr. Armstrong stated the following during an interview on the Larry
> King Live show: "I've said it for seven years: I have never doped. I can say it again.
> But I've said it for seven years; it doesn't help. But the fact of the matter is I haven't
> [doped]."[12]

16.     This is how the New York Times summarized Mr. Armstrong's predicament in a

May 22, 2011 article:

> For top riders on the United States Postal Service squad, the powerhouse American
> cycling team led by Lance Armstrong, duplicity was simply a part of the game, one of
> Armstrong's former teammates said.

> Tyler Hamilton, a 2004 Olympic gold medalist and former Postal Service rider,
> described the team that way in an interview broadcast Sunday on "60 Minutes," saying
> it was a life filled with secret code words, clandestine phone lines and furtive
> conversations. Riders led double lives that revolved around performance-enhancing

---

[11]  Complaint, pages 33 – 34.
[12]  Complaint, page 34.

drug use, while publicly insisting that the team was clean, he said.

The best cyclists received white lunch bags filled with the blood-booster EPO, human growth hormone and testosterone from team doctors who handed them out casually, as if those bags contained sandwiches and juice boxes. The riders were also given little red pills that contained a testosterone oil they squirted beneath their tongues for a performance boost.

And if a rider needed EPO, or erythropoietin, Hamilton said, he knew exactly where to turn: to Armstrong, the undisputed team leader and the man who needed his teammates' help to win.

"You know, I reached out to Lance Armstrong, you know," Hamilton said on "60 Minutes," describing what he did on one occasion when he needed EPO. "And he helped me out, he helped me out."

In the next day or two, he said, a package arrived with EPO, with Armstrong acknowledging that he had sent it.

"It was an illegal doping product, but he helped out a friend," said Hamilton, who helped Armstrong win the Tour de France in 1999, 2000 and 2001. "So I want to make it clear that, you know, if the roles were reversed and I had the connection, I would have done the same, same, thing for Lance."

Still, on the final day of the Tour of California — which was won by the American Chris Horner, Armstrong's former teammate on the RadioShack squad — another huge crack appeared in Armstrong's formerly unbreakable facade. The code of silence in cycling that long protected a culture of drug use continued to crumble, with damage done by riders once in Armstrong's inner circle.

Last year at the Tour of California, Floyd Landis, who was stripped of his 2006 Tour title for doping, also came forward with allegations against Armstrong. Landis admitted to doping and said that Armstrong was the kingpin of drug use on the Postal Service team and that he and team management had encouraged it. A year later, it was Hamilton's turn to speak out.

Armstrong, the seven-time Tour winner and cancer survivor, who has never been penalized for doping, has denied ever using performance-enhancing drugs. He said Landis and Hamilton should not be believed because they lack credibility.[13]

17.    Mr. Armstrong's troubles would even earn him a spot on the cover of Sports

Illustrated in January 2011, as indicated by the arrow in Figure 3.

---

[13]   Macur, Juliet, "Armstrong Teammate Describes Doping System," The New York Times, May 22, 2011. Accessed October 16, 2015, http://www.nytimes.com/2011/05/23/sports/cycling/tyler-hamilton-lance-armstrongs-teammate-describes-doping-system.html.

**Figure 3: The Cover of Sports Illustrated from January 2011**



18.     On August 24, 2012, the United States Anti-Doping Agency (USADA) announced

it had imposed a sanction of lifetime ineligibility and disqualification of competitive results

achieved since August 1, 1998, on Mr. Armstrong. Mr. Armstrong's sanction was

announced at that time by USADA because Mr. Armstrong had notified USADA that he

was refusing to contest the evidence against him in a hearing before neutral arbitrators.[14]

---

[14]  "Reasoned Decision of the United States Anti-Doping Agency on Disqualification and Ineligibility,

19.      The same news media that had helped build Mr. Armstrong's reputation and

perceived value as a product endorser and red carpet personality now followed the

revelations of doping with equal or greater zeal, fueled by the massive rise of digital media

in the form of blogs, newspaper and TV web sites, 24-hour cable news channels and

burgeoning social media such as Facebook and Twitter. CNN's news web site summarized

Mr. Armstrong's predicament in late October 2012:

> His reputation is in tatters, the cycling victories that made him a legend are wiped away, and the sponsors that gave him enormous wealth have fled faster than a downhill race to a finish line. But that's only the beginning.
>
> Lance Armstrong is also being asked to pay back millions of dollars. And the term "Armstrong era" is now apparently a moniker for widespread cheating.
>
> The epic downfall of cycling's star, once an idolized icon of millions around the globe, stands out in the history of professional sports.
>
> His latest and biggest plunge came Monday when the International Cycling Union stripped the 41-year-old of his seven Tour de France titles. "Lance Armstrong has no place in cycling," said the union's president, Pat McQuaid, announcing that Armstrong is also banned from the sport.[15]

20.      In early January 2013 news reports began circulating that Mr. Armstrong was

considering granting an exclusive interview to Oprah Winfrey, sometimes referred to as

"America's mother confessor."[16] The interview did indeed take place and was aired on

Oprah's eponymously named OWN (Oprah Winfrey Network) channel on January 17 and

18, 2013, and was watched by over 10 million Americans. During the interview, Mr.

Armstrong admitted he had engaged in doping throughout his entire racing career:

> Oprah Winfrey: Did you ever take banned substances to enhance your cycling performance?

---

United States Anti-Doping Agency, Claimant, V. Lance Armstrong, Respondent," United States anti-Doping Agency.

[15] Levs, Josh, "Lance Armstrong's epic downfall," CNN, October 22, 2012. Accessed October 16, 2015, http://edition.cnn.com/2012/10/22/sport/lance armstrong-controversy/.

[16] Freeman, Hadley, "Oprah, America's mother confessor, is the safe choice for Lance Armstrong," The Guardian, January 9, 2013. Accessed October 16, 2015, http://www.theguardian.com/tv-and-radio/2013/jan/09/oprah-americas-mother-confessor-lance-armstrong.

Lance Armstrong: "Yes."

OW: Was one of those banned substances EPO?
LA: "Yes."

OW: Did you ever blood dope or use blood transfusions to enhance your cycling performance?
LA: "Yes."

OW: Did you ever use any other banned substances such as testosterone, cortisone or Human Growth Hormone?
LA: "Yes."

OW: In all seven of your Tour de France victories, did you ever take banned substances or blood dope?
LA: "Yes."

21.     As Mr. Armstrong would admit to documentary filmmaker Alex Gibney after his

Oprah Winfrey show appearance, "I didn't live a lot of lies. But I lived one big one."[17]

Figure 4 is taken from Mr. Armstrong's interview with Oprah Winfrey.

### Figure 4: Oprah Interviewing Mr. Armstrong



### B.  Fallout following the Oprah Interview

22.     The negative reaction to Mr. Armstrong's confessions, after years of denials and

---

[17]   Karlinsky, Neal, "Lance Armstrong Opens Up About 'Living a Lie' in New Documentary," ABC News, September 6, 2015. Accessed October 16, 2015, http://abcnews.go.com/US/lance-armstrong-opens-living-lie-documentary/story?id=20174492.

vicious attacks on accusers, lit up the major media outlets, the blogosphere and social

media. A street artist even reduced Mr. Armstrong's blood doping to a visual meme[18] that

was spray stenciled on walls in various Los Angeles-area locations.[19]

**Figure 5: A Street Artist Commenting on Mr. Armstrong's Doping[20]**



23.     The revelations, in fact, generated a nearly unprecedented level of media exposure

and coverage. Much of this coverage connected the scandal to the USPS, through either

direct mention of the USPS or the display of Mr. Armstrong in a racing uniform that

included the USPS logo.

24.      Any hope Mr. Armstrong may have had that his nationally-televised confession

would have helped reform his public image was immediately dashed by the torrent of news

items, tweets, text messages, Facebook page shares and YouTube video postings, one of

which went "viral" and garnered nearly 28 million views.[21]

---

[18]  The word meme was coined by Richard Dawkins in his 1976 book The Selfish Gene, as an attempt to explain the way cultural information spreads.

[19]  Parker, Sam, "Lance Armstrong Graffiti Appears In LA," Huffington Post, January 21, 2013. Accessed October 16, 2015, http://www.huffingtonpost.co.uk/2013/01/21/lance-armstrong-graffiti_n_2519220.html.

[20]  Sinnott, John, "Lance Armstrong immortalized in graffiti 'doping' artwork," CNN, January 29, 2013. Accessed October 16, 2015, http://www.cnn.com/2013/01/29/sport/lance-armstrong-graffiti-plastic-jesus/.

[21]  "Babe Ruth vs Lance Armstrong. Epic Rap Battles of History Season 2." Accessed September 2, 2015,

25.     The scale and scope of Mr. Armstrong's doping scheme not only tarnished an entire sport and destroyed teammates' careers, it transformed Mr. Armstrong from the emblematic triumphant sports hero to the icon of cheating. Even today, years removed from his last Tour de France appearance and more than two years since his Oprah confession, the name and actions of Mr. Armstrong continue to be invoked when stories are written about doping in other sports.[22]

### C.  Attempts to Measure Positive Impact of the Sponsorship: Campbell Ewald and FCB Reports

26.     Well before the scandal was revealed, from 2001 to 2004, the USPS employed the services of several firms, including Campbell Ewald and FCB to analyze and value the media exposure garnered by Mr. Armstrong and the Tailwind team.

27.     According to the FCB and CE studies, print and television coverage were responsible for the vast majority of the value the USPS received from its sponsorship of Mr. Armstrong and the USPS team. All four studies (one for each year) collected a sample of television segments that featured Mr. Armstrong or the USPS team. CE also collected a sample of print mentions, whereas FCB performed a census of print coverage. For each article or segment in their respective data sets, FCB/CE calculated its value to USPS. For each collection, an average value per article/segment was determined. FCB/CE then extrapolated this average value across the entire universe of relevant media coverage to attempt to determine an overall sponsorship value to the USPS.[23]

28.     Each of these studies suffers from deficiencies in their respective methodologies

---

https://www.youtube.com/watch?v=YtO-6Xg3g2M.

[22]  Roan, Dan, ed., "Leaked IAAF doping files: WADA 'very alarmed' by allegations." BBC Sports, August 2, 2015. Accessed October 16, 2015, http://www.bbc.com/sport/0/athletics/33749208.

[23]  There was no extrapolation performed by FCB for print coverage, as it collected and individually reviewed all relevant articles.

that cause them to overestimate the value received by the USPS from its sponsorship. Each of these deficiencies will be addressed in turn.

29.     Both the CE and FCB reports rely heavily on projecting conclusions drawn from small samples onto much larger populations. For example, the CE 2003 report projected a sample of 500 print articles onto a population of 17,832 articles and a sample of only 61 TV segments onto a population of 6,133 segments. To determine the number of seconds of coverage the USPS received in post-race commentary, FCB watched only a handful of segments and extrapolated the length of coverage across the rest of the segments. None of the CE or FCB reports appears to have made any attempt to verify that the samples they relied on were representative of their respective populations. As such, any generalizations made from these samples are at best unreliable, and very likely, incorrect. Furthermore, because the researchers did not view most of the items in the database, they cannot be sure that the item referenced the USPS, thereby potentially exaggerating the value of the impact of the media coverage.

30.     There are also serious flaws in the assumptions FCB made when determining the value of relevant media coverage to USPS. FCB relied on rate card pricing to determine the value of USPS mentions in newspaper and magazine articles. However, in my experience, rate card pricing is often higher than the actual price paid by media buyers since most media sellers negotiate volume discounts with their largest customers. By relying on rate card pricing, FCB likely overestimated the true value the USPS received from coverage in newspapers and magazines.

31.     Additionally, FCB's method of determining comparable advertising for coverage (i.e., whether a mention was equivalent to a quarter page, half page, or full page ad) does not appear to have been based on any industry standard methodology. In fact, when Brian

17

Mieth, designated by FCB as a company representative in this litigation, was asked about
this methodology, the following exchange occurred:

> Q. And how did you know that that should be valued at one-half page ad?
> A. That's the assumption that we made, that that was the value that we assigned it.
>
> Q. Anything else?
> A. No.[24]

32.     In its 2002 report, FCB treated any article with at least two mentions of USPS as
equivalent to a quarter page ad, while any article with two or more mentions and the
inclusion of a black and white photo was evaluated at a half page rate. Any article with two
or more USPS mentions and a color photo was treated as equivalent to a full page ad. This
is an aggressive approach given the nature of sports coverage (typically short, daily articles
recapping the previous day's events). Using FCB's methodology, if a newspaper ran a short
daily article in the sports section with a small color picture of the USPS team for the three
weeks of the Tour de France, the USPS would have received value equivalent to 21 full-
page ads. It strains credibility to suggest that these are of roughly equal value to the USPS.

33.     In other cases, the FCB report simply guess at what various inputs in their valuation
calculation might be. In its 2002 report, FCB added an additional $500,000 to the total
value of local TV coverage to account for markets not included in its sample. In its 2001
report, FCB assumed that various sports highlight shows dedicated 15 seconds per
broadcast to the USPS team, despite a complete lack of supporting evidence. In fact, when
FCB's corporate representative, Brian Mieth, was asked about this assumption, he
responded as follows:

> Q. And what was that assumption based on?
> A. It's -- you know, it's the go-to place for the sports fan to get their information.
>
> Q. Did you talk to anyone at CNN/SI or ESPN to test whether that was a valid

---

[24]    Brian Mieth deposition, from p. 208, Lines 1 - 6.

assumption or explore that issue?
A. I did not, no.[25]

34.    Like the FCB studies, the CE studies drew conclusions based on numerous

assumptions that are unsupported by evidence. For example, the CE reports calculated the

value of print coverage based on a $5 cost per thousand impressions ("CPM") where no

USPS logo was present and a $10 CPM where the USPS logo was visible. This approach is

flawed in multiple ways. First, the blanket application of a flat CPM across different types

of publications, demographics, and geographies, is not representative of the marketplace

reality, in which each of these variables could significantly affect the CPM. Second, CE

does not appear to have based the choice of $5 and $10 CPMs on anything more than an

educated guess. When asked about this choice in his deposition, Thomas Talbert of CE

stated the following:

> Q Where did that 5-dollar figure come from?
> A The -- I don't know for certain. At the time my sense is the team put a $5 CPM and
> -- and it derived at that valuation. I don't know what criteria they used to do that.
>
> Q But you don't know what in this report led its authors to conclude that $5 was the
> appropriate CPM; is that right?
> A I don't know.[26]

35.    Most egregiously, CE failed to ensure each print article is only counted once in the

evaluation. For example, in the 2003 study on page USPS00002121, rows 310 and 311 are

both listed as unique mentions of the USPS team in the New York Times on July 11, 2003.

Each of these articles is determined to have had a value to the USPS of $3,331. However, a

review of the New York Times paper from July 11, 2003 shows that only one article

mentioning the USPS appeared in the paper that day.

36.    Rows 317 and 318 on the same page are an example of another type of error in CE's

---

[25]  Brian Mieth deposition, from p. 172, Lines 1 - 3 and p. 172, Lines 4 – 8.
[26]  Thomas Talbert deposition, from p. 146, Lines 17 – 22 and p. 147, Lines 14 – 17

data validation. Both of these articles are listed as having appeared in the New York Times on July 1, 2003 with an estimated value to the USPS of $6,662. This value is double the value ascribed to the previously discussed article because a picture of the USPS logo was included. However, a review of the New York Times paper from July 1, 2003 contains only a single photo of the USPS logo, appearing between the two articles in question. Despite this fact, CE doubled the value of both articles to the USPS.

37.     It is likely that the validation errors which plague CE's data set are far more rampant than is made apparent by looking at the appendix. Numerous examples of duplicate or miscategorized articles were identified in the small sample of 500 articles alone. For example, even a cursory analysis of the 2003 appendix for print articles exposes potential duplicate entries from the New York Daily News, New York Newsday, the Cincinnati Post/Enquirer, and the New York Times. Extrapolating these types of errors across all 17,000+ articles is likely to lead to a significant overestimation of the value the USPS received from its sponsorship.

## V.    METHODOLOGY

38.     At the core of all media measurement is the "impression." An impression is created when an individual is exposed to some form of media, be it a television program, a radio broadcast, a newspaper article, a billboard or a web page. Each of these impressions may be of a different length and each medium has advantages and disadvantages in terms of its effectiveness, expense to create and disseminate and its ability to communicate a message (this applies both to program and advertising content).

39.     Different forms of media also are more effective at reaching different target demographics. For instance, media planners know that young men are relatively light viewers of television in general but when they do watch they are more likely to watch

sporting events as opposed to general entertainment programming. Thus brands that are attempting to reach young adult males (such as beer and car advertisers) are willing to pay a premium to advertise in live TV and radio sports broadcasts.

40.     Given the central role of impressions in measuring media, this report has analyzed the impressions formed from the media coverage of the Lance Armstrong doping scandal that included a reference (verbal or visual) to the USPS.

### A.  Data Considered

41.     The media exposure in the aftermath of Mr. Armstrong's doping revelations was overwhelmingly negative and more widespread than the early positive coverage. Rather than mostly stemming from coverage of the Tour de France races carried by the Outdoor Life Network (a channel distributed by cable and satellite companies), at the time of the Tour wins, the negative publicity took place on all of the major broadcast television, cable news and sports networks radio, newspapers and magazines and online news sources and included motion pictures, multiple books and in-depth documentaries.

42.     Furthermore, the scale and ease of accessibility of information continues to expand at a rate almost incomprehensible just a decade ago and the growth of news gathering and social media sharing is accelerating at an unprecedented pace as well. The following item from the Media & Entertainment Journal helps put this growth in information and news sharing into perspective:

> Social media, mobile devices, and cloud-based storage have propelled big data from an idealistic concept into what we know today. Year after year, human consumption of data grows at an ever accelerating rate. An IDC[27] white paper published in 2010 estimated that in 2009, 800,000 petabytes (0.8 zettabytes) of data were generated. By 2020, the amount of data in the digital universe will grow to 35,000 zettabytes, IDC estimated, a figure that was inconceivable to most people a decade ago.

---

[27]  The Independent Directors Council (IDC) aims to advance the education, communication, and policy positions of fund independent directors and promote public understanding of their role. Accessed at: https://www.idc.org/idc/about_idc November 16, 2015.

While information has been accumulating for a long time, the rate of growth has exploded as computers and digital devices—especially connected devices—have become ubiquitous. Where in the late 1990s or early 2000s a household might have had one family computer, now individual family members have a personal computer, a smartphone, tablet, smart watch, and are even wearing smart glasses. Today's consumer is über-connected. News, business, and social communication are constant, so the portability and "always on" notion of our devices are deemed a necessity to those consumers.[28, 29]

43.     In order to assess this amount of negative media exposure generated by Mr. Armstrong's actions and subsequent nationally televised confessions, a comprehensive search of multiple media archives and databases was conducted covering the 2010 to 2014 timeframe. These searches included a review of news and other media coverage for a series of text strings, such as "Lance Armstrong doping," "Lance Armstrong performance enhancing," "Lance Armstrong drugs," "Lance Armstrong EPO" and related terms. The media sources included:

      a.   Print media (newspapers and magazines)

      b.   Internet (web sites and blogs)

      c.   National broadcast TV newscasts

      d.   National basic cable network TV newscasts

      e.   PBS television newscasts

      f.   Television documentaries

      g.   Local broadcast television station newscasts in U.S. TV markets

      h.   Local broadcast radio newscasts in U.S. radio markets

      i.   Theatrically released motion pictures

      j.   National Public Radio shows

---

[28]  Alex Akers, Jacob Carlson and J.P. Benedict, "M&E Journal: Using the Consumer Halo in Media and Entertainment." MESA.org, August 28, 2015. Accessed October 16, 2015, http://mesalliance.org/blog/me-daily/2015/08/28/me-journal-using-the-consumer-halo-in-media-and-entertainment/.

[29]  A Terabyte is 1,000 Gigabytes; a Petabyte is 1,000 Terabytes; an Exabyte is 1,000 Petabytes and a Zettabyte is 1,000 Exabytes. That means 1 Zettabyte is the equivalent of a billion 1Terabyte hard drives, a size commonly found in many laptop computers. A report by Cisco projected that by 2016 global Internet traffic could reach 1.3 zettabytes. Source: Moscaritolo, Angela, "Internet Traffic to Reach 1.3 Zettabytes by 2016," PC Mag, May 30, 2012. Accessed October 16, 2015, http://www.pcmag.com/article2/0,2817,2405038,00.asp.

    k. YouTube videos

    l. Published books

    m. Social media mentions

44.    To the extent possible, the search was confined to media consumed in the U.S.[30]

45.    An attempt was made to locate news articles and television coverage, from 2010 to 2014, of Mr. Armstrong and his connection to the USPS but not related to the doping scandal (i.e., "positive publicity.") On the Google News search engine, searches of "Lance Armstrong" and either "Postal" or "USPS" were conducted with the following keywords excluded: "dope," "doping," "drugs," "performance enhancing," "cheat," and "fraud." There were virtually no articles from that time frame that linked Mr. Armstrong to the USPS but not to doping. On the TV News Archive, a search was made to gather all the stories that featured Lance Armstrong in the time period. Then, from that list, news programs that included keywords "cheat," "fraud," "doped," "dope," "scandal," "confession," "performance enhancing," "EPO," or "drug" were removed. A sample of the remaining programs was examined to determine if any were positive and included mention of the USPS or a picture of the logo. Again, as with other media, there were next to no positive stories that included Mr. Armstrong and the USPS. Overall, there is no evidence that the negative media was offset in any meaningful way by positive impressions (if any).

### B. Methodological Considerations

46.    As previously noted, over the last decade the amount and distribution of news, entertainment and information have grown exponentially with the launch of hundreds of

---

[30] English-language publications based outside of the U.S. were excluded from the analysis though many of them were undoubtedly read in the U.S. either through newsstand sales or by appearing in online search engine results and in English-language blogs. Also excluded were most Spanish-language broadcasts and news coverage available in the U.S. due to the lack of archive access and metadata.

national cable and satellite channels, the proliferation of web sites and blogs devoted to news coverage and analysis, the adoption of user generated content as exemplified by YouTube and the rise of digital multi-channel networks and Over-The-Top (OTT) networks that deliver video directly to television sets using high speed Internet service like cable modems and DSL.[31] None of these OTT networks and other web based video delivery services existed in the 2001 to 2004 time frame.[32] Technological advances, especially the proliferation of smartphones with increasingly more sophisticated imaging capabilities, have not only democratized content creation (as evidenced by the extraordinary success and popularity of YouTube, and the "user generated content" revolution) but a world increasingly tied together with high-bandwidth communications networks has shortened the time it takes for news to be globally disseminated.[33]

47.    Between 2000 and 2014, the amount spent on advertising to U.S. consumers has grown modestly,[34] from $149.3 billion to $171.0 billion according to SNL Kagan estimates (Appendix C). What has changed dramatically over that time span is the massive shift in advertising market share away from "traditional media" such as newspapers, magazines and TV/radio broadcasting to "new media," notably cable television, the Internet and the emergence of mobile advertising driven by the wide adoption of smartphones and high-speed wireless networks.

---

[31] Two of the best-known OTT networks are Netflix and Hulu.

[32] The first video was uploaded to YouTube in April 2005. http://motherboard.vice.com/read/10-years-ago-today-youtube-launched-as-a-dating-website. The first major webcast was the February 1999 live streaming of a Victoria Secret fashion show, though bandwidth and browser limitations reduced the size of the screen to little more than a postage stamp. http://dayintechhistory.com/dith/february-5-1999-major-webcast-victorias-secret/

[33] This has led to phenomena such as "live tweeting" and "live blogging" of events where cameras may not be allowed, allowing not only near-instantaneous news and event coverage but live commentary as well.

[34] In fact, over this 15-year span the Compound Annual Growth Rate is only 1.0%. Advertising declined in the years following the 2001 dot.com bust and then declined again following the global financial crisis after 2007 and the ensuing Great Recession.

48.     Figure 6 below illustrates the change in consumer advertising market share between 2000 and 2014. Internet and cable TV represented just 15% of the ad spend in 2000, whereas by 2014, the share of ad spend from a combination of Internet and cable TV had more than tripled, to 45%:

**Figure 6: U.S. Advertising Revenue Share Analysis (2000 and 2014)**



49.     Data used in this analysis was obtained from companies that are actively engaged in the collection of viewing, listening and media pricing data for licensing to third parties. Many of these companies have been the premiere independent sources for marketing, advertising, public relations, Internet and social media for many years (in many cases, for decades) and are routinely relied upon in informing media, advertising, marketing and entertainment decisions and purchases. Some of the sources include The Nielsen Co. (the leading source of television ratings and other media data), Cision (a specialist in tracking traditional and new media editorial coverage), Metro Monitor, Gracenote (which acquired the Tribune Media Services television program guide archives), Nash Information Services and SQAD, among others. Appendix D contains a full list of data providers and exactly what information was obtained from each.

## VI.    MEDIA SOURCES

### A.    Print and Digital Media: Newspapers, Magazines and the Internet

Methodology

50.    As previously noted, there has been a tectonic shift in news, editorial and information delivery with the explosion of digital media such as Google searches, well-funded websites and blogs and the transition of newspapers, magazines and even TV station content into the digital realm over the past decade. In addition, the number of screens on which news can be searched, retrieved and viewed have declined in size and been freed from desktops by the proliferation of wireless networks designed to work with portable and handheld devices, from laptops to smartphones and, with the advent of the Apple Watch, even wrists.

51.    The sheer volume of digital information being created has dramatically expanded the challenge to track, catalog, database and value in the marketing and public relations arena. As more advertising and marketing dollars have moved into the digital realm, brands and their agencies have an equal need to track how their message is being communicated and to place a return on investment of ad and PR budgets.

52.    Chicago, IL-based Cision was chosen for this assignment because its recent acquisitions have given it the ability and resources to search extensively both traditional print and digital media.[35]

---

[35] "Cision started as the advertising department of Svenska Telegrambyrån—a company providing press clipping services in Sweden—in 1892. Since then we've added media database and distribution services, comprehensive monitoring and social listening, content marketing solutions, media analysis, and government relations software to our product offerings. Over the years they have operated under different names such as Observer, Romeike, Bacon's Information and Bowdens. In 2007, we rebranded as Cision. In 2014, we combined with Vocus and added Gorkana Group, Visible Technologies, PRWeb, Help a Reporter Out (HARO) and iContact to our family of brands. Today, with more than 100,000 customers and offices in nine countries, Cision is a leading provider of public relations and social software." "History," *Cision*. Accessed October 25, 2013, http://www.cision.com/us/about/history/

53.    For this analysis, Cision was given a series of search terms similar to those used to analyze the closed caption metadata in the Wayback Machine Television Archive (discussed in a subsequent section) connecting Mr. Armstrong with the use of performance enhancing drugs and blood doping.[36] Using these search terms, a comprehensive search was performed on all US-based outlets for the 2011-2014 calendar years.[37] The search criteria were further constrained to only those news items and articles that specifically mentioned or identified the USPS in some fashion.[38] The search results, spanning print and Internet delivered news media, returned more than 45,000 discrete articles pulled primarily from the industry standard LexisNexis Print and Internet database.

54.    In addition to identifying print and Internet articles, Cision includes the "reach" of the articles. For Internet articles, the reach is the unique visitors per month to the website on which the article is posted; for print articles, the reach is the publication's circulation. Impressions were calculated based on the reach assigned to each article.

**Results**

55.    A total of 41,912 Internet articles and 3,825 print news articles were identified by the search. The internet articles generated approximately **154.4 billion** impressions and the print news articles generated approximately **465.6 million** impressions.

   B.  **National Television Broadcasts**

---

[36]  The search string specified that "Lance Armstrong," plus at least one of the following terms, "doping," "doped," "dope," "doper," "EPO," "blood," "drugs," or "performance enhancing," plus at least one of the following search terms "USPS," "U.S.P.S," or "postal" had to appear within the article. In addition, all press releases were to be excluded from search results.

[37]  Cision's database only goes back to 2011. Consequently, the analysis for print and digital media does not cover the period prior to 2011.

[38]  This is an extremely conservative approach since it was not possible or practical to visually inspect tens of thousands of print and Internet news items that mentioned Lance Armstrong's doping activities to see if they also identified the USPS in a graphic or a photo, rather than in a text string. In fact, a preliminary search of the Cision database without restricting it to only those that **also** mentioned the USPS returned over 140,000 separate items, an amount three times higher than what was included in this report.

**Methodology**

56.     Data for television segments was acquired from the largest independently-curated and open-access source for historic televised news clips aired in the U.S., the TV News Archive that is part of the San Francisco, CA-based Internet Archive: Wayback Machine project. Beginning in 2009, TV newscasts on broadcast and cable channels[39] have been continuously recorded and the accompanying closed captioning text is stored in a searchable database.

57.     The TV News Archive closed caption metadata was queried for newscasts from 2010 through 2014 that contained mentions of Lance Armstrong, in combination with the terms "performance enhancing," "doping," "EPO," "USPS," or "Postal," between 2010 and 2014. The data collected[40] was then sorted to eliminate duplicates and then matched to viewing data obtained from Nielsen Media Research for the Persons 2+ demographic.[41]

---

[39]  Broadcast channels refer to local television stations operating in one of the 210 television "markets." These TV markets, defined and measured by Nielsen, conform roughly to the 210 Designated Market Areas (DMA) identified by the U.S. Department of Commerce and organize the U.S. into discrete markets around urban and suburban population centers. The Federal Communications Commission licenses stations in each TV market to operate on a specific frequency and power level to create a "coverage footprint." Local stations then affiliate with one of the national broadcast networks, such as ABC, CBS, FOX, NBC and PBS and air this "network" program during specific daytime, early fringe, prime time and late night time periods. "Cable" channels refer to the national basic (such as ESPN, CNN, Fox News, USA, TNT, MTV, Discovery, Disney, Nickelodeon among hundreds of others) & premium (HBO, Showtime, Starz, Epix) offered to local subscribers in various programming bundles. While these channels were carried primarily on locally franchised wired cable systems from the 1950s to the 1990s, in the last twenty years they are also offered by two nationally-available satellite distributors (DIRECTV and DISH) as well as by traditional telephone companies (known as "telcos") such as Verizon and AT&T. Collectively the FCC refers to these multi-channel video programming distributors as MVPDs but colloquially the non-broadcast channels they carry are still referred to as "cable" channels despite the fact that they may be sold to subscribers by satellite and telco MVPDs.

[40]  In some instances it was not possible to match the telecast from the Television Archive with the time/data/program name metadata in the Nielsen database. Those telecasts were excluded from the calculations.

[41]  This is the broadest demographic, including all people 2 years old and older.

**Figure 7: Search Results for "Lance Armstrong Doping" on the TV News Archive Website**



58.     Each of the newscasts identified as a possible match to the search terms were visually and aurally reviewed and timed not only to determine segment duration but also identify whether the USPS logo was visible on-screen or if USPS was mentioned in the newscast or other on-screen text.[42] In some cases, the audio and/or video was not available on the TV News Archive website. As well, a small number of newscasts did not discuss Mr. Armstrong's doping activities. In both cases, these newscasts were excluded from the

---

[42]   A team was assembled to watch all the broadcasts identified by the search results. When watching the broadcasts, the team recorded the total amount of time devoted to Mr. Armstrong and the doping scandal, rounded to the nearest five seconds. In many cases, Mr. Armstrong was discussed multiple times in one broadcast. For instance, a show may begin with a headline that discusses Mr. Armstrong for ten seconds, and later include a sixty second segment that expands on the headline. In this case, the total time recorded was seventy seconds. In addition, the team also noted whether the USPS logo was visible or the name was mentioned at some point in the broadcast.

calculations. Figure 8 is a screenshot from a national news broadcast that showed the USPS logo while discussing Mr. Armstrong's doping.

**Figure 8: The USPS Logo Visible On a National Broadcast Newscast**



59.     Nielsen maintains different ratings databases for the national broadcast networks, local broadcast television stations, national basic and premium cable networks, and for national public television networks such as PBS. Each was separately queried for the respective telecast segments that had closed caption metadata matching one of the previously identified search terms connecting Mr. Armstrong to doping and the use of performance enhancing substances.

**<u>Results</u>**

60.     The search of the TV News archive identified a total of 951 national basic cable network, 265 national broadcast network and 56 national public television newscasts. After the audio and visual review of all the newscasts, 392 national basic cable network

newscasts, 160 national broadcast network newscasts, and 17 national public television newscasts were found to have linked Mr. Armstrong's doping activities with the USPS.

61.     These broadcasts collectively generated approximately **862.8 million** impressions. National broadcast network newscasts generated **631.2 million** impressions; national basic cable network newscasts generated **219.7 million** impressions; and national public television newscasts generated **12 million** impressions.

### C.  OWN (Oprah Winfrey Network)

**Methodology**

62.     As previously noted, Lance Armstrong appeared in a two-part "confessional" interview with Oprah Winfrey on the OWN basic cable network co-owned by Ms. Winfrey and Discovery Networks. The first part of the interview was aired on January 17, 2013 and the second part aired the following evening of January 18. Each of the interviews was repeated multiple times over the next two weeks.

63.     The broadcasts on OWN generated some of the highest viewing levels in the network's history. Furthermore, the unqualified admissions of doping throughout Mr. Armstrong's competitive career opened the floodgates of media coverage (plus social media activity), helping to make him the symbol for cheating.

64.     Portions of the OWN interviews were subsequently aired on other newscasts on broadcast and cable channels in late January and beyond and contributed heavily to vaulting not only Mr. Armstrong but the entire topic of doping in competitive sports on to the global stage, with repercussions that continue to reverberate nearly three years later.

65.     The same methodology previously described for national broadcast networks and basic cable networks was used for the OWN broadcasts: Nielsen's database was queried for ratings for the Persons 2+ age demographic.

**Results**

66.     The 14 broadcasts of the two Armstrong interviews on OWN generated approximately **10 million** impressions.

### D.  Local Broadcast TV and Radio

**Methodology**

67.     According to the Federal Communications Commission (FCC), there are currently 1,371 full-power local commercial TV stations licensed and transmitting in the 210 DMAs, along with 394 public/educational TV stations. In addition, there are 4,698 AM and 6,666 FM commercial radio stations and 4,091 public/educational radio stations.[43]

68.     A company called "Metro Monitor" provided data for local broadcast television and radio.[44]

69.     Metro Monitor's database was queried for local TV and radio broadcasts from 2011 through 2014[45] that contained mentions of Mr. Armstrong in combination with "postal" or "USPS," and one of the following terms: "performance enhancing," "doping," "EPO," and "drugs."

**Results**

70.     After eliminating duplicates, a total of 2,508 local TV broadcasts and 876 radio broadcasts were identified by the search. These broadcasts generated approximately **83 million** impressions.

---

[43]  "Broadcast Radio AM and FM Application Status Lists," FCC. Accessed October 16, 2015, https://www.fcc.gov/encyclopedia/broadcast-radio-am-and-fm-application-status-lists.

[44]  While Metro Monitor monitors all local TV stations, its radio database only monitors 200 local radio stations.

[45]  Metro Monitor's database only goes back to 2011. Consequently, the analysis for local broadcast TV and radio does not cover the period prior to 2011.

### E. Pay Television: Showtime Airing of "Lance Armstrong: Stop at Nothing"

### Methodology

71.     On November 7, 2014, the premium pay TV channel Showtime premiered a 104-minute documentary written and directed by Alex Holmes entitled, "Lance Armstrong: Stop At Nothing." Showtime's website described it as follows:

> An intimate documentary about the explosive story of cyclist Lance Armstrong, revealing a portrait of a man who will stop at nothing in the pursuit of money, fame and success. Features candid interviews with his friends and enemies to reveal the truth behind the greatest fraud in sporting history.[46]

72.     Figure 9 is the poster for this documentary.

**Figure 9: The Documentary "Lance Armstrong: Stop At Nothing"**



---

[46]    http://www.sho.com/sho/reality-docs/titles/3410419/lance-armstrong-stop-at-nothing#/index.

73.     Though Showtime is a commercial-free premium service, its viewership is tracked by Nielsen. Between November 2014 and March 2015 the Armstrong documentary aired a total of 17 times on the prime Showtime channel (and continues to air on other Showtime channels such as *Extreme* and on the Showtime on-demand offerings that are not measured by Nielsen).

**Results**

74.     The 17 broadcasts of "Lance Armstrong: Stop at Nothing" on Showtime generated approximately **749,000** impressions.

### F.  National Geographic Channel Airing of "Cycling High: Doping to Win"

**Methodology**

75.     On April 21, 2013, the ad-supported basic cable network channel, National Geographic Channel (often referred to as just NatGeo), premiered a 45-minute documentary entitled, "Cycling High: Doping to Win." National Geographic described it as follows:

> "Cycling High" tells the story of Lance Armstrong's epic fall from grace as one of the world's greatest athletes. Guided by the extensive U.S. Anti-Doping Agency report, this documentary special pieces together the eyewitness testimony and delves into the science to show how the doping plot allegedly began and then mushroomed in its complexity. Using info-graphics, re-creations and archival footage, discover what the report says about how Armstrong and others outfoxed drug testing officials.[47]

76.     The documentary premiered on April 21, 2013 and was rebroadcast the following day. The USPS logo was prominently displayed several times throughout the documentary and a review of the automatic transcript generated by YouTube closed caption technology demonstrated that the USPS was also mentioned at least 16 times during the broadcast.

---

[47] "Cycling High: Doping to Win," IMDB. Accessed October 16, 2015, http://www.imdb.com/title/tt3015118/.

**Figure 10: The USPS Logo Visible in "Cycling High: Doping to Win"[48]**



77.    The USPS logo is also prominently displayed on the documentary's webpage on the

National Geographic Channel website.

**Figure 11: The USPS Logo Visible on the National Geographic Channel Website[49]**



---

[48]    "Cycling High: Doping to Win," Peacock Productions. Accessed October 16, 2015,
       http://www.peacockproductions.tv/specials/cycling-high-doping-to-win/.

[49]    "Cycling High: Doping to Win," National Geographic Channel. Accessed October 16, 2015,
       http://channel.nationalgeographic.com/galleries/cycling-high-doping-to-win/at/lance-armstrong-825915/.

78.     Using the same approach previously described for national broadcast networks and basic cable networks, Nielsen's database was queried for "Cycling High: Doping to Win" ratings for the Persons 2+ demographic.

**<u>Results</u>**

79.     The two broadcasts of "Cycling High: Doping to Win" on NatGeo generated approximately **592,000** impressions.

### G.  <u>Additional Measure of Impact of Television Coverage</u>

80.     The number of impressions generated by television coverage of the scandal provides one measure of the impact of Mr. Armstrong's action as they relate to the USPS. However, there may be a better way to capture the impact of television coverage. In television, impressions are typically created by brief (e.g,. 30-second) advertisements. However, the negative impressions created by coverage of the scandal were produced by sometimes much longer news segments and programs, thereby creating the opportunity for a more powerful impact.[50]

81.     One way to quantify the additional magnitude, then, is by calculating "impression-minutes." Impression minutes are the total number of minutes viewers were exposed to negative coverage of Mr. Armstrong that can be traced back to the USPS. To calculate

---

[50]  Television is widely understood to be a more impactful and memorable (in terms of recall) medium than print. As Morgan Rush of Demand Media noted in a *Houston Chronicle* blog "TV has the advantage of sophistication ahead of any other medium. Visual and auditory stimulation combined can be a powerful tool, especially when enhanced with advertising creativity. Interesting camera angles, realism and the combination of pictures and words is instantly exciting, particularly when compared with the more sedate appearance of newspaper advertising." (http://smallbusiness.chron.com/benefits-advertising-tv-ahead-other-medium-3585.html) Writing in the same blog, Eric Dontigney of Demand Media noted that "Television engages sight and sound while displaying motion. The connection of information with multiple senses aids in both learning and recall. Teachers often use audio/visual aids in the classroom to reinforce new information. Television advertising capitalizes on the audio/visual learning strategy by tying product or service information to interesting audio/visual information. Print advertising must restrict itself to static visual input, such as text or a single image, which limits the reinforcement potential." (http://smallbusiness.chron.com/advantages-tv-advertising-vs-print-advertising-18122.html)

impression-minutes, total impressions were multiplied by the duration of a program or

segment. As seen in Figure 12 below, over 4 billion minutes of negative coverage of Mr.

Armstrong were broadcast on television networks alone.

**Figure 12: Impression-Minutes Generated from All TV Sources**

| Media Segment | Impressions | Impression-Minutes |
|---|---|---|
| National Broadcast TV | 631,196,734 | 2,186,156,391 |
| National Basic Cable | 219,672,064 | 970,700,222 |
| Oprah Interview | 10,006,344 | 600,733,222 |
| Local Broadcast TV | 82,990,813 | 110,050,575 |
| PBS | 11,975,896 | 79,099,460 |
| Pay TV (Showtime) | 748,596 | 69,252,900 |
| National Geographic | 591,502 | 26,390,848 |
| **Total:** | | **4,042,383,618** |

### H.  Motion Pictures

**Methodology**

82.    The story of Mr. Armstrong's doping was chronicled in a theatrically-released 123-

minute documentary movie entitled "The Armstrong Lie." It was directed by Alex Gibney

and released by Sony Pictures Classics on November 8, 2013, was nominated in 2014 for

Best Documentary at the BAFTA Film Awards, and was released for home video on

February 11, 2014.

83.     Here is the official synopsis of "The Armstrong Lie" from the Sony Classics web

site:

> In 2008, Academy Award® winning filmmaker Alex Gibney set out to make a
> documentary about Lance Armstrong's comeback to the world of competitive cycling.
> Widely regarded as one of the most prominent figures in the history of sports,
> Armstrong had brought global attention to cycling as the man who had triumphed over
> cancer and went on to win bicycling's greatest race, the Tour de France, a record seven
> consecutive times. Charting Armstrong's life-story (and given unprecedented access to
> both the Tour and the man), Gibney began filming what he initially envisioned as the
> ultimate comeback story — Armstrong's return from his 2005 retirement and his
> attempt to win his eighth Tour. Indeed, more than just an athlete, Armstrong, through

his inspiring personal narrative and charitable works, had come to embody nothing short of the possibilities of the human spirit itself. An unprecedented scandal, however, would rewrite both the Armstrong legend and Gibney's film. By early 2013, Lance Armstrong had admitted to using performance-enhancing drugs following a federal criminal investigation and an investigation by the US Anti-Doping Agency (in 2012 the USADA, in conjunction with the International Cycling Union, effectively stripped Armstrong of all seven of his previous titles and banned him from all sport for life). Setting out to chronicle a comeback, Alex Gibney's The ARMSTRONG Lie instead emerges as a riveting insider's view, chronicling the collapse of one of the greatest legends of our time. As Lance Armstrong tells Gibney's camera: "I didn't live a lot of lies, but I lived one big one."[51]

84.     A copy of the screenplay for "The Armstrong Lie" was obtained, and it was determined that the U.S. Postal Service was referenced verbally six times during its 123-minute running length, in addition to multiple images of the USPS logo appearing on screen.

85.     "The Armstrong Lie" only had a limited domestic theatrical release (not unusual for documentaries) but went on to sell 30,437 DVD and BluRay units and was rented through video stores and video kiosks 765,913 times according to Nash Information Services estimates (see Figure 13 below).

**Figure 13: Total Impressions Generated from "The Armstrong Lie"**

| Movie Name | The Armstrong Lie |
|---|---|
| Domestic Tickets | 51,384 |
| DVD Units | 27,545 |
| BluRay Units | 2,892 |
| VOD Transactions | 129,789 |
| EST Transactions | 8,923 |
| Physical Rental Transactions | 765,913 |
| **Total:** | **986,446** |

**Results**

---

[51] "The Armstrong Lie," *Sony Picture Classics.* Accessed October 21, 2015, http://www.sonyclassics.com/thearmstronglie/site/.

86.     "The Armstrong Lie" generated over **986,000** impressions.

I. **National Public Radio**

**Methodology**

87.     According to data assembled by the Radio Advertising Bureau (RAB), some 91% of all Americans age 12 or older listen to radio every week and the RAB notes this has happened despite "an ever-increasing selection of media options."[52] One of the ways radio has managed to remain relevant in this highly competitive media environment has been to develop a wide range of formats geared to different demographic segments.

88.     One of the most popular formats is public and non-commercial radio, a category that includes NPR. NPR itself claims that it reaches 26.2 million weekly listeners through more than 1,000 public radio stations and that its online service (including popular podcasts) attracts an audience of 25.6 million unique monthly users.

89.     Most of NPR's broadcasts, in fact, are archived on www.npr.org and word-searchable transcripts of each show are generally available and podcasts of the individual shows can be downloaded.

90.     A search of the NPR online archives identified 88 individual broadcasts where "Lance Armstrong doping" and previously described phrase variants were mentioned between 2011 and 2014.

91.     Radio broadcasts have traditionally been measured by Arbitron and NPR listener data was made publicly available. However, Arbitron was acquired by Nielsen Holdings and renamed Nielsen Audio in a transaction that closed September 30, 2013 and attempts to obtain NPR listener numbers from Nielsen Audio were unsuccessful.

---

[52] "Why Radio," Radio Advertising Bureau, June 2015. Accessed October 21, 2015, http://www.rab.com/whyradio/Full_Fact_Sheet062415.pdf.

92.     However, National NPR Program estimate summaries from Arbitron and Nielsen Audio surveys conducted in 2011 through 2014 were obtained from NPR's Audience Insights reports and other NPR presentations (see Appendix E).[53] The data includes average weekly listeners for popular NPR-produced programs carried nationally on the 1,000-station public radio network.

93.     Using the NPR Audience Insight data it was possible to identify average listener levels for 85 of the 88 NPR broadcasts that referenced Lance Armstrong's and doping, resulting in a cumulative total of 234 million listeners. The transcripts of each of the 85 broadcasts were reviewed online and it was determined the USPS was directly referenced in 16 of them, with a cumulative total of over 43 million listeners. Figure 14 shows each of the 16 programs and their respective number of listeners.

**Figure 14: Number of Listeners for NPR Broadcasts with Direct USPS Mentions**

| Program | Show Title | Date | Listeners |
|---|---|---|---|
| All Things Considered | Sports Illustrated's 'Case Against Lance Armstrong' | 01/20/11 | 2,454,480 |
| All Things Considered | Et Tu, Austin? Locals Start To Doubt Lance Armstrong | 05/27/11 | 2,454,480 |
| All Things Considered | Federal Prosecutors Drop Doping Case Against Cyclist Lance Armstrong | 02/03/12 | 2,500,640 |
| Morning Edition | Sports News The Super Bowl May Have Overshadowed | 02/07/12 | 2,670,780 |
| All Things Considered | Doping Agency Says 11 Teammates Testified Against Lance Armstrong | 10/10/12 | 2,500,640 |
| Morning Edition | Armstrong Doping Scandal: Some Cyclists 'Made The Right Choice' Not To Cheat | 10/15/12 | 2,670,780 |
| Talk of the Nation | Lessons Learned From The Lance Armstrong Scandal | 10/18/12 | 3,534,100 |
| Weekend Edition Saturday | World Series Heats Up; NBA's Commish Retires | 10/27/12 | 3,395,700 |
| All Things Considered | Lance Armstrong And The Business Of Doping | 11/21/12 | 2,500,640 |
| All Things Considered | What Lance Armstrong, And The USADA, Might Gain From A Confession | 01/07/13 | 2,501,400 |
| All Things Considered | Armstrong Reportedly Admits To Doping In Oprah Interview | 01/15/13 | 2,501,400 |
| All Things Considered | Livestrong 'Disappointed' By Lance Armstrong, But Still Grateful To Him | 01/18/13 | 2,501,400 |
| All Things Considered | Lance Armstrong's Confession Could Cost Him Millions | 01/18/13 | 2,501,400 |
| All Things Considered | DOJ Joins Whistleblower Case Against Lance Armstrong | 02/22/13 | 2,501,400 |
| Weekend Edition Saturday | Week In Sports: The NFL Begins Hunt For New Talent | 02/23/13 | 3,618,300 |
| All Things Considered | Athletes Chased By Technology In The Sport Of Anti-Doping | 05/10/14 | 2,384,360 |
| **Total:** | | | **43,191,900** |

**Results**

94.     NPR broadcasts generated approximately **43.2 million** impressions.

---

[53]  Again, data for NPR is not available prior to 2011. Consequently, the analysis for NPR does not cover the period prior to 2011.

### J.  <u>YouTube</u>

<u>**Methodology**</u>

95.    YouTube went live on May 2, 2005 with what was described in a March 2006 *Forbes* article as an eclectic mix of "spoofs and spankings, pranks and pratfalls, faded concert footage."[54] However, by 2015 YouTube claimed it has more than *1 billion* users and 300 hours of video are uploaded to the site *every minute*.[55]

96.    A keyword search of "Armstrong" was performed with the results sorted by view count. Only videos with at least 50,000 views and that discussed Mr. Armstrong's doping activities were considered. Each video was then reviewed to identify only videos that referenced the USPS either in audio or a visible logo. Impressions were calculated based on the number of views received as of the end of July 2015. As shown in the screen shot from a YouTube page reproduced in Figure 15 below, this video had been viewed 359,952 times.

**Figure 15: A Screenshot from a Documentary Uploaded to YouTube**



---

[54]   Woolley, Scott, "Raw and Random," Forbes, March 3, 2006. Accessed October 16, 2015, http://www.forbes.com/global/2006/0313/027.html.

[55]   "Statistics," YouTube. Accessed October 26, 2015, https://www.youtube.com/yt/press/statistics.html.

**Results**

97.    The 30 YouTube videos analyzed generated approximately **5.7 million** impressions.

   **K. Books**

**Methodology**

98.    Not only was the rise and fall of Lance Armstrong the subject of thousands of articles, TV shows, news reports, blog posts, magazine articles and even theatrically released documentaries, at least nine non-fiction books were published between 2007 and 2015 by journalists, former teammates and other pro cycle racers that chronicled Mr. Armstrong's doping activities.

99.    There were many references to the USPS in these books. For instance, in "Wheelman" by Reed Albergotti, over the course of 384 pages the USPS was mentioned 222 times; in "From Lance to Landis" by David Walsh, the USPS was referenced 178 times; and in "Cycle of Lies" by Juliet Macur, the USPS was referred to 172 times.

100.    Each version (such as hardcover, paperback, e-book, audiobook) of a published book is coded with a unique 13-digit number, known as the International Standard Book Number (ISBN) "assigned by standard book numbering agencies to control and facilitate activities within the publishing industry." Unit sales of each ISBN tag are, in turn, tracked by the BookScan division of the The Nielsen Company (aka Nielsen BookScan).

101.    A series of ISBN numbers associated with the 9 books referencing Mr. Armstrong were submitted to Nielsen BookScan and unit sales were located for 17 unique identifiers (see Figure 16 below).

**Figure 16: Nielsen BookScan Sales Figures for Books Referencing Mr. Armstrong**

| ISBN | Format | Title and Author | Publication Date | Units |
|---|---|---|---|---|
| 9781472910356 | Hardcover | A Clean Break: My Story by Christophe Bessons (updated) | 3/1/2015 | 52 |
| 9780224080231 | Paperback | Bad Blood by Jeremy Whittle | 6/1/2009 | 8 |
| 9780062277244 | E-book | Cycle of Lies by Juliet Macur | 4/3/2014 | 9,615 |
| 9780062277220 | Hardcover | Cycle of Lies by Juliet Macur | 3/1/2014 | 6,517 |
| 9780062277237 | Paperback | Cycle of Lies by Juliet Macur | 4/1/2015 | 495 |
| 9780345503589 | E-book | From Lance to Landis by David Walsh | 6/26/2007 | 6,132 |
| 9780345499622 | Hardcover | From Lance to Landis by David Walsh | 6/1/2007 | 12,130 |
| 9781476737126 | E-book | Seven Deadly Sins by David Walsh | 12/13/2012 | 3,711 |
| 9781476737119 | Hardcover | Seven Deadly Sins by David Walsh | 1/1/2013 | 2,584 |
| 9780062330932 | E-book | The Loyal Lieutenant by George Hincapie | 5/27/2014 | 5,095 |
| 9780062330925 | Paperback | The Loyal Lieutenant by George Hincapie | 5/1/2015 | 391 |
| 9781910198766 | Paperback | The Race To Truth by Emma O'Reilly | 3/1/2015 | 9 |
| 9780345530417 | Hardcover | The Secret Race by Tyler Hamilton and David Coyle | 9/1/2012 | 33,075 |
| 9780345530424 | Paperback | The Secret Race by Tyler Hamilton and David Coyle | 5/1/2013 | 10,326 |
| 9781101635889 | E-book | Wheelmen by Ree Albergotti | 10/15/2013 | 17,816 |
| 9781592408481 | Hardcover | Wheelmen by Ree Albergotti | 10/1/2013 | 19,999 |
| 9781592408887 | Paperback | Wheelmen by Ree Albergotti | 7/1/2014 | 6,232 |
| | **Total:** | | | **134,187** |

## Results

102.    The nine books analyzed generated approximately **134,000** impressions.[56]

### L.  Social Media

103.    Of all the technological changes that have reshaped the way media is created, shared, disseminated and monetized over the last decade, none has been as revolutionary as the segment known by the catch-all phrase "social media." These include Facebook, with over 1.5 billion users globally, Twitter, LinkedIn, Instagram, Pinterest, Flickr, 500px, Tumblr, Reddit and literally dozens of other special interest platforms where users can share, blog, post and communicate with one another.

104.    The sheer volume of social media interactions daily is staggering. In May 2013, there was an average of 4.5 billion "likes" generated daily to Facebook posts.[57] Some 71%

---

[56]  Each book sale was counted as a single impression.

[57]  Noyes, Dan, "The Top 20 Valuable Facebook Statistics," Zephoria, October 18, 2015. Accessed October 18, 2015, https://zephoria.com/top-15-valuable-facebook-statistics/.

of all online adults use Facebook and 52% of online adults use two or more social media sites.

105.    Among the celebrity set, Twitter has become a common way for sports personalities, TV news anchors, movie and TV actors and celebrities to directly interact with fans and try to control the flow of personal information. Singer Katy Perry has more than 71 million Twitter followers and another musical performer, Justin Bieber, has more than 64 million. President Barack Obama has 60 million.[58]

106.    Lance Armstrong has made frequent use of Twitter to reach the more than 3.8 million individuals following him and has posted nearly 12,000 tweets since launching a Twitter account in September 2008.[59] He continues to tweet regularly to his followers and between May 2009 and September 2015 has averaged posting five tweets a day. A number of his tweets have been highly controversial, creating Internet viral sensations.

107.    A panoramic photo (shown as Figure 17 below) of Mr. Armstrong in his Austin trophy room surrounded by his Tour de France jerseys (with clearly visible USPS logos) was posted in November 2012 on his @lancearmstrong Twitter account with the caption "Back in Austin just layin' around…"[60]

---

[58]  Berg, Madeline, "The Social 100: Twitter's Most Followed Celebrities," Forbes, June 29, 2015. Accessed October 16, 2015, http://www.forbes.com/sites/maddieberg/2015/06/29/twitters-most-followed-celebrities-retweets-dont-always-mean-dollars/.

[59]  "Lance Armstrong Twitter Stats," Twitter Counter. Accessed October 16, 2015, http://twittercounter.com/lancearmstrong.

[60]  Dawes, Mike and Thomas Durante, "Has he no shame? Defiant Lance Armstrong defies critics by posting provocative picture of himself surrounded by yellow jerseys he won by cheating... and image is already mocked in new set of hilarious memes," Daily Mail, November 12, 2012. Accessed October 16, 2015, http://www.dailymail.co.uk/news/article-2231782/Lance-Armstrong-Shamed-cyclist-posts-picture-yellow-jerseys.html.

**Figure 17: Internet Commenters Modified Lance Armstrong's Twitter Post to Highlight Drug Usage**



108.    The photo Mr. Armstrong tweeted was copied, Photoshopped and re-tweeted, with the Tour de France yellow jerseys replaced with photos of drugs and doping paraphernalia, along with a cynical twist on Mr. Armstrong's: "Just lyin' around."

109.    Mr. Armstrong also used Twitter in September 2013 to announce that he had returned his Olympic bronze medal. One of the first responses from one of his Twitter followers was "Via US Postal?"[61] and is shown below in Figure 18.

---

[61]   https://twitter.com/lancearmstrong/status/378235125961461760

**Figure 18: A Twitter User Asks Lance Armstrong if he Returned his Bronze Medal Via US Postal[62]**



110.    These examples illustrate the extraordinary power of social media, both positive and

---

[62]   https://twitter.com/lancearmstrong/status/378235125961461760

negative. Unlike traditional media and even most digital publications such as web sites, blogs and streaming video, social media encourages and enables interaction at the personal level. A social media message is not only largely free of placement costs but is created with the hope that it will go "viral" in an uncontrolled chain of redistribution events, citations and "shares."

111.    Unlike news reports, television broadcasts, web-based publications and print media that can be relatively easily archived and are monitored by third parties such as Nielsen for the purposes of advertising, social media is primarily a communications tool between individuals and groups. Though companies such as Twitter and Facebook are making a concerted effort to create viable advertising models, the traditional tools of media tracking and monetization are still immature and furthermore forensic analysis going back more than 12-24 months is in many instances impossible. In addition, the often informal character of Tweets, Facebook and Instagram posts and other forms of social media (as opposed to more formal language used in professionally written news telecasts, online opinion blogs, newspaper items and magazine coverage) makes it difficult to run traditional text string searches.

112.    Nonetheless, it is possible to at least get a sense of the scale of the number of impressions that can be generated by social media surrounding a personality or an event. For instance, a preliminary inquiry to Twitter revealed that its historic database contained 115,000 "primary Tweets" that contained a reference to Lance Armstrong and doping within the 2010-2014 time frame. The 115,000 total did not include the number of individuals who may have read the initial Tweets nor the number of times the initial Tweets

containing the key words were re-Tweeted. The average Twitter user has 308 "followers."[63] If each of the 115,000 primary Tweets was read by the average number of followers (308), it would result in 35.4 million social media "impressions" and that is before accounting for how many of the original primary Tweets would have been re-Tweeted. It is this geometric progression of distribution, occurring in just a handful of steps, that makes Twitter so attractive to of celebrities, politicians, newsmakers and brands.

113.    In addition to the publicity impact of Tweets, there was considerable social media activity that included references to Lance Armstrong and doping activities. Cision, the primary data vendor used for newspapers, magazines, print and online publications in this forensic project, was able to perform a keyword search of key social media sites and postings from August 2013 through December 2014 (17 months). During that period Cision calculated that there were 18,394 social media postings that contained both "Lance Armstrong" and a doping/cheating reference.[64]

114.    Social media that is driven by an event sees maximum activity within the first few hours and days of an event's occurrence. This phenomenon is related to what has been observed about the 24-to-48-hour nature of a news cycle (in other words once fresh news about an event or personality in no longer available, coverage is replaced by fresh news about a different event or personality within 24-48 hours, driven by the fact that TV viewing declines on the 24-hour news channels declines rapidly in the absence of new information).

115.    Given that the period of maximum news coverage of Lance Armstrong and his

---

[63]  Hughes, Steven, "15 Twitter Facts and Figures for 2014 You Need to Know," Jeffbullas.com, April 16, 2014. Accessed October 16, 2015, http://www.jeffbullas.com/2014/04/16/15-twitter-facts-and-figures-for-2014-you-need-to-know/.

[64]  Some of these impressions were likely non-U.S. based, as Cision did not provide the location of social media coverage for the vast majority of the postings.

doping activities would have been from January 2011 (when doping allegations were featured on the cover of *Sports Illustrated)* to January 2013 (when Mr. Armstrong's confession to Oprah was aired on OWN) was **not** covered by Cision data, the fact that there were over 18,000 posts tracked on social media in the August 2013 to December 2014 time frame is remarkable and testament to the fact that Mr. Armstrong has become a touchstone icon for sports doping and cheating.

## VII.   <u>OVERALL RESULTS</u>

116.    This analysis was performed with a deliberate attempt to be both comprehensive in scope but also conservative in methodology. This analysis, across all forms of media, calculated that there were nearly **1.5 billion** impressions of the media coverage of Mr. Armstrong's doping, even without the inclusion of Internet news articles. Online news coverage of Mr. Armstrong's doping spanned websites with an additional cumulative reach of almost **155 billion**. Figure 19 summarizes the source of these impressions.

**Figure 19: Summary of Impressions from all Media**

| Media Segment | Impressions |
|---|---|
| National Broadcast TV | 631,196,734 |
| Print | 465,598,862 |
| National Basic Cable | 219,672,064 |
| Local Broadcast TV | 82,990,813 |
| NPR | 43,191,900 |
| PBS | 11,975,896 |
| Oprah Interview | 10,006,344 |
| YouTube | 5,668,630 |
| Radio | 2,126,600 |
| Movies/Home Video | 986,446 |
| Pay TV (Showtime) | 748,596 |
| National Geographic | 591,502 |
| Books | 134,187 |
| Twitter | 115,000 |
| **Total:** | **1,475,003,573** |
| **Internet:** | **154,393,657,465** |

117.    Furthermore, there is no doubt that the actual number of impressions generated by the negative coverage of Mr. Armstrong is larger than what has been calculated and documented in this report. Search engine and database results were limited by the search terms that could practically be used and which are certainly not exhaustive. In addition, new media outlets and blogs can spring up rapidly and are typically difficult to measure. Also, some of the data sourced did not include numbers for 2010.

118.    If the impressions are adjusted to take into account the longer duration of the stories about the scandal compared to a regular advertisement, the impact is much higher. The

impact from television alone is over 4 billion impression minutes.

119.    Additionally, in order to undo the negative publicity it received, the USPS might decide to launch an advertising effort to undo the damage (sometimes called "corrective advertising" or "brand image repair"). There are many examples of companies that have launched extensive marketing campaigns to repair damage to their reputation/image.[65]  In the media industry, it is well-known that it takes more than one impression to undo a previously delivered bad impression.  One article puts that number at 3x.[66]

120.    Overall, Mr. Armstrong's actions led to an abundance of media coverage that was overwhelmingly negative. Much of this media coverage cast a negative light on the US Postal Service. Additionally, the negative media associations citing Mr. Armstrong's doping activities while a member of the US Postal Service sponsored pro cycling team have not ceased so the reputational damage to the USPS continues to accrue.


Dated: November 23, 2015

_____

Larry Gerbrandt

---

[65]  For example, Exxon (post Exxon Valdez), BP (post Gulf rig explosion), Tylenol (post poisoning), Taco Bell (meat content controversy), Domino's (YouTube video of tainted pizzas), and Subway (post revelations about spokesperson Jared Fogel).
[66]  See, for example, Corrective Advertising Guidelines, Compliance:  Business Issues Information, Commerce Commission, New Zealand, Issue #20, July 2000.  This document suggests that three impressions are necessary to correct a misimpression.

## APPENDIX A – RESUME OF LARRY GERBRANDT

**Larry Gerbrandt**

Media Valuation Partners
P.O. Box 817
108-B 3rd Street
San Juan Bautista, CA 95045
Phone: 323-988-0506
Email: larry@mediavaluation.com

**Bio:** Larry Gerbrandt has been a leading media and entertainment executive, research analyst, valuation expert and consultant for more than 25 years. In recent years he has focused on the economic and strategic implications of the intersection between traditional media and emerging content delivery technologies. Management background includes experience in film and video production, commercial photography, cable TV system operations, financial audience and advertising research and magazine publishing. His current focus is on strategic consulting, valuation, expert witness and advisory assignments within the media and entertainment industries that leverage his deep understanding of fundamental industry economics, revenue generation and media measurement.

Became a partner in Dallas, TX-based **Brimstone Films** in 1978. After selling his stake in the production company in 1982 he became operations manager for **Orion Cable**, which operated private cable systems along the front range of Colorado. Joined **Kagan World Media**, a groundbreaking media research organization, in 1984. As senior analyst and senior vice president of Kagan's entertainment division, oversaw more than two dozen of its newsletters and databooks, led its valuation practice and was the creator of Kagan's definitive Economics of Basic Cable Networks database. In 2000, after Kagan's sale to Primedia, became Kagan's COO and led its integration into **Primedia's MediaCentral** division. Upon Kagan's subsequent sale to MCG Capital in 2004 joined **AlixPartners** to lead its entertainment consulting and litigation support practice. In 2005 was recruited by The Nielsen Company to become SVP/general manager of **Nielsen Ana**lytics, focusing on emerging media technology economics and conducting primary research on consumer adoption of new media platforms. Following Nielsen's sale to a group of private equity companies formed the custom research, litigation support and valuation practice, **Media Valuation Partners**, in 2007. Joined Pasadena, CA-based **Janas Consulting** in late 2010 as a managing director focusing on the firm's valuation practice. In late 2013 he also became an Affiliate of the **Analysis Group**, a Boston, MA-based firm specializing in complex litigation matters as well as economic, financial, and strategy consulting.

He is a member of the board of directors of **The Inspiration Network** (a family-friendly basic cable network with more than 70 million TV households) and is owner of the **Rare Light Gallery** in historic downtown San Juan Bautista in the heart of California's Central Coast. He is also a member of the **San Juan Bautista General Plan Committee.**

Widely quoted as an expert on trends and economics in the M&E industries and has served as moderator of more than 200 Kagan and industry panels and conferences. Has served as an expert witness and expert consultant on more than 85 major litigations in the media, entertainment and intellectual property arena, including the landmark Katzenberg v. Disney case.

An award-winning fine art photographer, his recent photographs of the Northern Lights in Iceland were featured in a two-page spread in London's prestigious *The Guardian* newspaper. He also

regularly contributed fine-art photography to the monthly "Parting Shot" feature of the *San Juan Star* and now contributes to the *Mission Village Voice.*

He attended Colorado State University on a plant pathology and creative writing scholarship and graduated from Regis University in Denver with a bachelor's degree in business administration. He has also taken entertainment law classes at the UCLA Extension and done course work in statistics through Statistics.com.

Wrote the "Media Math" column for *The Hollywood Reporter* until its re-launch as a monthly in late 2010 and continues to write a quarterly column "US Watch" for *Euromedia Magazine.* Also provides expert analysis and consulting to clients of GigaOM Pro, ThomsonReuters Round Table Group and the Gerson Lehman Group.

Father of two (Ryan and Lauren) and devoted grandfather of four (Nathan, Anistyn, Grayson and Wyatt). He also owns the trademark to the tongue-in-cheek "Bad Grandpa" line of T-shirts.

**Janas Consulting,** Pasadena, CA 2010-Present
*Managing Director*
Joined Janas in October 2010 to help expand the firm's media, entertainment and technology group and valuation services. Janas provides management consulting, turnaround and restructuring advisory services and investment banking services to mid-market companies.

**Media Valuation Partners**, Los Angeles, CA 2007-Present
*Founder and Principal*
MVP provides valuation, appraisal, fair market value, strategic research, market analytics, litigation support, expert witness, strategic consulting and market forecasting services with an emphasis on media, entertainment, cable television, broadcasting, motion picture, home video, television programming and emerging technologies.

**Nielsen Analytics,** Hollywood, CA 2005-2007
*Senior Vice President/General Manager*
Created leading edge research, analysis, strategic advisory and valuation services to companies in the media & entertainment space with a particular focus on the convergence of content delivery and consumer media technology—and the underlying economic models in the television, motion picture, cable, satellite, music, home video, video game, mobile entertainment and publishing industries. Author of the Nielsen *Economics of On-Demand Programming*, *The Modern Moviegoing Experience* and *Benchmarking The Digital Household* reports. Also developed the concept of the Über Media Consumer and performed extensive research on this category of heavy media and entertainment user. A member of Nielsen's Primary Research Council, which focused on improving cross-platform and fusion research activities within Nielsen and coordinating the wide range of consumer level research initiatives.

**AlixPartners LLC**, Los Angeles, CA  2004-2005
*Director*
Joined firm in July 2004 to build AlixPartners' media and entertainment practice, focusing on valuation, consulting and litigation support. Headquartered in Southfield, MI, AlixPartners is a leader in providing financial advisory services, including litigation support, consulting, valuation and restructuring to a wide range of industries.

**Kagan World Media,** a Primedia company. Carmel, CA  1984-2004
*Chief Operating Officer/Senior Analyst*

Joined firm in 1984 as associate editor and was promoted to analyst in 1985. Became vice president, with added corporate responsibilities, in 1988. Promoted to senior vice president in 1992 and was responsible for Kagan's entertainment and programming research operations and oversaw a team of analysts covering the cable and broadcast network programming, DBS, TV syndication, home video, motion picture, pay TV, music and Internet industries in 1992. Named chief operating officer, responsible for all Kagan content, publishing, research, appraisal and consulting operations, in February 2001. Kagan was acquired by Primedia Corp. in October 2000 and then merged into the Media Central LLC joint venture between Primedia and Steven Brill in February 2001. Media Central was dissolved in May 2003 and Kagan was sold to MCG Capital in March 2004. Over a span of two decades, helped build Kagan into one of the leading media and entertainment research firms, with a client base of over 5,000 individuals and firms.

Served as senior analyst and contributor to more than 20 different newsletters, including *CONSUMER MEDIA TECHNOLOGY, HOME SHOPPING INVESTOR, INTERNET ADVERTISING, CABLE PROGRAM INVESTOR, STREAMING MEDIA INVESTOR, VOD INVESTOR, THE PAY TV NEWSLETTER, CABLE TV ADVERTISING, MOTION PICTURE INVESTOR, DIGITAL TELEVISION, MARKETING NEW MEDIA, CABLE TV TECHNOLOGY, ELECTRONIC PUBLISHER, THE DBS REPORT, INTERNET MEDIA INVESTOR, TV PROGRAM INVESTOR, TV PROGRAM STATS, MOVIESTATS, MUSIC INVESTOR, CABLE TV INVESTOR* and *KAGAN MEDIA MONEY*.

Also authored or contributed to numerous special reports on entertainment topics, including THE CONNECTED HOUSEHOLD, MEDIACAST 2006/2007/2008, THE PAY-PER-VIEW REPORT, THE CHANNEL CAPACITY REPORT, THE CABLE INTERCONNECT REPORT, THE CABLE ADVERTISING REPORT, KAGAN MEDIA TRENDS, THE STATE OF HOME VIDEO, THE STATE OF DBS, HOME SHOPPING, ECONOMICS OF BASIC CABLE NETWORKS (1995, 1996, 1997, 1998, 2000), CHANNEL COMPRESSION: A STRATEGIC ANALYSIS, CABLE MODEMS:  A STRATEGIC ANALYSIS. Had corporate oversight responsibilities for PKA's investment in two leading cable trade publications, Cable World and Cable Avails, which were sold in January 1994 to Cowles Media. As senior analyst, also moderated numerous Kagan Seminars, Inc. conferences, including The Digital Household Summit, The Future of Pay-Per-View, Motion Picture Production & Finance, TV Program Finance, Interactive Multimedia Forum, Video-On-Demand, High Speed Access Summit, as well as conferences dealing with home shopping and streaming media. Wrote a monthly column "Letter From America" for *Kagan's Euromedia* magazine from 1999-2002. Also oversaw company's investment in an international TV syndication company run by Drew Levin.

Was also senior consultant to **KAGAN MEDIA APPRAISALS**, which engaged in consulting, expert witness and valuation assignments and has performed appraisals of media assets aggregating to more than $85 billion. Acted as consultant on many of KMA's entertainment and programming-related assignments and has been responsible for fair market value appraisals of numerous movie libraries, totaling in excess of 4,000 titles, including being designated as Disney's expert witness in the *Katzenberg v. Disney* case. Other valuation assignments included numerous cable networks, movie theater chains, music libraries and TV libraries. Strategic consulting assignments include assessments of market opportunities in the motion picture, home video, cable programming, PPV/VOD, home shopping and TV syndication sectors, both U.S. and international markets.

**ORION BROADCAST GROUP/ORION CABLE SYSTEMS, INC**. Denver, CO  1982-1984
*Operations Manager*
Managed 15 private cable/SMATV systems with over 2,000 subscribers operating along the front

range of Colorado for this division of Orion Broadcast Group (a startup media company which went public in 1983 with interests in low power and full power television stations and private cable systems). Was responsible for all phases of system operations, including franchise negotiations, construction, marketing, programming and billing. Left the company after overseeing the successful sale of division operations to another SMATV firm.

**BRIMSTONE FILMS**  Dallas, TX  1978-1982
*Producer & Photographer*
As one of the founders of Brim, Stone, Gerbrandt & Guetzlaff, Inc. (dba Brimstone Films) in 1978, acted as line producer on dozens of TV commercials, award-winning industrial films and museum documentaries. Clients included Tandy Corp. (Radio Shack), Dr. Pepper, Pizza Hut, Precision Tune, Neiman-Marcus, Texas Sports Hall of Fame and the East Texas Oil Museum. After completing principal photography on a one-hour TV special on the Hemingway family, sold interest in company to an outside investor. Brimstone also formed a joint venture with Chuck Bua to launch a creative boutique advertising agency—Brimstone & Bua.

**THE NATIONAL COURIER**  Plainfield, NJ  1976-1977
*Freelance Photojournalist*
A regular contributing photographer and reporter for this national weekly newspaper, launched by Logos Publishing in 1976.

**CHRIST FOR THE NATIONS, INC**. Dallas, TX  1974-1978
*Managing Editor*
Was responsible for all publishing at this non-denominational missionary organization and Bible institute, including a monthly magazine with a circulation of 144,000 and a book catalog of over 200 titles. Also served as photography instructor at the CFN Institute.

## CORPORATE ACTIVITIES:

**THE INSPIRATION NETWORK** (501c-3 non-profit corporation) Board Member

## EDUCATION:
Alameda Senior High School, Lakewood, CO. Graduated in 1970
Colorado State University, Ft. Collins, CO. Major:  Plant Pathology 1970-1972
Metropolitan State College, Denver, CO  Major:  Journalism 1972-1973
Regis University (formerly Loretto Heights College), Denver, CO  1984-1985
Received Bachelor of Arts degree in Business Administration in 1985.
UCLA Extension Class Winter 2008

## LITIGATION CONSULTING HISTORY:

1. Deposition 1989
**Bella Abzug, et al v. Kirk Kerkorian/MGM/UA** [Retained by Plaintiff]

2. Deposition
**Credit Lyonnais v. Houlihan, Lokey, et al** [Retained by Plaintiff]

3. Deposition
**Filerman, et al vs. Fox Broadcasting Co.** [Retained by Plaintiff]

4. Declaration
**Fox Family Properties, Inc. v. CBS, Inc; Touchstone TV; Jerry Bruckheimer; CAA**[Retained by Plaintiff]

5. Testimony
**Internal Revenue Service vs. Marian B. estate** (RKO library rights, Tax Court, Washington, DC) [Retained by Plaintiff]

6. Testimony
**Joseph Murana et al vs. Bank of Montreal and Peat Marwick Thorne** (Canada)

7. Expert Report, Valuation and Testimony
**Litchfield Theatres, Ltd. bankruptcy court hearing** (Charlotte, NC)

8. Deposition
**Mainline Pictures v. Kim Basinger** [Retained by Defendant]

9. Affidavit
**MCA v. Viacom**  (New York) [Retained by Defendant]

10. Deposition & Testimony
**Michael DeWoody, et al v. Hopkins & Sutter** (Ft. Worth, TX) [Retained by Plaintiff]

11. Deposition
**MTA/Persik v. MGM/UA Pictures, et al**

12. Testimony
**New Visions Productions vs. Cineplex Odeon** (AAA Arbitration) [Retained by Plaintiff]

13. Deposition
**Persky-Bright v. Columbia Pictures** [Retained by Defendant]

14. Deposition
**Rafelson, et al. v. Columbia Pictures Industries** (*The Monkees*) [Retained by Defendant]

15. Deposition & Testimony
**Recreation Broadcasting, Inc. and KTV, Inc. vs. United Cable TV of Colo. et al** (Denver, CO) [Retained by Defendant]

16. Deposition
**SelecTV v. Amway**

17. Deposition
**Simon Marketing, Inc. v. Promotional Concept Group**

18. Affidavit
**Singer v. Danson** (affidavit filed, Los Angeles) [Retained by Defendant]

19. Testimony
**Sonic Cable vs. CableAd Image** (San Luis Obispo, CA) [Retained by Plaintiff]

20. Deposition & Testimony
**Syufy Enterprises v. State of California** [Retained by Plaintiff]

21. Deposition
**T. Rex Productions v. Whoopi Goldberg** [Retained by Defendant]

22. Deposition
**Vestron v. Security Pacific**  [Retained by Plaintiff]

23. Testimony 1994
**Copyright Arbitration Royalty Proceedings, Copyright Office, Library of Congress**

24. Testimony 1996
**Digital Performance Right In Sound Proceedings, Copyright  Office, Library of Congress**

25. Testimony 1997
**Satellite Arbitration Royalty Proceedings, Copyright Office, Library of Congress**

26. Deposition 1997
**Schonfeld v. Hilliard** [Retained by Defendant]
Standards and practices in the basic cable network industry sector as well as the value of startup basic networks in the US market. Involved the initial attempt to bring the BBC to the US market as a 24/7 basic network.

27. Deposition 1997
**Wherehouse Video bankruptcy reorganization** (Delaware)

28. Testimony 1998
**Sheldon, et al v. Columbia Pictures, Inc. et al** (CA Superior Court) [Retained by Defendant]

29. Deposition 1999
**County of Alameda v. St. Michael Investments, et.al** [Retained by Defendant]
Economic impact on a motion picture theater exhibitor from the taking of parking spaces by the county at a mall for highway expansion.

30. Valuation and Deposition 1999
**Katzenberg v. Disney** [Retained by Hill, Wynne, Troop & Meisinger on behalf of Defendant]
Valuation of all intellectual property created by Disney's Entertainment division during Jeffrey Katzenberg's 10-year tenure.

31. Deposition 1999
**Leonard Ross vs. @Radical, Levi Strauss, Foote, Cone & Belding and David LaChapelle**
[Retained by Defendant]
Economic impact from the streaming of the "Pool Boy" TV commercial from the Levi Strauss web site that featured a Hollywood Hills mansion as the location.

32. Deposition 1999
**USA v. ASCAP** (Civil Action #13095, Southern District Court of New York, rate setting proceeding) [Retained by Jay Levin of Paul, Weiss on behalf of Defendant] Standards and practices in the US cable industry and economic trends in the basic cable network industry sector.

57

33. Deposition 2000
**Belo Holdings, Inc. and PJ Health Programming, Inc. v. AHN Holdings, Inc. and Columbia/HCA Healthcare** (Dallas, TX)

34. Deposition 2000
**Lipson v. New Frontier Media**

35. Testimony 2000
**Ticketmaster vs. N2K (California Superior Court)**

36. Deposition 2000
**USA v. ASCAP (rebuttal)** [Retained by Defendant]

37. Declaration &  Deposition 2001
**Bochco vs. Fox** [Retained by Plaintiff}

38. Testimony 2001
**Click vs. Trimark (AAA proceeding in Los Angeles)**

39. Deposition & Testimony 2001
**PJ Health Programming, Inc. v. AHN Holdings, Inc. and Columbia/HCA Healthcare** (Dallas)" [Retained by Plaintiff]

40. Deposition & Testimony 2001
**Wex vs. TVN** (Arbitration) [Retained by Plaintiff]

41. Deposition 2002
**Furtherfield Partners, L.P. v. Perelman, et al.** (Panavision) [Retained by Defendant] (Testified to the customs and practices in motion picture production, equipment rental companies and conversion to digital capture).

42. Deposition 2003
**Blatty/Friedkin v. Warner Bros** (*Exorcist*)

43. Deposition & Testimony 2003
**Echostar v. TV Azteca**
[Retained by Jay Levin of Paul, Weiss, representing Defendant]
(Testimony on television industry standards and practices related to program scheduling and advertising breaks and the domestic retransmission of international networks).

44. Deposition & Testimony 2003
**Ivy Street Productions v. Sony Pictures, Columbia, et al.** (*George* TV series) [Retained by Defendant]

45. Deposition & Testimony 2003
**Modi v. ESPN**
[Retained by Jay Levin of Paul, Weiss, representing Defendant]
(Testimony regarding international cable programming standards and practices, regional sports network economics and affiliation agreements and distribution practices in India.

46. Testimony 2004

**Arclight v. Bob Yari International** (AAA Arbitration)
Valuation of a missing motion picture credit.

47. Declaration 2004
Attachment to the Supplemental Comments of TV One, Federal Communications Commission, **In
the Matter of Notice of Inquiry on A La Carte and Themed-Tier Programming and Pricing
Options for Programming Distribution on Cable Television and Direct Broadcast Satellite
Systems,** MB Docket No. 04-207 [Retained by the National Cable Television Association]

48. Deposition 2004
**Krikorian v. Westminster**
Valuation of a movie theater in Redlands, CA that was not built as a result of a breach of contract.
[Retained by Plaintiff]

49. Deposition 2004
**Logix v. Emerald Entertainment**

50. Deposition & Testimony 2004
**Promark Sports v. Gateway Computers** (San Diego, CA) [Retained by Defendant]

51. Expert Report & Deposition 2004
**USA v. ASCAP**
Retained by Jay Levin of Paul Weiss on behalf of the Defendants
(Description: Provided expert testimony on local television broadcasting industry economics trends
and practices in support of a performing rights organization in rate setting proceeding involving
music.)

52. Deposition 2005
**Medical Illustrators v. Advanstar**
Retained by Greenberg Traurig on behalf of Defendants.
Magazine industry standards and practices, magazine industry economics and issues related to the
re-use of medical illustrations in international editions of a medical journal published by Advanstar.

53. Deposition & Testimony 2005
**Wolf v. Walt Disney Enterprises** (Los Angeles, CA)

54. Deposition 2006
**Intertainer v. Movielink** [Retained by Plaintiff]

55. Testimony 2006
**Krikorian v. Westminster** (Riverside County, CA) [Retained by Plaintiff]

56. Declaration 2008
**Film Musician's Secondary Market Fund v. Nu Image, Inc.** et al (Damages)[Retained by
Plaintiff]

57. Declaration 2008
**In Support of Comments of the National Cable & Telecommunications Association, In the
Matter of Leased Commercial Access**, Federal Communications Commission, MB Docket No.
07-42 [retained by NCTA]

58. Testimony 2008
**Dick Wolf v. NBC Universal**
(JAMS Arbitration)
[Retained by John Lavely of Lavely & Singer, representing Plaintiff]
(Description:  Analysis of the economics of license fees paid by USA Network to NBC Universal
for *Law & Order:  Special Victims Unit* and *Law & Order: Criminal Intent* when both buyer and
seller were under common ownership.)

59. Declaration & Deposition 2009
**Universal Studios LLP, et al. v. RealNetworks Inc., et al** [representing Defendant] Industry
standards and practices related to DVD copy protection schemes and consumer trends in
downloading file ripping and file sharing software and services.

60. Testimony 2009
**North American Residential Communities, Inc. v. Woods et al**  California Superior Court, San
Bernardino County [representing Defendant]
(Description:  The ability of the mobile phone network to imbed time stamp data  in the metadata of
mobile phone photographs and the reliability of the time stamping system.]

61. Declaration & Deposition  2009
**Herring Broadcasting, Inc. v. Comcast Corp**, Federal Communications Commission, MB Docket
No. 08-214, Fil61. e No. CSR-7907-P [representing Defendant] (Description:  Plaintiff claimed
Defendants had prevented carriage of their network in favor of a "substantially similar" cable
network owned by Defendants. Presented extensive programming analysis that refuted the claim
and also offered testimony on cable industry and television industry standards and practices).

62. Declaration, Deposition & Testimony 2009
**NFL Enterprises LLC v. Comcast Cable Communications, LLC**, Federal Communications
Commission, MB Docket No. 08-214 File No. CSR-7876-P [Retained by Davis, Polk, representing
Defendant]
(Description:  Plaintiff claimed Defendants had prevented carriage of their network in favor of a
"substantially similar" cable network owned by Defendants. Presented extensive programming
analysis that refuted the claim and also offered testimony on cable industry and television industry
standards and practices).

63. Declaration, Deposition & Testimony 2009
**TCR Sports Broadcasting Holding, LLP, dba Mid/Atlantic Sports Network vs. Comcast
Corporation**, Federal Communications Commission, MB Docket No. 08-214, File No. CSR-8001-
P [representing Defendant]
(Description:  Plaintiff claimed Comcast unreasonably denied carriage of MASN in favor of their
own regional sports network. Presented consumer survey and marketing data showing minimal
interest in the Tri-Cities territory for Washington Nationals baseball team, along with other TV
programming standards and practices issues.)

64. Declaration & Deposition 2009
**Alejandro Eduardo Gongora vs. Editorial Caballero, S.A. de C.V.; Grupo Siete International,
Inc.; and Playboy Enterprises, Inc.** [representing Plaintiff]
(Description:  Testimony and analysis regarding appropriate valuation methodologies for publishing
assets in the US and international markets.)

65. Confidential Report, Deposition & Testimony 2009

**In Re Application of Mobitv, Inc., Related to USA v. American Society of Composers, Authors and Publishers (ASCAP)**
[Retained by Ken Steinthal at Weil, Gotschal, representing Plaintiff]
(Description:  Cable programming industry standards and practices, matters related to affiliation agreements and programming and viewing mix on MobiTV channels).


66. Confidential Report 2010
**Dr. Joseph Nicolosi v. Donelle Dadigan et al**
[Retained by Joseph Gentleman, representing Plaintiff]
(Description:  Valuation of lost publicity).


67. Confidential Report & Deposition 2010
**In Re. Application of Cellco Partnership dba Verizon Wireless v. American Society of Composers, Authors and Publishers (ASCAP)**
[Retained by Bruce Joseph at Wiley, Rein, representing Plaintiff]
(Description:  Cable programming industry standards and practices, matters related to affiliation agreements and programming and viewing mix on Verizon Wireless video offerings).


68. Expert Report & Deposition 2010
**Aryana Farshad v. Point 360 et al**
[Superior Court of California, County of Los Angeles, Case: BC387533]
[Retained by P.K. Schriefer LLP, representing Defendant]
(Description:  Valuation of lost footage from Iran documentary).


69. Expert Report 2010
**Air Communications, et al v. EchoStar Satellite Corporation, et al**
[District Court Arapahoe County, State of Colorado, Case: 00CV3130]
[Retained by Hill & Robbins, PC, representing Plaintiff]
(Description:  Satellite industry history, standards and practices, analysis of EchoStar and DISH Network economics, industry marketing practices and sales/installation commission structures).


70. Confidential Consulting 2011
**Genuine Entertainment, Inc. dba The Idea Factory v. Steven Seagal; Steamroller Productions, ICM and A&E Television Network,**
[CA Superior Court, County of Los Angeles, BC420404]
[Retained by Johnson & Johnson LLP, representing Plaintiff]
(Description:  Valuation of potential backend rights to a TV series).


71. Consulting & Custom Survey 2011
**Woodson & Rummerfield's House of Design, Inc. v. Lisa Beaulieu (aka Lisa Marie Presley)** [AAA Case No. 72 529 Y 00894 09 JISI]
Retained by Jeffer Mangels Butler & Mitchell LLP, representing Defendant]
(Description:  Valuation of lost publicity exposure in national and international publications as well as marketing and publicity practices in the interior design industry).


72. Expert Report 2011
**MARVEL CHARACTERS, INC. v. Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc., SPE Spider-Man GP Inc., Sony Pictures Consumer Products, Inc., Sony Electronics, Inc. and Sony Computer Entertainment America, Inc.** [JAMS Case #142500171]
[Retained by Sheppard, Mullin, Century City, CA, representing Defendant] (Description:  Cable

television industry standards and practices, issues related to premium television windowing and output deals).

73. Deposition & Trial Testimony 2011
**Charles Brooke Temple III v. Venture Technologies Group, LLC**
(Superior Court of CA, County of Los Angeles, Case No. BC442288)
[Retained by Law Offices of Michael Berk, Beverly Hills, CA, representing Plaintiff] (Description: Television broadcasting industry standards and practices, matters related to transition from analog to digital transmission and issues related specifically to LPTV stations).

74. Expert Report 2011
**Sandra Booker v. The Regents of the University of California, et al**
Superior Court of the State of California, County of Los Angeles, Central District, Case Number: BC 434900
[Retained by Rand Carstens, Lewis Brisbois Bisgaard & Smith LLP, representing Defendant] (Description: Valuation of intellectual property—music compositions, greeting card designs, photographs and music recordings—irretrievably lost from a computer hard drive by the UCLA campus bookstore technicians.

75. Deposition 2011, Testimony 2012
**PM&J Productions, Inc. v. U-Haul Co. of Florida**
(Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida. General Jurisdiction Division, Civil Action. No 06-04981-CA-13)
[Retained by Bill Custer, Bryan Cave, Atlanta, GA, representing Defendant] (Description: Recording and music industry standards and practices and value of lost classical piano recordings. Testified to the nature of copyrights and the value of content with and without talent licenses).

76. Expert Report 2011, Rebuttal Report 2012, Deposition 2012
**WPIX, et al v. Broadcast Music Inc. (BMI)**
(United States District Court, Southern District of New York, 09 Civ. 10366, Related to United States v. Broadcast Music, Inc., 64 Civ. 3787)
[Retained by Linda Dakin-Grimm, Milbank, representing Defendant]
(Description: Testimony regarding broadcasting industry customs and practices, television broadcasting viewing and economic trends and new media revenues in a rate-setting proceeding for a music performing rights organization).

77. Expert Report 2012, Deposition 2012
**CBS et al v. Filmon.com Inc.**
US District Court, Southern District of New York, Case No. 1:1 0-cv-7532-NRB
[Retained by Toby Butterfield, Frankfurt Kurnit Klein & Selz PC, representing Defendant]
(Description: Testimony regarding standards and practices in the cable and broadcasting industry related to retransmission of over-the-air television signals and a rebuttal damage model related to Filmon's alleged infringement).

78. Expert Rebuttal Report 2012, Deposition 2012
**Spanski Enterprises, Inc. v. Telewizja Polska, S.A.**
US District Court, Southern District of New York, Case No.: 10-4933 (ALC)
[Retained by John Piskora, Loeb & Loeb, representing Plaintiff]
(Description: Assisted the firm of Anchin, Block & Anchin LLP in developing a damage model and report in the case and was then retained to write a rebuttal report to defendant's expert reports. Rebuttal expert analysis on the proper methodology for evaluating Polish language premium

channels marketed in the US and Canada, as well as programming practices and strategies for premium services in the US).

79. Expert Testimony 2012
**Steven Holder v. Roger Howe, Scott Linton, William Lund, Ryan How, Mark Davis, The Sonora Web, West Texas New Mexico Films, et al**
Superior Court For the State of California, County of Los Angeles – Central District
Case No. BC445145 Judge" Ruth Ann Kwan
[Retained by Timothy Shields of George & Shields, representing Plaintiff]
(Description:  Valuation of the movie, West Texas Children's Story, at specific points in time and changes in the global movie marketplace between 2007 and 2009. Also testified to motion picture industry customs and practices related to production, pre-sales of rights and global distribution.

80. Expert Report and Deposition 2012
**Starz Entertainment, LLC vs. Dish Network LLC**
District Court, Douglas County, Colorado. Case #: 2011-cv-1165
[Retained by Michael Kump, Kinsella Wietzman Iser Kump & Aldisert on behalf of the Plaintiffs]
(Description:  Detailed analysis of the history of pay television promotions and marketing in the US, industry and industry standards and practices in light of Dish Network's decision to give virtually its entire subscriber base a year long free preview of the Starz premium service, as well as the implications of Dish's actions.]

81. Damage Analysis and Deposition 2012
**UMG Recordings, Inc. vs. NBC Universal, Inc., Vivendi Universal Entertainment LLP, et all**
Superior Court of the State of California, County of Los Angeles, Case No. SC106213
[Retained by Steve Marenberg and Moez Kaba, Irell & Manella, Century City, CA on behalf of Plaintiffs]
(Description:  Damage analysis and valuation of the music-related assets—including more than 150,000 master tapes—lost in the 2008 fire in the vault on the Universal Studios lot.

82. Expert Report 2012, Deposition 2013 and Rebuttal Report 2013
**In Re NCAA Student-Athlete Name & Likeness Licensing Litigation**
United States District Court, Northern District of California
Case No. 4:09-cv-1967 CW (NC)
[Retained by Bruce Wecker and Jon King of Hausfeld LLP, San Francisco, CA on behalf of class action Plaintiffs].
(Description:  Provide expert analysis of television ratings and economics for NCAA football and basketball telecasts of both live and archive games and to also provide industry standards, practices and terminology in the television broadcasting and basic network sectors.

83. Expert Report and Deposition 2012
**Tracy Ann Harrison vs. Richard Kevin Harrison, et al**
District Court, Family Division, Clark County, NV Case No. D-11-4401666-D,
[Retained by James Kwon of James Kwon Law LLP on behalf of Plaintiff]
(Description:  Valuation of future potential earnings of Rick Harrison, the central character in the hit History Channel series *Pawn Stars*).

84. Expert Consulting and Valuation 2012
**Ron Raffaelli v. Getty Images Inc et al**
[Retained by Sherli Shamtoub of Schwarcz, Rimberg, Boyd & Rader Law LLP on behalf of Plaintiff]. (Analysis of the potential value of limited editions and licensing sales of over 400 images

taken by Ron Raffaelli of early rock era superstars, such as Jimi Hendrix, The Rolling Stones and others).

85. Expert Report and Rebuttal Report 2012, Delaware Court Testimony 2013
**Huff Fund Investment Partnership dba Musashi II Ltd. and Bryan E. Bloom v. CKx Inc.**
[Retained by Gary Carney of Paul Weiss on behalf of Defendant].
(Analysis of the reasonableness of a long-term cash flow growth rates used in the valuation of *American Idol* and other CKx assets, along with TV industry history, economics and programming standards and practices).

86. Expert Report 2013
**Trustees of the Directors Guild of America-Producer Pension Plans and Trustees of The Directors Guild of America-Producer Health Plan vs. Nu Image, Inc. and Millennium Films, Inc.** United States District Court, Central District of California, Western Division, Case No. CV12-4439 SVW (PJWx) [Retained by David Adelstein of Bush Gottlieb Singer López Kohanski Adelstein & Dickinson on behalf of Plaintiffs] (Allocation analysis of rights presales for independent motion pictures in international territories).

87. Expert Report and Deposition 2013
**Goodness Films, LLC; Herbert Hudson, Paul Goldsby and Kennedy Goldsby vs. TV One LLC, Miguel A. Nunez, Jr. and Edwin B. "Ed" Weinberger.**
United States District Court, Central District of California, Case No.: CV 12-08688-GW (JEMx) [Retained by A. Raymond Hamrick of Hamrick & Evans on behalf of Plaintiffs] (Valuation of the potential of a made-for-cable TV sitcom and data on the survival rate of TV series).

88. Expert and Rebuttal Report and Deposition, 2013
**In the Matter of Certain TV Programs, Literary Works for TV Production and Episode Guides Pertaining to Same** International Trade Commission, Cause No. 337-TA-886 [Retained by Jeffrey Kravitz of Fox Rothchild on behalf of Defendants]
(Standards and Practices in the television programming industry related to the creation, acquisition and monetization of original episodic TV series).

89. Expert Report and Deposition, 2014
**Operation:Heroes, Ltd. vs. Procter & Gamble Productions, Inc. and Telenext Media, Inc.** US District Court, District of Nevada, Civil No. 2:12-cv-00214-LRH-GWF
[Retained by Michael P. Verna and Nathaniel B. Duncan of Bowles & Verna LLP on behalf of Plaintiffs] (Lost profits calculation for a new awards show franchise that was to have aired on CBS. Included analysis of broadcast network ratings, CPMs, event ticket sales, sponsorship revenue and e-mail campaign conversion rates).

90. Expert Report, Rebuttal Report and Deposition 2014
**In re Cablevision Consumer Litigation (Class Action)** US District Court, Eastern District of New York, Case: 10-CV-4992 (JS) (AK) [Retained by Carol Shahmoon of Shahmoon & Ellisen LLP on behalf of Plaintiffs] (Cable industry standards and practices related to Terms of Service agreements, retransmission consent negotiations, refunds for temporary service outages and other matters related to programming).

91. Expert Declaration, Deposition and Testimony 2015
**HULAVISION, INC., v. NBC UNIVERSAL, INC., HULU, LLC,** JAMS Ref. No. 1220040535
[Retained by Robert M. Vantress, Vantress Law Group, on behalf of Claimant] (Trade secret case under CUTSA. Provided opinions related to the similarity of concept and features for two services;

whether the combination of concepts and/or features were generally known during the relevant time frame; and whether the combination of features had economic value and calculation of damages.)

92. Expert Report 2015
**RICHARD POSTMAN, an individual, v. SPIN MASTER, LTD., a Canadian corporation, SPIN MASTER ENTERTAINMENT, a company of unknown form, MATTHEW WEXLER, an individual, VIACOM, INC., a Delaware corporation, NICK JR., an entity of unknown form, and NICKELODEON, a Delaware corporation,** [Retained by Scott Goldman of Bird Marella on behalf of Plaintiff] Analyzed the life expectancy of children's animated television programs and the value of the *PAW Patrol* TV series and its merchandising rights.

**Litigation Support Summary**

**Cases: 92 (Plaintiffs=39, Defendants=35, balance bankruptcies and rate setting proceedings)**
**Depositions: 65**
**Reports/Declarations/Valuations: 44**
**Trial & Arbitration Testimony: 36**

**NON-LITIGATION VALUATION/CONSULTING ASSIGNMENTS**

**NIXLE** – (2007/2008) Part of the early stage management team of this community safety alert Internet startup. Business plan modeling, valuation, market research, Internet advertising and direct response analysis.

**JMJ PRODUCTIONS** – (2008) Valuation of various assets held by JMJ Productions related to *The Tim McCarver Show*, including a business plan for the creation of a stock footage library based on the *Show* and other JMJ assets.

**MPH FILMS** – (2010) A Janas Consulting assignment. Valuation consulting related to the TV series *The Dog Whisperer*.

**THE INSPIRATION NETWORK** and **HALOGEN TV** --- (2011/2012) A Janas Consulting Assignment. Valuation, consulting and appraisal of the INSP and Halogen basic cable networks.

**BENNETT MEDIA WORLDWIDE** – (2012) Valuation of the minority interest in the residual syndication rights to a library of TV series and TV specials.

**ROSEMEAD OIL PRODUCTS** – (2012) A Janas Consulting assignment. Valuation of a minority interest in a specialty oil and lubricants manufacturer and distributor.

**List of Publications**

| Hollywood Reporter | |
|---|---|
| 1. | Larry Gerbrandt, *For all audiences: what online ticket buyers say about their moviegoing experience in theaters and at home*, HOLLYWOOD REPORTER, Mar. 15, 2006 |
| 2. | Larry Gerbrandt, *The cost of a rebuilt retransmission: $5 billion a year and a jolt to subscribers*, HOLLYWOOD REPORTER, Feb. 10, 2010 |
| 3. | Larry Gerbrandt, *Hard to be predictable when it comes to the economics of primetime dramas*, HOLLYWOOD REPORTER, Mar. 19, 2010 |
| 4. | Larry Gerbrandt, *Time Watching Television is growing, and we're looking at it from every angle*, HOLLYWOOD REPORTER, May 3, 2010 |
| 5. | Larry Gerbrandt, *It's not just the story: latest analysis of studio marketing costs suggests that big-* |

| | *time spending on tentpoles mostly does pay off,* HOLLYWOOD REPORTER, June 11, 2010 |
|---|---|
| 6. | Larry Gerbrandt, *Ready or not (and we're mostly not), industry's push for 3DTV is under way,* HOLLYWOOD REPORTER, July 28, 2010 |
| 7. | Larry Gerbrandt, *Is 3D  television's manifest destiny or are those pesky 3D glasses just something else to lose between the sofa cushions,* HOLLYWOOD REPORTER |
| | **Euromedia columns** |
| 8. | Larry Gerbrandt, *Letter From America,* EUROMEDIA, July 2000 |
| 9. | Larry Gerbrandt, *Letter From America: The High Definition Version Of The Chicken & Egg Conundrum,* EUROMEDIA, Sept. 2000 |
| 10. | Larry Gerbrandt, *Letter From America,* EUROMEDIA, Oct. 2000 |
| 11. | Larry Gerbrandt, *Letter From America*: Can Yesterday's Thrills Be Compelling Television?, EUROMEDIA, Nov., 2000 |
| 12. | Larry Gerbrandt, *Letter From America: The Best Courtroom TV Drama Ever,* EUROMEDIA, Dec. 2000 |
| 13. | Larry Gerbrandt, *Letter From America: The Hunt For The "Next Big Thing" Is On,* EUROMEDIA, Jan. 2001 |
| 14. | Larry Gerbrandt, *Letter From America,* EUROMEDIA, Feb. 2001 |
| 15. | Larry Gerbrandt, *Letter From America: Fear and Loathing on Madison Avenue ,* EUROMEDIA, Mar. 2001 |
| 16. | Larry Gerbrandt, *Letter From America: Studios Hold Tightly The Key To VOD Future,* EUROMEDIA, Apr. 2001 |
| 17. | Larry Gerbrandt, *Letter From America: The Siren Call Of Recurring Revenue Streams,* EUROMEDIA, May 2001 |
| 18. | Larry Gerbrandt, *Letter From America: Who Knew?: There Really Are More Yanks!,* EUROMEDIA, June 2001 |
| 19. | Larry Gerbrandt, *Letter From America: Can There Be Too Much TV?,* EUROMEDIA, July 2001 |
| 20. | Larry Gerbrandt, *Letter From America: The Fog Of War Likely To Linger Over Media Landscape Until Fall 2002,* EUROMEDIA, Nov. 2001 |
| 21. | Larry Gerbrandt, *Letter From America: Media Consolidation: Eat Or Be Eaten,* EUROMEDIA, Dec. 2001 |
| 22. | Larry Gerbrandt, *Letter From America: Repurposing: The Ultimate Sin Of Media Consolidation Or The Future Of TV?,* EUROMEDIA, Feb. 2002 |
| 23. | Larry Gerbrandt, Letter From America: *No More Crossownership Rules: Let The M&A Games Begin,* EUROMEDIA, Mar. 2002 |
| 24. | Larry Gerbrandt, *Letter From America: Oracles Are Never Wrong, Just Misinterpreted,* EUROMEDIA, Apr. 2002 |
| 25. | Larry Gerbrandt, *Letter From America: American Television's Dirty Little Secret,* EUROMEDIA, May 2002 |
| 26. | Larry Gerbrandt, *Letter From America: When The Going Gets Tough, The Depressed Go To The Movies,* EUROMEDIA, July 2002 |
| 27. | Larry Gerbrandt, *Letter From America: The New Media World Order,* EUROMEDIA, July 2004 |
| 28. | Larry Gerbrandt, *Letter From America: The Long Odds Of Television: Or Why Bob Iger May Owe His Promotion To Terri Hatcher,* EUROMEDIA, Apr. 2005 |
| 29. | Larry Gerbrandt, *Letter From America: U.S. Cable Operators: It's All About The Bundle,* EUROMEDIA, May  2005 |
| 30. | Larry Gerbrandt, *Letter From America: Satellite Radio: Can Everyone Win?,* EUROMEDIA, July 2005 |
| 31. | Larry Gerbrandt, *Letter From America: HDTV Launches Creating A Bandwidth Crisis,* EUROMEDIA, Apr. 2009 |
| 32. | Larry Gerbrandt, *US Watch:  The 'Unsub' Spectre,* EUROMEDIA, Apr. 2009 |
| 33. | Larry Gerbrandt, *US Watch: The Future Will Be Revolutionary,* EUROMEDIA, Sept. 2009 |
| 34. | Larry Gerbrandt, *US Watch: There's More To 3D Than What You See,* EUROMEDIA, Jan. 2010 |
| 35. | Larry Gerbrandt, *US Watch: I want my 100 Mbps!,* EUROMEDIA, Apr. 2010 |
| 36. | Larry Gerbrandt, *Letter From America: The Search For The Über Box,* EUROMEDIA, May/June 2010 |
| 37. | Larry Gerbrandt, *Letter From America: TV Anywhere: Not So Fast,* EUROMEDIA, Sept./Oct. 2010 |

| 38. | Larry Gerbrandt, *Letter From America: Basic Cable: The Ultimate Recession Proof Industry?*, EUROMEDIA, Nov./Dec. 2010 |
| 39. | Larry Gerbrandt, *Letter From America: The Future Of Television – What Wasn't At CES*, EUROMEDIA, Jan./Feb. 2011 |
| 40. | Larry Gerbrandt, *Letter From America*, EUROMEDIA, July/Aug. 2011 |
| 41. | Larry Gerbrandt, *Letter From America: Satellite Radio: Can Everyone Win?*, EUROMEDIA |
| 42. | Larry Gerbrandt, *US Watch: Can Technology Save Ad-Supported Publishing?*, EUROMEDIA |
| 43. | Larry Gerbrandt, *US Watch: "I feel the need for speed,"* EUROMEDIA |
| 44. | Larry Gerbrandt, *US Watch: Taking the Tablets*, EUROMEDIA |
| 45. | Larry Gerbrandt, *US Watch: Programming Economics*, EUROMEDIA |
| 46. | Larry Gerbrandt, *US Watch: Measure for Measure*, EUROMEDIA |
| 47. | Larry Gerbrandt, *US Watch: Boxing Clever*, EUROMEDIA |
| 48. | Larry Gerbrandt, *US Watch: Critical Mass*, EUROMEDIA |
| 49. | Larry Gerbrandt, *US Watch: Beam me up, Scotty*, EUROMEDIA, FEBRUARY 2012 |
| 50. | Larry Gerbrandt, *US Watch: Is Interactive Television Dead?* , EUROMEDIA, May 2012 |
| **Nielsen** | |
| 51. | Larry Gerbrandt, *Economics of On-Demand Programming*, NIELSEN ENTERTAINMENT REPORTS, Dec. 2005 |
| 52. | Larry Gerbrandt, *Benchmarking the Digital Household 2005*, NIELSEN ENTERTAINMENT REPORTS, 2005 |
| 53. | Larry Gerbrandt, *The Modern Movie Experience*, NIELSEN ANALYTICS REPORT, June 2006 |
| 54. | Larry Gerbrandt & Somer Knowles, *Whatever, Whenever, Wherever: How Broadband is Redefining the Economics of Television*, NIELSEN ANALYTICS REPORT, Jan. 2007 |
| **Miscellaneous** | |
| 55. | Holly Leff-Pressman & Larry Gerbrandt, *Surviving the New-Media Jungle*, MULTICHANNEL NEWS, Dec. 18, 2006 |
| 56. | Larry Gerbrandt, Over-the-top video in 2012: trends and technologies to watch. GigaOM Pro, June 2012 |

**EXTERNAL CONSULTING RELATIONSHIPS**
ThomsonReuters Round Table Group
Gerson Lehman Group
Cornerstone Group
The Analysis Group

**INDUSTRY CONFERENCES**:
1996 CTAM PPV Conference, Orlando, FL--Keynote presentation
1997 CTAM PPV Conference, Atlanta, GA--Keynote presentation
1997 USC Entertainment Law Institute, Los Angeles, CA--Keynote presentation
1998 North American Broadcasters Association (NAMBA)--Panel presentation
1999 NATPE, New Orleans—Panel presentation
1999 CTAM Digital Conference, New Orleans—Keynote presentation
1999 Women In Cable National Leadership Conference, San Francisco—Programming 101 seminar
1999 Streaming Media West—Roundtable discussion
2000 CTAM Digital & PPV Conference—Los Angeles—Keynote presentation
2000 Streaming Media East—Panel presentation
2000 Yack Program Partners--Moderated panel2000 TiVo Advertising Partners--Panelist
2000 Streaming Media West--Panelist
2001 Accenture Media & Entertainment Partners Conference--Keynote presentation
2001 Streaming Media West--Moderator

2001 NATIONAL ASSOCIATION BROADCASTERS--MODERATED NEW MEDIA

TRACK SESSIONS

2001 CTAM Pre-Western Show Panel—Moderator
2002 OSTA—Panelist
2003 Consumer Electronics Show—Panelist
2003 OSTA—Panelist
2004 DIGITAL HOLLYWOOD—MODERATOR

2004 Digital Media—Panelist
2004 BCFM—Moderator and Panelist
2004 adTech—Panelist
2004 Great States/Boxoffice Conference--Moderator
2005 NATPE—Moderator
2005 Digital Hollywood—Moderator
2005 Banff World TV Festival—Moderator/Panelist
2006 VON Conference—Moderator
2006 Digital Hollywood—Panelist
2006 Dow Jones VentureWire Consumer Technology Ventures
2007 Digital Hollywood—Panelist
2008 Digital Hollywood Spring—Host/Moderator
2008 Building Blocks—San Jose—Host/Moderator
2008 Digital Hollywood Fall—Host/Moderator
2008 Consumer Electronics Show—Digital Hollywood—Moderator
2009 Digital Hollywood Sprint—Host/Moderator
2009 Beverly Hills Bar Association--Panelist
2010 Consumer Electronics Show–Digital Hollywood—Las Vegas--Moderator
2010 Digital Hollywood Spring—Host/Moderator
2010 Broadcast Cable Financial Management—Nashville—Panelist
2010 Communications & Content World—New York—3D TV Keynote Session Moderator
2010 Digital Hollywood Fall—Host/Moderator
2011 Digital Hollywood Spring—Host/Moderator
2011 Digital Hollywood Fall—Host/Moderator
2011 Communications & Content World—New York—3D Session Moderator
2012 Digital Hollywood East Spring - Moderator
2012 Digital Hollywood West Spring – Host/Moderator
2012 Media Finance Focus – Las Vegas – Panelist
2012 Digital Hollywood West Fall – Host/Moderator
2013 Digital Hollywood West Spring – Host/Moderator
2013 Digital Hollywood West Fall– Host/Moderator
2014 Digital Hollywood West Spring—Moderator
2014 Digital Hollywood West Fall—Moderator
2015 Consumer Electronics Show—Digital Hollywood—Moderator
2015 Digital Hollywood West Spring--Moderator

**MCLE PRESENTATIONS:**
Oct. 2004--Impact of Emerging Technologies on Entertainment Asset Values—Strook, Strook & Lavan
Jan. 2005—How To Value a Motion Picture Library—Akin Gump
Feb 2005—How To Value a Motion Picture & Television Library—Lord Bissell

**ASSOCIATIONS:**
Academy of Television Arts & Sciences, Member
National Association of Photoshop Professionals

**PUBLICATIONS:**
*EUROMEDIA Magazine,* Columnist, *US Watch*
*The Hollywood Reporter*, Columnist, *Media Math (2010)*

**MEDIA:**

National Public Radio:
> **Morning Edition**
> **Oprah's Network Sees 10 Straight Months Of Growth**

January 03, 2013 ... LARRY GERBRANDT: Their greatest success is in targeting 25-54 African-American women. SILVERMAN: Larry Gerbrandt ... By Lauren Silverman
*http://www.npr.org/2013/01/03/168509164/oprahs-network-sees-10-straight-months-of-growth*

> **Morning Edition**
> **Oprah Winfrey Network Still Finding Its Footing**

December 30, 2011 ... "And that simply hasn't happened," says Larry Gerbrandt, an analyst with Media Valuation Partners. "With the Oprah brand ... By Elizabeth Blair
*http://www.npr.org/2011/12/30/144440998/oprah-winfrey-network-still-finding-its-footing*

> **Morning Edition**
> **Jay Leno, NBC's Mr. Prime Time?**

December 10, 2008 ... But industry analyst Larry Gerbrandt says one thing won't remain the same. ... But Larry Gerbrandt points out that this experiment carries risk. ... By Kim Masters
*http://www.npr.org/templates/story/story.php?storyId=98068838*

> **Morning Edition**
> **Olympics Put NBC News In Difficult Position**

August 07, 2008 ... But long-time media industry analyst Larry Gerbrandt says the entire NBC network has a lot of money riding on these games. ... By David Folkenflik
*http://www.npr.org/templates/story/story.php?storyId=93364776*

> **Morning Edition**
> **Oh, The Void Oprah Leaves Behind**

May 24, 2011 ... Larry Gerbrandt, an analyst for Media Valuation Partners, says station managers are the ones "most directly on the line because they need to ... By Elizabeth Blair
*http://www.npr.org/2011/05/24/136589995/oh-the-void-oprah-leaves-behind*

> **All Things Considered**
> **The Man Behind The 'Tonight' Controversy**

January 15, 2010 ... It was all or nothing," says analyst Larry Gerbrandt of Media Valuation Parners. "Either all five nights worked, or they didn't." The gamble failed. ... By David Folkenflik
*http://www.npr.org/templates/story/story.php?storyId=122623150*

> **All Things Considered**
> **With New Show, Leno Stays At NBC**

December 09, 2008 ... attract new viewers as well. But long-time industry analyst Larry Gerbrandt says there's a risk. He remembers when ABC ... By Kim Masters
*http://www.npr.org/templates/story/story.php?storyId=98046311*

Interviewed on FNN, CNN, *Good Morning, America*
ABC Evening News, 4/24/97
ABC Evening News, 5/26/97

Pundits Panel, The Cable Channel, 1997/1998/1999/2000 Western Show and National Show
Silicon Spin show on ZDTV cable network, May 1999
PBS Frontline, 11/22/01
CNBC Europe, 1/25/05
ABC *World News Tonight, 12/31/09*
Extensively quoted in *Wall Street Journal, New York Times, The Los Angeles Times, The Atlanta Journal-Constitution, The Philadelphia Enquirer, The Denver Post, USA Today, Newsweek, Business Week Time Magazine, The Washington Post, Forbes, Crain's New York, Business Week, Daily Variety, Hollywood Reporter, Cable World, Electronic Media, Broadcasting & Cable, Multichannel News, Boxoffice Magazine, TV Guide, San Francisco Chronicle, San Jose Mercury News, Fortune Magazine, Sports Illustrated.*

## AWARDS & EXHIBITIONS:

National Science Foundation Summer Fellowship, Clemson University, 1969
New York International Film Festival (various in 1979-81)
Underwater Photo Society (1993 & 1995 California Beach Dive Photo Competition)
Monterey County Fair 1994, 1995, 1996, 1997, 1998 Photography Exhibition (1996 & 1997 1st place awards, Best of Show in 1998)
Center For Photographic Art 1997, Center Awards, Exhibiting Artist
Featured in Polaroid's *Test* magazine in 1998 (developed a new technique for creating Polaroid transfers)
Center For Photographic Art 1999, Center Awards, Exhibiting Artist
MRCSD 2000 Division IIB Socko Team Champs (catcher)
Center For Photographic Art, 2014 Juried Exhibition, *Pullman Sunset*, online gallery selection

*A portfolio of photographic images can be viewed at*
***http://www.rarelightgallery.com/***
*and*
***http://flickr.com/photos/larrygerbrandt/***
**Stock photography represented by Getty Images.**

<u>**APPENDIX B – DOCUMENTS CONSIDERED**</u>

**Data Providers**

- Cision
- GNIP
- Metro Monitor
- Nash Information Services
- Nielsen
- Wayback Machine

**Databases**

- ProQuest Historical Newspapers: The New York Times (July 1, 2003 and July 11, 2003)

**Documents Produced in Litigation**

- "2003 Tour de France Media Coverage Evaluation," *Campbell Ewald*, October 20, 2003.
- "2004 Tour de France Media Coverage Evaluation," *Campbell Ewald*, September 2004.
- Complaint
- Deposition of Brian Mieth
- Deposition of Thomas Talbert
- "IEG Valuation Statement United States Postal Service Pro Cycling Team Title Sponsor Package – 2002 (US Benefits Only)" *IEG Consulting Group*.
- "Sponsorship Agreement."
- "Sponsorship Evaluation 2001 USPS Pro Cycling Team Evaluation," *FCB Sports Marketing*, March 25, 2002.
- "Sponsorship Evaluation 2002 USPS Pro Cycling Team Tour de France," *FCB Sports Marketing*, September 13, 2002.

**Blog Entries**

- Alex Akers, Jacob Carlson and J.P. Benedict, "M&E Journal: Using the Consumer Halo in Media and Entertainment." *MESA.org*, August 28, 2015. Accessed October 16, 2015, http://mesalliance.org/blog/me-daily/2015/08/28/me-journal-using-the-consumer-halo-in-media-and-entertainment/.
- Dawes, Mike and Thomas Durante, "Has he no shame? Defiant Lance Armstrong defies critics by posting provocative picture of himself surrounded by yellow jerseys he won by cheating... and image is already mocked in new set of hilarious memes," *Daily Mail*, November 12, 2012. Accessed October 16, 2015, http://www.dailymail.co.uk/news/article-2231782/Lance-Armstrong-Shamed-cyclist-posts-picture-yellow-jerseys.html.
- Dontigney, Eric, "The Advantages of TV Advertising Vs. Print Advertising"

71

Accessed November 21, 2015. http://smallbusiness.chron.com/advantages-tv-advertising-vs-print-advertising-18122.html.

- Hughes, Steven, "15 Twitter Facts and Figures for 2014 You Need to Know," *Jeffbullas.com*, April 16, 2014. Accessed October 16, 2015, http://www.jeffbullas.com/2014/04/16/15-twitter-facts-and-figures-for-2014-you-need-to-know/.
- Kolowich, Lindsay, "What Is Earned Media? [FAQs]." *HubSpot Blogs*, June 3, 2014. Accessed October 16, 2015, http://blog.hubspot.com/marketing/what-is-earned-media-faqs.
- Power, Jeffrey, "February 5, 1999: First Major Webcast in Victoria's Secret," February 5, 2014, Accessed November 21, 2015, http://dayintechhistory.com/dith/february-5-1999-major-webcast-victorias-secret/
- Rush, Morgan, "What Are the Benefits of Advertising on TV Ahead of Any Other Medium?" Demand Media. Accessed November 21, 2015, http://smallbusiness.chron.com/benefits-advertising-tv-ahead-other-medium-3585.html.
- "A Tour de France Guide," *For the Love of Bikes*, June 30, 2010. Accessed October 16, 2015, http://loveofbikes.com/a-tour-de-france-primer/.

**Online News Articles**

- Berg, Madeline, "The Social 100: Twitter's Most Followed Celebrities," *Forbes*, June 29, 2015. Accessed October 16, 2015, http://www.forbes.com/sites/maddieberg/2015/06/29/twitters-most-followed-celebrities-retweets-dont-always-mean-dollars/.
- Botelho, Greg, "Lance Armstrong tweets that he's returned Olympic bronze medal," *CNN*, September 13, 2013. Accessed October 16, 2015, http://www.cnn.com/2013/09/12/sport/lance-armstrong-returns-olympic-medal/.
- English, Bella, "For some, doping case hurts Livestrong image," *The Boston Globe*, November 13, 2012. Accessed October 13 2015, https://www.bostonglobe.com/lifestyle/style/2012/11/13/what-with-those-livestrong-bracelets/YbNPPFYAaaL4heUNMyQtaK/story.html.
- Freeman, Hadley, "Oprah, America's mother confessor, is the safe choice for Lance Armstrong," *The Guardian*, January 9, 2013. Accessed October 16, 2015, http://www.theguardian.com/tv-and-radio/2013/jan/09/oprah-americas-mother-confessor-lance-armstrong.
- Karlinsky, Neal, "Lance Armstrong Opens Up About 'Living a Lie' in New Documentary*," ABC News*, September 6, 2015. Accessed October 16, 2015, http://abcnews.go.com/US/lance-armstrong-opens-living-lie-documentary/story?id=20174492.
- Koebler, Jason, "10 Years Ago Today, YouTube Launched as a Dating Website," Vice, April 23, 2015, Accessed November 21, 2015, http://motherboard.vice.com/read/10-years-ago-today-youtube-launched-as-a-dating-website.
- Levs, Josh, "Lance Armstrong's epic downfall," *CNN*, October 22, 2012. Accessed October 16, 2015, http://edition.cnn.com/2012/10/22/sport/lance armstrong-

controversy/.

- Macur, Juliet, "Armstrong Teammate Describes Doping System," *The New York Times*, May 22, 2011. Accessed October 16, 2015, http://www.nytimes.com/2011/05/23/sports/cycling/tyler-hamilton-lance-armstrongs-teammate-describes-doping-system.html.
- Moscaritolo, Angela, "Internet Traffic to Reach 1.3 Zettabytes by 2016," *PC Mag*, May 30, 2012. Accessed October 16, 2015, http://www.pcmag.com/article2/0,2817,2405038,00.asp.
- Noyes, Dan, "The Top 20 Valuable Facebook Statistics," *Zephoria*, October 18, 2015. Accessed October 18, 2015, https://zephoria.com/top-15-valuable-facebook-statistics/.
- Parker, Sam, "Lance Armstrong Graffiti Appears In LA," *Huffington Post*, January 21, 2013. Accessed October 16, 2015, http://www.huffingtonpost.co.uk/2013/01/21/lance-armstrong-graffiti_n_2519220.html.
- Roan, Dan, ed., "Leaked IAAF doping files: WADA 'very alarmed' by allegations." *BBC Sports*, August 2, 2015. Accessed October 16, 2015, http://www.bbc.com/sport/0/athletics/33749208.
- Silverman, Stephen M., "Lance Armstrong & Matthew McConaughey: We're Not Gay," *People*, October 18, 2006. Accessed October 16, 2015 http://www.people.com/people/article/0,,1547724,00.html.
- Sinnott, John, "Lance Armstrong immortalized in graffiti 'doping' artwork," *CNN*, January 29, 2013. Accessed October 16, 2015, http://www.cnn.com/2013/01/29/sport/lance-armstrong-graffiti-plastic-jesus//.
- "Teammate: Lance Armstrong Cheated," CBS News, May 19, 2011. Accessed October 22, 2015, http://www.cbsnews.com/videos/teammate-lance-armstrong-cheated/.
- Woolley, Scott, "Raw and Random," *Forbes*, March 3, 2006. Accessed October 16, 2015, http://www.forbes.com/global/2006/0313/027.html.

## Reports

- Corrective Advertising Guidelines, Compliance:  Business Issues Information, Commerce Commission, New Zealand, Issue #20, July 2000.
- "Reasoned Decision of the United States Anti-Doping Agency on Disqualification and Ineligibility, United States Anti-Doping Agency, Claimant, V. Lance Armstrong, Respondent," *United States anti-Doping Agency*.

## Social Media

- "Babe Ruth vs Lance Armstrong. Epic Rap Battles of History Season 2," *YouTube*, March 25, 2013. Accessed September 2, 2015, https://www.youtube.com/watch?v=YtO-6Xg3g2M.
- https://twitter.com/lancearmstrong/status/378235125961461760

## Websites

- "About IDC," IDC, Accessed November 16, 2015, https://www.idc.org/idc/about_idc.
- "Broadcast Radio AM and FM Application Status Lists," *FCC*. Accessed October 16, 2015, https://www.fcc.gov/encyclopedia/broadcast-radio-am-and-fm-application-status-lists.
- "Cycling High: Doping to Win," *IMDB*. Accessed October 16, 2015, http://www.imdb.com/title/tt3015118/.
- "Cycling High: Doping to Win," *National Geographic Channel*. Accessed October 16, 2015, http://channel.nationalgeographic.com/galleries/cycling-high-doping-to-win/at/lance-armstrong-825915/.
- "Cycling High: Doping to Win," *Peacock Productions*. Accessed October 16, 2015, http://www.peacockproductions.tv/specials/cycling-high-doping-to-win/.
- "History," *Cision*. Accessed October 25, 2013, http://www.cision.com/us/about/history/
- "LANCE ARMSTRONG: STOP AT NOTHING," Showtime. Accessed October 16, 2015, http://www.sho.com/sho/reality-docs/titles/3410419/lance-armstrong-stop-at-nothing#/index.
- "Lance Armstrong Twitter Stats," *Twitter Counter*. Accessed October 16, 2015, http://twittercounter.com/lancearmstrong.
- "Statistics," *YouTube*. Accessed October 26, 2015, https://www.youtube.com/yt/press/statistics.html.
- "The Armstrong Lie," *Sony Picture Classics.* Accessed October 21, 2015, http://www.sonyclassics.com/thearmstronglie/site/.
- http://si.wsj.net/public/resources/images/MK-BV056_DELMOR_G_20120617165548.jpg.

## APPENDIX C – U.S. ADVERTISING REVENUE

**U.S. ADVERTISING REVENUE BY SECTOR (2000-2014)**
*(all figures in $millions)*

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Internet | 8,502 | 7,273 | 6,078 | 7,114 | 9,315 | 12,550 | 16,609 | 20,915 | 23,200 | 22,513 | 24,846 | 27,807 | 31,252 | 34,969 | 38,950 |
| Cable TV | 13,711 | 13,609 | 14,576 | 16,570 | 18,795 | 21,134 | 23,195 | 24,909 | 26,584 | 25,465 | 27,724 | 30,188 | 32,973 | 35,619 | 38,649 |
| Newspapers-daily+weekly | 54,403 | 49,525 | 49,271 | 50,214 | 52,079 | 52,684 | 51,675 | 46,668 | 38,321 | 27,333 | 25,523 | 25,302 | 25,235 | 25,118 | 25,041 |
| Broadcast TV stations | 23,327 | 19,425 | 21,742 | 21,180 | 23,373 | 21,783 | 23,575 | 21,576 | 21,062 | 16,337 | 18,789 | 18,143 | 19,650 | 18,800 | 19,658 |
| Broadcast TV networks | 17,116 | 15,934 | 16,883 | 17,068 | 18,819 | 18,845 | 19,386 | 19,495 | 19,686 | 18,164 | 19,091 | 18,853 | 19,931 | 18,977 | 19,016 |
| Radio | 19,848 | 18,369 | 19,409 | 19,602 | 20,013 | 20,071 | 20,143 | 19,629 | 17,687 | 14,251 | 15,192 | 15,638 | 16,000 | 16,284 | 16,607 |
| Magazines | 12,370 | 11,095 | 10,995 | 11,435 | 12,028 | 12,714 | 13,145 | 13,725 | 12,640 | 10,314 | 10,108 | 9,901 | 9,693 | 9,484 | 9,275 |
| Mobile | - | - | - | - | - | - | - | 150 | 264 | 343 | 480 | 841 | 1,530 | 2,525 | 3,788 |
| **Total Ad Mkt. (all media)** | **149,277** | **135,230** | **138,954** | **143,183** | **154,422** | **159,781** | **167,728** | **167,067** | **159,444** | **134,720** | **141,753** | **146,673** | **156,264** | **161,756** | **170,984** |
| | | | | | | | | | | | | | | | CAGR |
| | | | | | | | | | | | | | | | 1.0% |

In $ mil. except percentages. Broadcast TV station revenues exclude retrans. Digital online and radio exclude digital non-spot revenues. * 8-sheet included in out-of home. @ Excluding 30-sheet & Bulletin.
© 2010-2015 SNL Kagan, a division of SNL Financial LC, estimates and analysis of Direct Marketing Association, Outdoor Association of America and Newspaper Association of America. All rights reserved.

**U.S. ADVERTISING REVENUE SHARE ANALYSIS (2000-2014)**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mobile | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.2% | 0.3% | 0.3% | 0.6% | 1.0% | 1.6% | 2.2% |
| Internet | 5.7% | 5.4% | 4.4% | 5.0% | 6.0% | 7.9% | 9.9% | 12.5% | 14.6% | 16.7% | 17.5% | 19.0% | 20.0% | 21.6% | 22.8% |
| Magazines | 8.3% | 8.2% | 7.9% | 8.0% | 7.8% | 8.0% | 7.8% | 8.2% | 7.9% | 7.7% | 7.1% | 6.8% | 6.2% | 5.9% | 5.4% |
| Cable TV | 9.2% | 10.1% | 10.5% | 11.6% | 12.2% | 13.2% | 13.8% | 14.9% | 16.7% | 18.9% | 19.6% | 20.6% | 21.1% | 22.0% | 22.6% |
| Broadcast TV networks | 11.5% | 11.8% | 12.2% | 11.9% | 12.2% | 11.8% | 11.6% | 11.7% | 12.3% | 13.5% | 13.5% | 12.9% | 12.8% | 11.7% | 11.1% |
| Radio | 13.3% | 13.6% | 14.0% | 13.7% | 13.0% | 12.6% | 12.0% | 11.7% | 11.1% | 10.6% | 10.7% | 10.7% | 10.2% | 10.1% | 9.7% |
| Broadcast TV stations | 15.6% | 14.4% | 15.6% | 14.8% | 15.1% | 13.6% | 14.1% | 12.9% | 13.2% | 12.1% | 13.3% | 12.4% | 12.6% | 11.6% | 11.5% |
| Newspapers-daily | 36.4% | 36.6% | 35.5% | 35.1% | 33.7% | 33.0% | 30.8% | 27.9% | 24.0% | 20.3% | 18.0% | 17.3% | 16.1% | 15.5% | 14.6% |
| Total Ad Mkt. (all media) | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

## APPENDIX D – DATA SOURCES

**Wayback Machine – TV News Archive**

1.      The Wayback Machine provided program details for 1271 broadcast network, basic cable, and PBS newscasts.  Specifically, the following data was provided: title; date and time; source; and call sign.

**YouTube**

2.      YouTube provided video details for 92 videos. Specifically, the following data was provided: title; upload date; channel; video length; and view count.

**NPR**

3.      NPR provided program details for 88 radio broadcasts. Specifically, the following data was provided: title; show; and broadcast date and time.

**GNIP, Inc**

4.      In an email correspondence, GNIP provided the number of tweets from 2010-2014 that linked Mr. Armstrong to doping.

**Nielsen Holdings, N.V.**

5.      Nielsen provided the viewership and spot cost data for 261 national broadcast network programs, 774 national basic cable network programs, 16 OWN programs, and 2 National Geographic programs. Specifically, the following data was provided: number of advertising units; total advertising revenue; number of impressions for TV households, viewers P2+ and viewers P18-49; GRPs for TV households, viewers P2+ and viewers P18-49; and CPMs for TV households, viewers P2+ and viewers P18-49.

6.      Nielsen provided US average audience numbers for TV households, viewers P2+ and viewers P18-49 for 32 PBS broadcasts and 17 Showtime broadcasts.

7.      Nielsen Audience Insight provided average listener numbers for 85 NPR programs.

8.      Nielsen Bookscan provided units sold and list price for 9 books.

**Metro Monitor, Inc**

9.      Metro Monitor provided the following information for 3721 local broadcast television and radio programs: date, time and title; source and affiliation; market and market rank; ad value, calculated ad value, and publicity value; ratings estimate; broadcast placement; broadcast language; and a text snippet from the program.

**Cision, Inc**

10.     Cision provided the following information for 3,825 print and 41,912 internet news articles: the outlet; the title/program; the publication data; the media type; the media group; the market and country; the reach; publicity value; a URL; and a text snippet from the article.

11.     Cision provided the following information for 18,394 social media posts: media type; sentiment; title; summary; permalink; author; website, published date; number of followers; number of friends; author influence; thread classification; location; site rank; site reach; and site page views.

**Nash Information Services, LLC**

12.     Nash Information Services LLC provided the following information for "The Armstrong Lie": ticket sales and average price; DVD sales and average unit price; BlueRay sales and average unit price; VOD transactions and average unit price; EST transactions and average unit price; rental transactions and average unit price.

**Media Dynamics, Inc.**

13.     Media Dynamics, Inc. provided advertising pricing data in its CPMTRACK August 2014 publication (National TV, Radio & Magazine CPM Trends: 1960-2013).

14.     Data will be provided separately pursuant to a mutually agreed upon protocol.

## APPENDIX E – NPR AUDIENCE ESTIMATES



### National NPR Program Estimates
Spring 2011, Total US, Persons 12+

| NPR Produced Shows | Stations | Listeners |
|---|---|---|
| Morning Edition | 703 | 12,969,600 |
| All Things Considered | 694 | 12,272,400 |
| Weekend Edition (Sat & Sun) | 672 | 5,126,500 |
| Weekend Edition Saturday | 668 | 3,542,000 |
| Weekend Edition Sunday | 662 | 2,941,000 |
| Talk of the Nation | 367 | 3,392,600 |
| Wait Wait...Don't Tell Me | 595 | 3,199,500 |
| Weekend All Things Considered | 645 | 2,003,900 |
| Tell Me More | 93 | 698,400 |
| | | |
| NPR Stations (Based on Monday-Sunday 6AM-12 Midnight, including PRI, APM, and Local Programming) | 943 | 34,304,600 |
| NPR Programming & NPR Newscasts (Based on all NPR Produced shows – as listed above) and acquired shows (I.e. Car Talk, Fresh Air, etc) | 944 | 26,789,100 |

Source: ACT 1 based on Arbitron Nationwide, based on program broadcast times, Monday-Sunday, Midnight to Midnight.

### National NPR Program Estimates, Fall 2012
Total U.S., Persons 12+

| NPR Produced Programs | Stations | Weekly Listeners |
|---|---|---|
| Morning Edition | 732 | 13,353,900 |
| All Things Considered | 722 | 12,503,200 |
| Weekend Edition (Sat & Sun) | 702 | 5,001,900 |
| Weekend Edition Saturday | 698 | 3,395,700 |
| Weekend Edition Sunday | 692 | 2,841,300 |
| Talk of the Nation | 407 | 3,534,100 |
| Wait Wait … Don't Tell Me | 642 | 3,311,600 |
| Weekend All Things Considered | 673 | 2,003,80 |
| Tell Me More | 117 | 887,400 |
| | | |
| NPR Stations (Based on Monday-Sunday 6AM-12 Midnight, including PRI, APM, and local programming) | 997 | 34,844,200 |
| NPR Programming & NPR Newscasts | 987 | 26,929,800 |

Source: ACT 1 based on Nielsen Audio Nationwide, Spring 2013, Persons 12+, based on program broadcast times, Mon-Sun Midnight-Midnight

### National NPR Program Estimates, Fall 2013
Total U.S., Persons 12+

| NPR Produced Programs | Stations | Weekly Listeners |
|---|---|---|
| Morning Edition | 754 | 13,218,800 |
| All Things Considered | 743 | 12,507,000 |
| Weekend Edition (Sat & Sun) | 727 | 5,238,000 |
| Weekend Edition Saturday | 724 | 3,618,300 |
| Weekend Edition Sunday | 719 | 2,897,900 |
| Here & Now | 376 | 3,557,900 |
| Wait Wait … Don't Tell Me | 661 | 3,797,300 |
| Weekend All Things Considered | 689 | 2,207,900 |
| Tell Me More | 136 | 1,015,400 |
| | | |
| NPR Stations (Based on Monday-Sunday 6AM-12 Midnight, including PRI, APM, and local programming) | 1010 | 35,225,900 |
| NPR Programming & NPR Newscasts | 1006 | 27,293,100 |

Source: ACT 1 based on Nielsen Audio Nationwide, Spring 2013, Persons 12+, based on program broadcast times, Mon-Sun Midnight-Midnight

### National NPR Program Estimates, Fall 2014
Total U.S., Persons 12+

| NPR Produced Programs | Stations | Weekly Listeners |
|---|---|---|
| Morning Edition | 785 | 12,344,300 |
| All Things Considered | 774 | 11,921,800 |
| Weekend Edition (Sat & Sun) | 756 | 5,095,900 |
| Weekend Edition Saturday | 754 | 3,455,700 |
| Weekend Edition Sunday | 748 | 2,906,000 |
| Here & Now | 400 | 3,730,700 |
| Wait Wait … Don't Tell Me | 694 | 3,782,900 |
| Weekend All Things Considered | 719 | 2,210,300 |
| | | |
| NPR Stations (Based on Monday-Sunday 6AM-12 Midnight, including PRI, APM, and local programming) | 1044 | 34,245,800 |
| NPR Programming & NPR Newscasts | 1037 | 26,344,000 |

Source: ACT 1 based on Nielsen Audio Nationwide, Spring 2013, Persons 12+, based on program broadcast times, Mon-Sun Midnight-Midnight