THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FLOYD LANDIS, <br><br> Plaintiff, <br><br> v. <br><br> TAILWIND SPORTS CORP., LANCE ARMSTRONG, and JOHAN BRUYNEEL, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 10CV0976 (CRC) ) ) ) ) ) ) ) |

**UNITED STATES' NOTICE OF SETTLEMENT WITH DEFENDANT ARMSTRONG**

The United States of America, hereby notifies the Court that the Plaintiffs, United States and Floyd Landis, have reached a settlement in this matter with Defendant Lance Armstrong, and respectfully request that the matter be taken off of the Court's pretrial and trial calendar. The settlement is with Defendant Lance Armstrong only.

                                                Respectfully submitted,

                                                CHAD A. READLER
                                                Acting Assistant Attorney General

                                                JESSIE K. LIU, D.C. Bar # 472845
                                                United States Attorney

                                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                                Assistant United States Attorney

                                                 */s/ Darrell C. Valdez*
                                                Darrell C. Valdez (D.C. Bar No. 420232)
                                                U.S. ATTORNEY'S OFFICE
                                                Judiciary Center Building
                                                555 Fourth Street, NW
                                                Washington, DC 20530

(202) 252-2507
darrell.valdez@usdoj.gov


 */s/ Robert Chandler*
Michael D. Granston
Tracy L. Hilmer
Robert E. Chandler
David M. Finkelstein
Robert J. McAuliffe
Gregory A. Mason
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20004
(202) 514-6832 – Telephone
(202) 616-3085 - Facsimile
Robert.McAuliffe@usdoj.gov

Attorneys for the United States of America