**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLOYD LANDIS,<br><br>                Plaintiffs,<br><br>   v.<br><br>TAILWIND SPORTS CORP., *et al.*,<br><br>                Defendants. | Civil Action No. 1:10-cv-00976-CRC<br><br>**ECF** |

**JOINT STATUS REPORT**

In response to the Court's request for a Joint Status Report, Plaintiff the United States, Relator Floyd Landis, and Defendant Lance Armstrong, respectfully submit this Joint Status Report.

Regarding Defendant Lance Armstrong, the parties filed a Joint Stipulation of Dismissal, and the Court entered an Order of dismissal with prejudice, on April 30, 2018.

Regarding Defendants Tailwind Sports Corporation and Johan Bruyneel, the Clerk of the Court previously entered defaults against each defendant. ECF No. 503. Plaintiff the United States and Relator Floyd Landis intend to file motions for default judgment against both defendants Tailwind and Bruyneel. The United States and Relator respectfully request that the Court allow them sixty (60) days from the date of this Joint Status Report to file their motions for default judgment.

Date:   May 1, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Assistant United States Attorney

| | |
|---|---|
| /s/ Darrell C. Valdez            . | /s/ Paul D. Scott              . |
| Darrell C. Valdez (D.C. Bar No. 420232) | Paul D. Scott |
| U.S. ATTORNEY'S OFFICE | pdscott@lopds.com |
| Judiciary Center Building | California State Bar No. 145975 |
| 555 Fourth Street, NW | Admitted *Pro Hac Vice* |
| Washington, DC 20530 | |
| (202) 252-2507 | |
| darrell.valdez@usdoj.gov | Lani Anne Remick |
| | laremick@lopds.com |
| /s/ Robert J. McAuliffe         . | California State Bar No. 189889 |
| Michael D. Granston | U.S.D.C. No. PA0045 |
| Tracy L. Hilmer | Jon L. Praed |
| Robert E. Chandler | U.S.D.C. No. 450764 |
| David M. Finkelstein | D.C. Bar No. 51665 |
| Robert J. McAuliffe | LAW OFFICES OF PAUL D. |
| Gregory A. Mason | SCOTT, P.C.. |
| UNITED STATES DEPARTMENT OF JUSTICE | 435 Pacific Avenue, Suite 200 |
| Civil Division | San Francisco, CA 94133 |
| P.O. Box 261 | Tel: (415) 981-1212 |
| Ben Franklin Station | Fax: (415) 981-1215 |
| Washington, DC 20004 | |
| (202) 514-6832 – Telephone | |
| (202) 616-3085 - Facsimile | |
| Robert.McAuliffe@usdoj.gov | Attorneys for Relator Floyd Landis |

Attorneys for the United States of America

KEKER, VAN NEST & PETERS LLP


By: s/ *Elliot R. Peters*
JOHN W. KEKER (*pro hac vice*)
ELLIOT R. PETERS (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
SHARIF E. JACOB (*pro hac vice*)
ELIZABETH K. McCLOSKEY (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

ROBERT D. LUSKIN (D.C. Bar # 293621)
PAUL HASTINGS LLP
875 15TH St., NW
Washington, DC  20037
Telephone: (202) 551-1966
Facsimile: (202) 551-0466

Attorneys for Defendant
LANCE ARMSTRONG