UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **FLOYD LANDIS**, <br><br>                    Plaintiff, <br><br>         v. <br><br> **TAILWIND SPORTS CORP.**, *et al.*, <br><br>                    Defendant. | Case No. 10-cv-976 (CRC) |

## ORDER

Upon consideration of the United States' Motion for Default Judgment Against Johan Bruyneel for the equitable relief of unjust enrichment (ECF No. 596) and the entire record herein, and for good cause shown, it is this 22nd day of August, 2018, hereby

**ORDERED**, for the reasons set forth in the Court's August 22, 2018 Memorandum Opinion, that the United States' motion should be and is hereby GRANTED, and it is further

**ORDERED** that the clerk shall enter judgment for unjust enrichment in favor of the United States and against Bruyneel in the amount of $1,228,700.

   SO ORDERED.

                                                                CHRISTOPHER R. COOPER
                                                                United States District Judge

Date:  August 22, 2018